1  Zoya Kovalenko (Cal. SBN 338624)
2  13221 Oakland Hills Blvd., Apt. 206
   Germantown, MD 20874
3  678 559 4682
   zoyavk@outlook.com

4  Plaintiff Zoya Kovalenko

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | ZOYA KOVALENKO,                                  | ) Case No.: 3:22-cv-05990-TSH |
12 |         *Plaintiff*,                             | ) **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
13 |         v.                                       | ) **JURY TRIAL DEMANDED** |
14 | KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., | ) |
15 | ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. | ) |
16 | DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK | ) |
17 | FAHEY,                                           | ) |
18 |         *Defendants*.                            | ) |

1. Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date, there is no such corporation to report.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 24, 2022

By:  /s/ *Zoya Kovalenko*
Zoya Kovalenko (Cal. SBN 338624)
Plaintiff
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com