Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

Plaintiff Zoya Kovalenko

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO, | Case No.: 4:22-cv-05990-HSG |
| *Plaintiff*, | **EXECUTED WAIVERS OF SERVICE OF SUMMONS FOR ALL DEFENDANTS** |
| v. | **JURY TRIAL DEMANDED** |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | |
| *Defendants*. | |

A true and correct copy of each Defendant's executed Waiver of Service of Summons ("**Waiver**"), sent by Defendants' counsel to Plaintiff, appears below, accompanied by each corresponding Notice of Lawsuit and Request to Waive Service of Summons ("**Notice**"), sent from Plaintiff to Defendants' counsel, which confirmed authorization to accept service of the same. These documents are organized as follows:

| Exhibit / Attachment to Exhibit | Document |
|---|---|
| Ex. A | Waiver for Kirkland & Ellis LLP |
| Attach. A-1 | Notice for Kirkland & Ellis LLP |
| Ex. B | Waiver for Adam R. Alper, P.C. |
| Attach. B-1 | Notice for Adam R. Alper, P.C. |
| Ex. C | Waiver for Adam Alper |
| Attach. C-1 | Notice for Adam Alper |
| Ex. D | Waiver for Akshay S. Deoras, P.C. |
| Attach. D-1 | Notice for Akshay S. Deoras, P.C. |
| Ex. E | Waiver for Akshay Deoras |
| Attach. E-1 | Notice for Akshay Deoras |
| Ex. F | Waiver for Michael W. DeVries, P.C. |
| Attach. F-1 | Notice for Michael W. DeVries, P.C. |
| Ex. G | Waiver for Michael De Vries |
| Attach. G-1 | Notice for Michael De Vries |
| Ex. H | Waiver for Mark Fahey |
| Attach. H-1 | Notice for Mark Fahey |
| Ex. I | Waiver for Leslie M. Schmidt, P.C. |
| Attach. I-1 | Notice for Leslie M. Schmidt, P.C. |
| Ex. J | Waiver for Leslie Schmidt |
| Attach. J-1 | Notice for Leslie Schmidt |

Respectfully submitted this 3rd day of November, 2022.

By:  /s/ *Zoya V. Kovalenko*

Zoya V. Kovalenko (Cal. SBN 338624)
**Plaintiff**
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

## **CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury under the laws of the United States of America that counsel representing Defendants is being served with a copy of the foregoing document via email (Lynne Hermle at lchermle@orrick.com; Joseph Liburt at jliburt@orrick.com; and executive assistant Tina McBride at tmcbride@orrick.com) on November 3, 2022.

                                   /s/ *Zoya Kovalenko*
                                     Zoya Kovalenko

# Exhibit A

AO 399 (01/09) Waiver of the Service of Summons

# United States District Court
### for the
### Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   10/24/22

                                   /s/ Joseph C. Liburt /s/
                          _Signature of the attorney or unrepresented party_

Kirkland & Ellis LLP
_Printed name of party waiving service of summons_

                                   Joseph C. Liburt
                                    _Printed name_
               Orrick, Herrington & Sutcliffe LLP
                        1000 Marsh Road
                         Menlo Park, CA
                                     _Address_

                               jliburt@orrick.com
                                  _E-mail address_

                               650-614-7400
                                _Telephone number_

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment A-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Kirkland & Ellis LLP, c/o National Registered Agents Inc., 208 SO LaSalle Street, Suite 814, Chicago, IL 60604-110
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    October 20, 2022

/s/ Zoya Kovalenko
*Signature of the attorney or unrepresented party*

Zoya Kovalenko
*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

678 559 4682
*Telephone number*

Print          Save As...          Reset

# Exhibit B

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.    3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ____10/24/22____

_____
/s/ Joseph C. Liburt /s/
*Signature of the attorney or unrepresented party*

_____
Adam R. Alper, P.C.
*Printed name of party waiving service of summons*

Joseph C. Liburt
*Printed name*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

*Address*

jliburt@orrick.com
*E-mail address*

650-614-7400
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment B-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Adam Alper, Chief Executive Officer, Adam R. Alper, P.C.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:     October 20, 2022

/s/ Zoya Kovalenko

*Signature of the attorney or unrepresented party*

Zoya Kovalenko

*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874

*Address*

zoyavk@outlook.com

*E-mail address*

678 559 4682

*Telephone number*

Print     Save As...     Reset

# Exhibit C

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| Zoya Kovalenko | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   10/24/22

          /s/ Joseph C. Liburt /s/
      *Signature of the attorney or unrepresented party*

      Adam Alper
*Printed name of party waiving service of summons*

      Joseph C. Liburt
      *Printed name*
      Orrick, Herrington & Sutcliffe LLP
      1000 Marsh Road
      Menlo Park, CA  94025

      *Address*

      jliburt@orrick.com
      *E-mail address*

      650-614-7400
      *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | Reset |

# Attachment C-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Adam Alper
      *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   October 20, 2022

                                                        /s/ Zoya Kovalenko
                                                *Signature of the attorney or unrepresented party*

                                                        Zoya Kovalenko
                                                        *Printed name*

                                                13221 Oakland Hills Blvd., Apt. 206
                                                    Germantown, MD 20874
                                                        *Address*

                                                    zoyavk@outlook.com
                                                        *E-mail address*

                                                        678 559 4682
                                                    *Telephone number*

| Print | Save As... | Reset |

# Exhibit D

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   10/24/22

/s/ Joseph C. Liburt /s/

*Signature of the attorney or unrepresented party*

Akshay S. Deoras, P.C.

*Printed name of party waiving service of summons*

Joseph C. Liburt

*Printed name*

Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

*Address*

jliburt@orrick.com

*E-mail address*

650-614-7400

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print        Save As...        Reset

# Attachment D-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Akshay Deoras, Chief Executive Officer, Akshay S. Deoras, P.C.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    October 20, 2022

/s/ Zoya Kovalenko

*Signature of the attorney or unrepresented party*

Zoya Kovalenko

*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874

*Address*

zoyavk@outlook.com

*E-mail address*

678 559 4682

*Telephone number*

| Print | Save As... | Reset |

# Exhibit E

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     October 20, 2022    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    10/24/22

          /s/ Joseph C. Liburt /s/
        *Signature of the attorney or unrepresented party*

    Akshay Deoras
*Printed name of party waiving service of summons*

          Joseph C. Liburt
           *Printed name*
     Orrick, Herrington & Sutcliffe LLP
         1000 Marsh Road
       Menlo Park, CA  94025
            *Address*

        jliburt@orrick.com
           *E-mail address*

        650-614-7400
        *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | Reset |
|---|---|---|

# Attachment E-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Akshay Deoras

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within    30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    October 20, 2022

/s/ Zoya Kovalenko

*Signature of the attorney or unrepresented party*

Zoya Kovalenko

*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874

*Address*

zoyavk@outlook.com

*E-mail address*

678 559 4682

*Telephone number*

# Exhibit F

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ____10/24/22____

                                                                        _____/s/ Joseph C. Liburt /s/_____
                                                                        *Signature of the attorney or unrepresented party*

____Michael W. DeVries, P.C.____                                        ____Joseph C. Liburt____
*Printed name of party waiving service of summons*                      *Printed name*
                                                                        Orrick, Herrington & Sutcliffe LLP
                                                                        1000 Marsh Road
                                                                        Menlo Park, CA  94025
                                                                        _____
                                                                        *Address*

                                                                        ____jliburt@orrick.com____
                                                                        *E-mail address*

                                                                        ____650-614-7400____
                                                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment F-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Michael De Vries, Chief Executive Officer, Michael W. DeVries, P.C.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   October 20, 2022

/s/ Zoya Kovalenko
*Signature of the attorney or unrepresented party*

Zoya Kovalenko
*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

678 559 4682
*Telephone number*

| Print | Save As... | Reset |
|---|---|---|

# Exhibit G

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____10/24/22_____

_____/s/ Joseph C. Liburt /s/_____
*Signature of the attorney or unrepresented party*

_____Michael De Vries_____
*Printed name of party waiving service of summons*

Joseph C. Liburt
*Printed name*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

*Address*

jliburt@orrick.com
*E-mail address*

(650) 614-7400
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment G-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Michael De Vries

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   October 20, 2022

/s/ Zoya Kovalenko
*Signature of the attorney or unrepresented party*

Zoya Kovalenko
*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

678 559 4682
*Telephone number*

# Exhibit H

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.    3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            October 20, 2022            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:          10/24/22

Mark Fahey
*Printed name of party waiving service of summons*

/s/ Joseph C. Liburt /s/
*Signature of the attorney or unrepresented party*

Joseph C. Liburt
*Printed name*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

*Address*

jliburt@orrick.com
*E-mail address*

(650) 614-7400
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment H-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Mark Fahey
_____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  _30_  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)*
from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  _October 20, 2022_

_/s/ Zoya Kovalenko_
*Signature of the attorney or unrepresented party*

_Zoya Kovalenko_
*Printed name*

_13221 Oakland Hills Blvd., Apt. 206_
_Germantown, MD 20874_
*Address*

_zoyavk@outlook.com_
*E-mail address*

_678 559 4682_
*Telephone number*

Print            Save As...            Reset

# Exhibit I

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ___10/24/22___

_____/s/ Joseph C. Liburt /s/_____
*Signature of the attorney or unrepresented party*

_____Leslie M. Schmidt, P.C._____
*Printed name of party waiving service of summons*

Joseph C. Liburt
*Printed name*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

*Address*

jliburt@orrick.com
*E-mail address*

650-614-7400
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

# Attachment I-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Leslie Schmidt, Chief Executive Officer, Leslie M. Schmidt, P.C.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within    30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    October 20, 2022

/s/ Zoya Kovalenko
*Signature of the attorney or unrepresented party*

Zoya Kovalenko
*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

678 559 4682
*Telephone number*

Print     Save As...     Reset

# Exhibit J

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Zoya Kovalenko | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kirkland & Ellis LLP, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-05990-TSH

## WAIVER OF THE SERVICE OF SUMMONS

To:   Zoya Kovalenko
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____October 20, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____10/24/22_____

_____
*Leslie Schmidt*
*Printed name of party waiving service of summons*

_____/s/ Joseph C. Liburt /s/_____
*Signature of the attorney or unrepresented party*

Joseph C. Liburt
*Printed name*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
_____
*Address*

jliburt@orrick.com
*E-mail address*

650-614-7400
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | Reset |
|---|---|---|

# Attachment J-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| Zoya Kovalenko | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-05990-TSH |
| Kirkland & Ellis LLP, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Leslie Schmidt
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   October 20, 2022

/s/ Zoya Kovalenko
*Signature of the attorney or unrepresented party*

Zoya Kovalenko
*Printed name*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

678 559 4682
*Telephone number*