Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

Plaintiff Zoya Kovalenko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ZOYA KOVALENKO, | ) Case No.: 4:22-cv-05990-HSG |
|---|---|
| *Plaintiff*, | ) NOTICE OF APPEARANCE |
| v. | ) JURY TRIAL DEMANDED |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | ) |
| *Defendants*. | ) |

Notice of Appearance
Case No. 4:22-cv-05990-HSG

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Zoya Kovalenko | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cv-05990-HSG |
| Kirkland & Ellis LLP et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                                         .

Date:    11/04/2022

/s/ Zoya Kovalenko
*Attorney's signature*

Zoya Kovalenko (Cal. SBN 338624)
*Printed name and bar number*

13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
*Address*

zoyavk@outlook.com
*E-mail address*

(678) 559-4682
*Telephone number*

*FAX number*

Print     Save As...     Reset

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States of America that counsel representing Defendants is being served with a copy of the foregoing document via email (Lynne Hermle at lchermle@orrick.com and Joseph Liburt at jliburt@orrick.com) on November 4, 2022.

/s/ *Zoya Kovalenko*
Zoya Kovalenko