1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:	+1 650 614 7400
5  Facsimile:	+1 650 614 7401

6  KATE JUVINALL (STATE BAR NO. 315659)
   kjuvinall@orrick.com
7  PAUL RODRIGUEZ (STATE BAR NO. 307139)
   prodriguez@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave., Suite 2700
9  Los Angeles, CA  90071
   Telephone:	+1 213 629 2020
10 Facsimile:	+1 213 612 2499

11 Attorneys for Defendant
   KIRKLAND & ELLIS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY,<br><br>　　　　　Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**DEFENDANT KIRKLAND & ELLIS LLP'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Kirkland & Ellis LLP (the "Firm") is a limited liability partnership. The Firm has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 23, 2022

LYNNE C. HERMLE
JOSEPH C. LIBURT
KATE JUVINALL
PAUL RODRIGUEZ
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Joseph C. Liburt_____
JOSEPH C. LIBURT
Attorneys for Defendant
KIRKLAND & ELLIS LLP

1

CORPORATE DISCLOSURE STATEMENT
[4:22-CV-05990-HSG]