```
LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
PAUL RODRIGUEZ (STATE BAR NO. 307139)
prodriguez@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:     +1 213 629 2020
Facsimile:     +1 213 612 2499

Attorneys for Defendant
KIRKLAND & ELLIS LLP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY,<br><br>Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**DEFENDANT KIRKLAND & ELLIS LLP'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15)** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
2  conflict or interest (other than the named parties) to report.

3

4  Dated: November 23, 2022

                LYNNE C. HERMLE
5                 JOSEPH C. LIBURT
                KATE JUVINALL
6                 PAUL RODRIGUEZ
                Orrick, Herrington & Sutcliffe LLP

7

8  By:    /s/ Joseph C. Liburt
                JOSEPH C. LIBURT
9                 Attorneys for Defendant
                KIRKLAND & ELLIS LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28