1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  KATE JUVINALL (STATE BAR NO. 315659)
   kjuvinall@orrick.com
7  PAUL RODRIGUEZ (STATE BAR NO. 307139)
   prodriguez@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave., Suite 2700
9  Los Angeles, CA  90071
   Telephone:    +1 213 629 2020
10 Facsimile:    +1 213 612 2499

11  Attorneys for Defendant
    KIRKLAND & ELLIS LLP

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       OAKLAND DIVISION

15

16

17  ZOYA KOVALENKO,                     Case No. 3:22-CV-05990-HSG

            Plaintiff,                  **PROOF OF SERVICE OF SEALED
18                                      MATERIAL**

19          v.

20  KIRKLAND & ELLIS LLP, MICHAEL DE
    VRIES, MICHAEL W. DE VRIES, P.C.,
    ADAM ALPER, ADAM R. ALPER, P.C.,
21  AKSHAY DEORAS, AKSHAY S. DEORAS,
    P.C., LESLIE SCHMIDT, LESLIE M.
22  SCHMIDT, P.C., AND MARK FAHEY,

23          Defendants.

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of New York, State of New York.  I am over the age of 18 years and not a party to the within action.  My business address is Orrick, Herrington, & Sutcliffe, 51 W 52nd St, New York, NY 10019.

On November 23, 2022, I served the following document on Plaintiff Zoya Kovalenko in this action: Exhibit B to the Declaration of Jeffrey S. Powell (SEALED) by First Class Mail at the following address: 13221 Oakland Hills Blvd., Apt. 206, Germantown, MD 20874 and via email at zoyavk@outlook.com.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 23, 2022, in New York, New York.


Cynthia Strachon
Cynthia Strachon