| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015 |
| | Telephone:     +1 650 614 7400 |
| 5 | Facsimile:      +1 650 614 7401 |
| 6 | KATE JUVINALL (STATE BAR NO. 315659) |
| | PAUL RODRIGUEZ (STATE BAR NO. 307139) |
| 7 | prodriguez@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 355 S. Grand Ave., Suite 2700 |
| | Los Angeles, CA  90071 |
| 9 | Telephone:     +1 213 629 2020 |
| | Facsimile:      +1 213 612 2499 |
| 10 | |
| 11 | Attorneys for Defendant |
| | KIRKLAND & ELLIS LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO, | Case No. 4:22-CV-05990-HSG |
| Plaintiff, | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | Judge: The Honorable Haywood Gilliam |
| Defendants. | |

**PLEASE TAKE NOTICE** that Paul Rodriguez of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendant Kirkland & Ellis LLP (the "Firm").

The Firm hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

> Paul Rodriguez
> prodriguez@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 355 S. Grand Avenue. Suite 2700
> Los Angeles, CA  90071
> Telephone: (213) 629-2020
> Facsimile: (213) 612-2499

Dated: December 14, 2022                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        /s/ Paul Rodriguez
                                        Paul Rodriguez
                                        Attorneys for Defendant
                                        KIRKLAND & ELLIS LLP