LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:      +1 650 614 7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
PAUL RODRIGUEZ (STATE BAR NO. 307139)
prodriguez@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:     +1 213 629 2020
Facsimile:      +1 213 612 2499

Attorneys for Defendants
KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
MICHAEL W. DE VRIES, P.C., ADAM ALPER,
ADAM R. ALPER, P.C., AKSHAY DEORAS,
AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT,
LESLIE M. SCHMIDT, P.C., AND MARK FAHEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY,<br><br>Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**DECLARATION OF WENDY CARTLAND IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      March 30, 2023<br>Time:      2:00 p.m.<br>Dept:       2<br>Judge:     Hon. Haywood S. Gilliam |

I, Wendy Cartland, declare as follows:

1. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration. I submit this declaration in support of Defendants Kirkland & Ellis LLP (the "Firm" or "Kirkland"), Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., Leslie Schmidt, Leslie Schmidt, P.C., and Mark Fahey's (collectively "Defendants") Request for Judicial Notice in Support of All Defendants' Motions to Dismiss Plaintiff's Complaint.

2. I have been employed with Kirkland for almost 34 years, since 1989. All, except the first 2 years, have been in Human Resources (HR) positions. I am currently employed as the Senior Advisor-Human Resources, a position I have held since July of this year. I know the facts set forth in this declaration to be true of my own personal knowledge and/or my review of documents maintained and relied upon by the Firm in the regular course of business and to which I have access in the regular course of my job duties. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiff Zoya Kovalenko's ("Plaintiff") 2021 Associate Review ("Performance Evaluation"). Exhibit A or the contents included therein are referred to in the Complaint at ¶¶11, 14, 16−19, 77, 82, 85, 88, 90, 94−95, 98, 107, 115−16, 122, 126−27, 132, 138−40, 146−47, 153, 157−58, 164, 166, 169, 171, 173, 190, 192−99.

4. Attached as **Exhibit B** is a true and correct copy of Plaintiff's offer of employment from Kirkland ("Offer Letter"), dated September 23, 2020. Exhibit B or the contents included therein are referred to in the Complaint at ¶¶10, 61, 65−67.

5. Attached as **Exhibit C** is a true and correct copy of the severance agreement provided to Plaintiff by Kirkland ("Severance Agreement"). Exhibit C or the contents included therein are referred to in the Complaint at ¶¶16−18, 61.

6. Attached as **Exhibit D** are true and correct copies of Plaintiff's 2020 and 2021 W-2 Wage and Tax Statements and paystubs ("Payroll Documents"). Exhibit D or the contents included

therein are referred to in the Complaint at ¶¶16, 62.

7. Defendants have redacted from Exhibits A–D certain potentially private information pertaining to Plaintiff or third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2022.

*Wendy A Cartland*
Wendy Cartland