# EXHIBIT A

# 2021 Associate Review (Summary)

**Review Attorney:** Jeanna Wacker        **Associate:** Zoya Kovalenko        `Completed`

| | |
|---|---|
| **Associate:** | Zoya Kovalenko |
| **Practice Area:** | Intellectual Property |
| **Practice Group:** | IP Litigation |
| **Review Class Year:** | 2017 - 4th Year |
| **Review Attorney:** | Jeanna Wacker |
| **Bar Admission:** | DC/2019, GA/2016 |
| **Start Date:** | 11/16/2020; **Lateral Hire** |
| **Total Hours:** | Client: 963.00 - Office: 777.25 |

## EVALUATIONS

| Evaluator | Familiarity | Analytical, Writing, and Oral Skills | Judgment and Communication Skills | Areas of Focus and Future Work |
|---|---|---|---|---|
| Mike De Vries (Hours:127.50) ➤ In Progress • ▬▬▬▬ Client | Average | I only worked directly with Zoya on one matter: a witness examination at the ▬▬▬ trial. I generally did not think that Zola's work on that project was very good. We had an initial good discussion about it, but after that, the examination outline she worked on was incomplete and somewhat late. To be fair, I did say it was alright to send me the outline before it was complete; but given the timing and content of the outline she prepared, I had to go back to simply preparing a (separate) outline myself. In addition, it was difficult for me to follow the analysis in the outline. I readily acknowledge that this kind of project is a difficult one for someone who has not done it before, but even with that caveat, I think that Zoya could have done a better job on the work. | See above | See above |
| Akshay Deoras | High | I saw Zoya's work in a | Zoya's judgment and | Although we |

(Hours:1134.50)
✔ Completed

- ▓▓▓▓▓▓▓/ Aggregated Matters
- ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓
- ▓▓▓▓▓▓
- Intellectual Property Litigation Practice Support/ Client Development
- Practice Development/ Potential New Client/Matter Development

variety of matters over the past year.  I worked closely with her on the IPR responses for the ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓r, the ▓▓▓▓▓▓▓ investigation, and worked with her on smaller projects for ▓▓▓▓ and a potential new client.  Her work has been inconsistent and needs significant improvement.  On the ▓▓▓▓▓▓▓▓▓▓ Zoya's technical analysis met expectations, but her judgment in deciding which arguments to include and prioritize needed improvement.  She also had difficulty communicating her analysis.

Following the ▓▓▓▓▓▓ ▓▓▓ we asked Zoya to join us for trial in the ▓▓▓▓▓▓▓▓▓▓▓ matter.  Her work was directly supervised by Leslie Schmidt, but her inability to meet deadlines and her effective disappearance for large portions of the trial caused a number of issues for the rest of the team, who had to pick up work Zoya had not completed.

Leslie and I had a long conversation with Zoya after the ▓▓▓▓ trial to let her know that her performance was unacceptable.  Nonetheless, we gave her another opportunity to work on the ▓▓▓▓▓▓ matter, where she was to assist with discovery and some of our key invalidity defenses.  In general, the quality of her work needed significant improvement.  Her work on third-party discovery and communications with third-parties required considerable oversight.  Her work in preparing for depositions of the inventor and putative

communication skills need significant development.  Her communication with team members has consistently been poor, and she has a lot of trouble expressing herself.  Based on my work with her over the past year, I would be reluctant to have Zoya speak directly with clients or opposing counsel.

As to commitment, although she has agreed to take on a number of matters, she struggles to meet deadlines and often provides work product that needs significant reworking.  Her time management skills also need significant development; although her workload has often been low relative to other associates, she is often unable to complete her assignments in an appropriate amount of time.

Zoya's litigation judgment is not where I expect it to be for her class year.  Given the number of issues we have had throughout the year, I found it increasingly difficult to trust her research, such that every citation and factual and legal assertion needed to be double checked.

Although I did not directly see Zoya's leadership or managerial skills, I know from speaking with other associates and partners on the team that working with her has been very challenging.  Unfortunately, Zoya also blamed other associates for the issues with her work, which does not foster a team environment.

have given Zoya several opportunities in many different types of cases, working with Zoya has been very challenging.  Her litigation skills in general need significant improvement, and despite ongoing feedback, her performance has gotten worse.  Her writing, analysis, and judgment is not up to her class year, and as a result, she puts the team in a difficult position when her work needs to be redone.  She also needs to significantly improve her time management and her communication skills with others in the team and outside the firm.

| | | | | | |
|---|---|---|---|---|---|
| | | | inventors also required significant reworking and raised questions about the quality of her research and attention to detail.  We gave Zoya an opportunity to take a deposition, and although it was a simple deposition that should have been straightforward, her preparation for and taking of the deposition was extremely poor, and not up to my expectations for someone much junior to her year. Her work on invalidity expert reports was inefficient and essentially needed to be redone. | | |
| Mark Fahey (Hours:675.25)  ✔ Completed  • ▇▇▇▇▇▇▇▇  • Intellectual Property Litigation Practice Support/ Client Development | High | I worked with Zoya on a number of contentions, subpoenas, case development, and an expert report.  Zoya needs to work on developing her understanding of the style of work product we want at Kirkland.  She has some tendencies and understanding of how things are done from her prior firms that are inconsistent with how we do things here.  She needs to work on making her work consistent with examples on the front end because doing things her own way often creates issues in the context of the case as a whole.  For example, we had a recent expert report where she was given an opportunity to take the lead while others finished depositions.  We had to entirely rewrite everything she wrote in a short period of time because she did not follow the example and missed deadlines for sending us check-in versions.  I have generally had to revise | I worked with Zoya in the context of internal KE interactions and third party subpoena enforcement.  She needs to continue to develop her judgement.  She has a tendency to do work not asked for and involve herself in other associates' work at the expense of her own.  The unusual hours she keeps is also a stressor with junior people when she is assigned to work with them on projects.  Zoya becomes overwhelmed and focuses on minor points at the expense of the whole.  She should work on being responsible for what is assigned and communicating in a focused way.  Zoya also needed to be supervised with all discussions with the third parties because she had issues following instructions or taking instructions to an extreme. | Zoya needs to work on time management and dependability of work product. She tends to keep unusual hours which makes it very difficult for her to provide consistent work product. She also often gets sidetracked on tangents that are not important. |

| | | | | |
|---|---|---|---|---|
| | | things does more than I do with her class year peers. Zoya usually has an understanding of the substance, but the other things get in the way of the usability of her work product. | | |
| Leslie Schmidt (Hours:556.00) 🔶 In Progress • ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ • ▮▮▮▮▮▮▮▮▮ | Average | ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮<br>• Zoya joined the ▮▮▮▮ matter shortly before trial to take the place of an associate who had left.  Although she was enthusiastic about joining the team, she did not contribute at trial.  One of Zoya's first assignments, to help her get up to speed, was to draft a damages JMOL.  She had three weeks to work on this, and a few days before we needed to move for JMOL, she finally admitted that she had no work product done and another associate had to step in to work on it.  Zoya also attended an in-person expert meeting with me, and when I asked her to revise the outline and slides based on our hours long meeting, she told me she was unable to do so because she didn't have her glasses at the meeting.  Zoya did not attend in-person expert preps at the trial site, leaving me to take and implement all edits.  I would also not see her for days at the trial site, and the only work she did (cite checking) took far too long and was not even usable.<br><br>▮▮▮▮▮▮▮▮▮▮▮▮<br>• Despite significant concerns about Zoya's performance at the Apcon trial, Akshay and I discussed her poor performance and explained that she would need to improve.  That did not happen.  Zoya | | |

| | | | | |
|---|---|---|---|---|
| | | bills significant hours to the matter, but does not produce usable work product, which has required us to cut a substantial amount of her time. We now give her very narrow and limited tasks and have decided that she will not attend the hearing in the case because of her poor performance. Akshay will be able to provide more specifics on her work product. | | |
| Benjamin Yaghoubian (Hours:336.25) ✔ Completed <br>• ▇▇▇▇▇▇ <br>• Practice Development/ Potential New Client/Matter Development | High | Zoya and I worked together on opposing institution of an IPR and on analyzing additional patents to assert. Zoya helped defeat IPRs on multiple challenging patents. While working together on ▇▇▇▇▇▇ ▇▇, she made an effort to be very attentive to detail. | Zoya makes a concerted effort to communicate well with her colleagues and it is always appreciated. I have seen Zoya struggle at times, but those instances are not because of inability. My sense is that Zoya is quite capable, but she may occasionally doubt her own abilities and/or tend to overthink things. One goal I'd like to see Zoya achieve is to learn how to better trust her judgment/analysis and approach her work with more confidence. | See above. |

### ARC Comments

- Zoya has not contributed to her matters at either the substantive or commitment level that is expected of an associate. She should promptly pursue outside employment.

### ARC Rating

○ 1    ○ 2    ○ 3    ○ 4    ● 5    ○ NR