# EXHIBIT D

## Form W-2 Wage and Tax Statement 2020

| 7 Social security tips | 1 Wages, tips, other compensation 144378.41 | 2 Federal income tax withheld 31240.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 137700.00 | 4 Social security tax withheld 8537.40 |
|---|---|---|
| 9 | 5 Medicare wages and tips 149404.64 | 6 Medicare tax withheld 2166.37 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12  C  10.26 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO
WASHINGTON DC 20009

13 Statutory employee / Retirement plan [X] / Third party sick pay
14 Other
12b D 5026.23
**b** Employer identification number (EIN)
12c DD 895.00
**a** Employee's social security number
12d

| 15 State DC | Employer's state ID number | 16 State wages, tips, etc. 144378.41 | 17 State income tax 12460.68 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy B-To Be Filed With Employee's FEDERAL Tax Return**

This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS website at www.irs.gov/efile

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2020

| 7 Social security tips | 1 Wages, tips, other compensation 144378.41 | 2 Federal income tax withheld 31240.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 137700.00 | 4 Social security tax withheld 8537.40 |
|---|---|---|
| 9 | 5 Medicare wages and tips 149404.64 | 6 Medicare tax withheld 2166.37 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12  C  10.26 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO
WASHINGTON DC 20009

13 Statutory employee / Retirement plan [X] / Third party sick pay
14 Other
12b D 5026.23
**b** Employer identification number (EIN)
12c DD 895.00
**a** Employee's social security number
12d

| 15 State DC | Employer's state ID number | 16 State wages, tips, etc. 144378.41 | 17 State income tax 12460.68 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy C-For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.)

OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS website at www.irs.gov/efile

---

## Form W-2 Wage and Tax Statement 2020

| 7 Social security tips | 1 Wages, tips, other compensation 144378.41 | 2 Federal income tax withheld 31240.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 137700.00 | 4 Social security tax withheld 8537.40 |
|---|---|---|
| 9 | 5 Medicare wages and tips 149404.64 | 6 Medicare tax withheld 2166.37 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a  C  10.26 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO
WASHINGTON DC 20009

13 Statutory employee / Retirement plan [X] / Third party sick pay
14 Other
12b D 5026.23
**b** Employer identification number (EIN)
12c DD 895.00
**a** Employee's social security number
12d

| 15 State DC | Employer's state ID number | 16 State wages, tips, etc. 144378.41 | 17 State income tax 12460.68 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 2020

| 7 Social security tips | 1 Wages, tips, other compensation 144378.41 | 2 Federal income tax withheld 31240.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 137700.00 | 4 Social security tax withheld 8537.40 |
|---|---|---|
| 9 | 5 Medicare wages and tips 149404.64 | 6 Medicare tax withheld 2166.37 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a  C  10.26 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO
WASHINGTON DC 20009

13 Statutory employee / Retirement plan [X] / Third party sick pay
14 Other
12b D 5026.23
**b** Employer identification number (EIN)
12c DD 895.00
**a** Employee's social security number
12d

| 15 State DC | Employer's state ID number | 16 State wages, tips, etc. 144378.41 | 17 State income tax 12460.68 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

Dept. of the Treasury - IRS

FORM # LW28700

Form **W-2 Wage and Tax Statement**  2021

| 7 Social security tips | 1 Wages, tips, other comp. 254924.50 | 2 Federal income tax withheld 63936.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
|---|---|---|
| 9 | 5 Medicare wages and tips 274424.50 | 6 Medicare tax withheld 4648.98 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 188.80 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO

WASHINGTON DC 20009

| 13 Statutory employee / Retirement plan ✔ / Third-party sick pay | 14 Other | 12b D 19500.00 |
|---|---|---|
| **b** Employer identification number (EIN) | | 12c DD 10340.00 |
| **a** Employee's social security no. | | 12d |

| 15 State DC | Employer's state I.D. no. | 16 State wages, tips, etc. 254924.50 | 17 State income tax 20338.44 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy B To Be Filed With Employee's FEDERAL Tax Return**

This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008

**Dept. of the Treasury - IRS**
Visit the IRS Web Site at www.irs.gov/efile

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

Form **W-2 Wage and Tax Statement**  2021

| 7 Social security tips | 1 Wages, tips, other comp. 254924.50 | 2 Federal income tax withheld 63936.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
|---|---|---|
| 9 | 5 Medicare wages and tips 274424.50 | 6 Medicare tax withheld 4648.98 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 188.80 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO

WASHINGTON DC 20009

| 13 Statutory employee / Retirement plan ✔ / Third-party sick pay | 14 Other | 12b D 19500.00 |
|---|---|---|
| **b** Employer identification number (EIN) | | 12c DD 10340.00 |
| **a** Employee's social security no. | | 12d |

| 15 State DC | Employer's state I.D. no. | 16 State wages, tips, etc. 254924.50 | 17 State income tax 20338.44 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B)**

OMB No. 1545-0008

**Dept. of the Treasury - IRS**

---

Form **W-2 Wage and Tax Statement**  2021

| 7 Social security tips | 1 Wages, tips, other comp. 254924.50 | 2 Federal income tax withheld 63936.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
|---|---|---|
| 9 | 5 Medicare wages and tips 274424.50 | 6 Medicare tax withheld 4648.98 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C 188.80 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO

WASHINGTON DC 20009

| 13 Statutory employee / Retirement plan ✔ / Third-party sick pay | 14 Other | 12b D 19500.00 |
|---|---|---|
| **b** Employer identification number (EIN) | | 12c DD 10340.00 |
| **a** Employee's social security no. | | 12d |

| 15 State DC | Employer's state I.D. no. | 16 State wages, tips, etc. 254924.50 | 17 State income tax 20338.44 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

**Dept. of the Treasury - IRS**

---

Form **W-2 Wage and Tax Statement**  2021

| 7 Social security tips | 1 Wages, tips, other comp. 254924.50 | 2 Federal income tax withheld 63936.07 |
|---|---|---|

**c** Employer's name, address, and ZIP code
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO IL 60654-6436

| 8 Allocated tips | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
|---|---|---|
| 9 | 5 Medicare wages and tips 274424.50 | 6 Medicare tax withheld 4648.98 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C 188.80 |

**e** Employee's name, address, and ZIP code
ZOYA VLADIMIROVNA KOVALENKO

WASHINGTON DC 20009

| 13 Statutory employee / Retirement plan ✔ / Third-party sick pay | 14 Other | 12b D 19500.00 |
|---|---|---|
| **b** Employer identification number (EIN) | | 12c DD 10340.00 |
| **a** Employee's social security no. | | 12d |

| 15 State DC | Employer's state I.D. no. | 16 State wages, tips, etc. 254924.50 | 17 State income tax 20338.44 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return**

L87        OMB No. 1545-0008        5206        **Dept. of the Treasury - IRS**

| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654-6436 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | USS<br>11/16/2020<br>11/30/2020 | | Advice #:<br>Advice Date: | | 11/30/2020 | |

| | | | | **TAX DATA:** | **Federal** | **DC State** |
|---|---|---|---|---|---|---|
| **Zoya Vladimiorvna Kovalenko** | Employee ID: | | | Tax Status: | Single | Single |
| | Department: | 10084-IP Litigation | | Allowances: | N/A | 0 |
| | Location: | San Francisco | | Addl. Percent: | N/A | |
| Washington, DC 20009 | Job Title: | Associate | | Addl. Amount: | | |
| | Pay Rate: | $9,166.67 Semimonthly | | | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | -------------- Current ------------- | | ------- YTD ------ | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Relocation Bonus | | | 5,000.00 | | 5,000.00 | Fed Withholdng | 5,500.00 | 7,477.29 |
| Signing Bonus | | | 20,000.00 | | 20,000.00 | Fed MED/EE | 362.50 | 495.42 |
| Salary | | | 0.00 | | 9,166.67 | Fed OASDI/EE | 1,550.00 | 2,118.33 |
| **Total:** | | | **25,000.00** | | **34,166.67** | DC Withholdng | 2,173.96 | 2,886.46 |
| | | | | | | **Total:** | **9,586.46** | **12,977.50** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID TAXABLE BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | | | | | | |
| **Total:** | **0.00** | **0.00** | **Total:** | **0.00** | **0.00** | | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 25,000.00 | 25,000.00 | 9,586.46 | 0.00 | 15,413.54 |
| YTD | 34,166.67 | 34,166.67 | 12,977.50 | 0.00 | 21,189.17 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | **Account Type** | **Account Number** | **Deposit Amount** |
| Advice | Checking | | 15,413.54 |
| **TOTAL:** | | | **15,413.54** |

**MESSAGE:**

| **Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL  60654-6436 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | USS<br>12/16/2020<br>12/31/2020 | | Advice #:<br>Advice Date: | 12/30/2020 | |
|---|---|---|---|---|---|---|

| | | | | **TAX DATA:** | **Federal** | **DC State** |
|---|---|---|---|---|---|---|
| **Zoya Vladimirovna Kovalenko** | Employee ID: | ▮▮▮▮ | | Tax Status: | Single | Single |
| | Department: | 10084-IP Litigation | | Allowances: | N/A | 0 |
| | Location: | San Francisco | | Addl. Percent: | N/A | |
| Washington, DC 20009 | Job Title: | Associate | | Addl. Amount: | | |
| | Pay Rate: | $9,166.67 Semimonthly | | | | |

| **HOURS AND EARNINGS** | | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | | -------------- Current ------------- | | ------- YTD ------ | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Special Bonus | | | 27,500.00 | | 27,500.00 | Fed Withholdng | 21,048.23 | 31,240.07 |
| Associate Bonus - NR | | | 68,250.00 | | 68,250.00 | Fed MED/EE | 1,388.38 | 2,166.37 |
| Relocation Bonus | | | 0.00 | | 5,000.00 | Fed OASDI/EE | 5,210.81 | 8,537.40 |
| Salary | | | 0.00 | | 27,500.01 | DC Withholdng | 8,472.70 | 12,460.68 |
| **Continued on Next Page** | | | | | | **Total:** | **36,120.12** | **54,404.52** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID TAXABLE BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401K | 76.23 | 5,026.23 | Life Ins - Optional | 0.00 | 7.50 | Life Ins - Basic | 0.00 | 10.26 |
| Medical | 0.00 | 340.00 | Taxable Moving Offset | 0.00 | 950.00 | | | |
| Dental | 0.00 | 43.18 | | | | | | |
| Vision | 0.00 | 8.42 | | | | | | |
| **Total:** | **76.23** | **5,417.83** | **Total:** | **0.00** | **957.50** | | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 95,750.00 | 95,673.77 | 36,120.12 | 76.23 | 59,553.65 |
| YTD | 149,785.98 | 144,378.41 | 54,404.52 | 6,375.33 | 89,006.13 |

| **NET PAY DISTRIBUTION** | | | | |
|---|---|---|---|---|
| | | **Account Type** | **Account Number** | **Deposit Amount** |
| Advice ▮▮▮▮ | | Checking | ▮▮▮▮ | 59,553.65 |
| **TOTAL:** | | | | **59,553.65** |

**MESSAGE:**

| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654-6436 | Pay Group:        USS<br>Pay Begin Date:  12/16/2020<br>Pay End Date:    12/31/2020 | | Check #:<br>Check Date:       12/30/2020 | | |
|---|---|---|---|---|---|

| | | | TAX DATA: | **Federal** | **DC State** |
|---|---|---|---|---|---|
| **Zoya Vladimirovna Kovalenko** | Employee ID: | | Tax Status: | Single | Single |
| | Department: | 10084-IP Litigation | Allowances: | N/A | 0 |
| | Location: | San Francisco | Addl. Percent: | N/A | |
| Washington, DC 20009 | Job Title: | Associate | Addl. Amount: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | -------------- | Current-------------- | ---------- | YTD ------- | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Signing Bonus | | | 0.00 | | 20,000.00 | | | | |
| Moving Expenses - Taxable | | | 0.00 | | 1,535.97 | | | | |
| **Total:** | | | **95,750.00** | | **149,785.98** | | | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID TAXABLE BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | | | | | | |
| | | | | | | | | |

---

| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654-6436 | Pay Group:        USS<br>Pay Begin Date:  12/16/2020<br>Pay End Date:    12/31/2020 | | Check #:<br>Check Date:       12/30/2020 | | |
|---|---|---|---|---|---|

| | | | TAX DATA: | **Federal** | **DC State** |
|---|---|---|---|---|---|
| **Zoya Vladimirovna Kovalenko** | Employee ID: | | Tax Status: | Single | Single |
| | Department: | 10084-IP Litigation | Allowances: | N/A | 0 |
| | Location: | San Francisco | Addl. Percent: | N/A | |
| Washington, DC 20009 | Job Title: | Associate | Addl. Amount: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | -------------- | Current-------------- | ---------- | YTD ------- | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Signing Bonus | | | 0.00 | | 20,000.00 | | | | |
| Moving Expenses - Taxable | | | 0.00 | | 1,535.97 | | | | |
| **Total:** | | | **95,750.00** | | **149,785.98** | | | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID TAXABLE BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |