```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
 2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
    jliburt@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 4  Menlo Park, CA  94025-1015
    Telephone:     +1 650 614 7400
 5  Facsimile:     +1 650 614 7401

 6  KATE JUVINALL (STATE BAR NO. 315659)
    kjuvinall@orrick.com
 7  PAUL RODRIGUEZ (STATE BAR NO. 307139)
    prodriguez@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    355 S. Grand Ave., Suite 2700
 9  Los Angeles, CA  90071
    Telephone:     +1 213 629 2020
10  Facsimile:     +1 213 612 2499

11  Attorneys for Defendants
    KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
12  MICHAEL W. DE VRIES, P.C., ADAM ALPER,
    ADAM R. ALPER, P.C., AKSHAY DEORAS,
13  AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT,
    LESLIE M. SCHMIDT, P.C., AND MARK FAHEY
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>        Plaintiff,<br><br>        v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY,<br><br>        Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**[PROPOSED] ORDER GRANTING ALL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    March 30, 2023<br>Time:   2:00 p.m.<br>Dept:   2<br>Judge:  Hon. Haywood S. Gilliam |

1  Pending before the Court is Defendants' Request for Judicial Notice in Support of all
2  Defendants' Motions to Dismiss. Having considered the relevant papers and pleadings in support
3  of and in opposition to Defendants' request, the Court hereby **GRANTS** Defendants' request and
4  takes judicial notice of the following documents:

5      1. Zoya Kovalenko's ("Plaintiff") 2021 Associate Review;
6      2. Plaintiff's offer of employment from Kirkland;
7      3. The severance agreement provided to Plaintiff by Kirkland; and
8      4. Plaintiff's 2020 and 2021 W-2 Wage and Tax Statements and paystubs.

10 **IT IS SO ORDERED**

11 Dated:_____

12                                                       HON. HAYWOOD S. GILLIAM
                                                      U.S. DISTRICT COURT JUDGE

4126-3900-3971.1

[PROPOSED] ORDER GRANTING ALL DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO ALL DEFENDANTS' MOTIONS TO DISMISS [4:22-CV-05990-HSG]