# EXHIBIT A

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF EMPLOYMENT SERVICES
OFFICE OF UNEMPLOYMENT COMPENSATION
CLAIMS DIVISION
4058 MINNESOTA AVE. N.E.
WASHINGTON, D.C. 20019

FIRST CLASS MAIL

POSTAGE & FEES PAID
EMPLOYMENT SERVICES
UNEMPLOYMENT COMPENSATION

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

KIRKLAND & ELLIS LLP
300 N LA SALLE DR
CHICAGO        IL        60654

60654385412 C017



# DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES

## NOTICE OF NEW CLAIM FILED AND POTENTIAL CHARGES

The individuals listed below have filed claims for unemployment compensation. Our records indicate that wages were paid by you in the amount shown in column 3 and for the period shown in column 4. Under provisions of the District of Columbia Unemployment Compensation Act, D.C. Code 51-103 92) (A), benefits shall be charged to the accounts of all base period employers. For every dollar in benefits paid for weeks that fall within the one year period ending with the date shown in column 8, your account will be charged the percentage indicated in column 6. Total charges to your account will not exceed the amount shown in column 7.

| NEW CLAIM FILED | x | CONTINUED CLAIM | | FOR WEEK ENDING: | | | 11/20/2021 |
|---|---|---|---|---|---|---|---|
| CLAIMANT'S NAME | | SOCIAL SECURITY NUMBER | BASE PERIOD WAGES REPORTED | BASE PERIOD | WEEKLY BENEFIT AMOUNT | YOUR % | MAXIMUM POTENTIAL CHARGE | BENEFIT YEAR ENDING DATE |
| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| KOVALENKO/ZOYA V | | XXX XX 3023 | 301,532 | 07/20-05/21 | 444.00 | 51 | 5940.54 | 11/12/2 |

ACCOUNT 810224

If you did not employ any of the individuals listed above, or if your payroll records do not correspond to the amount of base period wages shown in column 3, please contact:

The Office of Unemployment Compensation
Central Claims Division
4058 Minnesota Avenue, N.E.
Washington, D.C. 20019

NOTE: DC EMPLOYERS MAY VIEW THEIR MOST RECENT CHARGES FOR UNEMPLOYMENT INSURANCE (UI) BENEFITS ON THE WEB. WEB SITE ADDRESS IS WWW.DCNETWORKS.ORG. CLICK ON UI EMPLOYER SERVICES. TO ACCESS, USE YOUR DC UI ACCOUNT NUMBER AND THE FIRST 5 NUMBERS OF YOUR FEIN. QUESTIONS? EMAIL BENEFITROC@DC.GOV.

REVIEWING THE INFORMATION ON THIS FORM PROMPTLY AND THOROUGHLY LENDS ITSELF TO PROMPT IDENTIFICATIO OF IDENTITY THEFT OR OTHER FRAUDULENT CLAIMS FILING.

### INFORMATION TO LAST AND BASE PERIOD EMPLOYERS

**RELIEF OF CHARGES:**
If you provided part-time employment for the claimant during the base period and continue to employ the claimant in substantially the same degree, you may contact this office to request relief from charges.

### PLEASE SHOW CLAIMANT'S SOCIAL SECURITY NUMBER ON ALL CORRESPONDENCE

EMPLOYER COPY