1  [counsel listed on following page]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10   ZOYA KOVALENKO,                     | Case No. 4:22-CV-05990-HSG

11              Plaintiff,               | **STIPULATION TO SPECIALLY SET
                                         | BREIFING SCHEDULE ON**
12        v.                             | **DEFENDANTS' MOTIONS FILED IN
                                         | RESPONSE TO PLAINTIFF'S**
13   KIRKLAND & ELLIS LLP, MICHAEL DE    | **COMPLAINT**
     VRIES, MICHAEL W. DEVRIES, P.C.,    |
14   ADAM ALPER, ADAM R. ALPER, P.C.,    | **[N.D. CAL. CIV. L.R. 6-2]**
     AKSHAY DEORAS, AKSHAY S. DEORAS,    |
15   P.C., LESLIE SCHMIDT, LESLIE M.     |
     SCHMIDT, P.C., AND MARK FAHEY,      |
16                                       |
17              Defendants.              |

18

19

20

21

22

23

24

25

26

27

28

4146-5037-4723.1

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:      +1 650 614 7400
Facsimile:      +1 650 614 7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
PAUL RODRIGUEZ (STATE BAR NO. 307139)
prodriguez@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:      +1 213 629 2020
Facsimile:      +1 213 612 2499

Attorneys for Defendants
KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
MICHAEL W. DE VRIES, P.C., ADAM ALPER,
ADAM R. ALPER, P.C., AKSHAY DEORAS,
AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT,
LESLIE M. SCHMIDT, P.C., AND MARK FAHEY

Zoya Kovalenko
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
zoyavk@outlook.com

Plaintiff Zoya Kovalenko

1

Plaintiff Zoya Kovalenko ("Plaintiff") and Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., Leslie Schmidt, Leslie M. Schmidt, P.C., and Mark Fahey (collectively "Defendants") (Plaintiff and Defendants together, the "Parties") hereby stipulate under Local Civil Rule 6-2 to extend the deadlines for Plaintiff to file oppositions to the responsive motions and notice to Plaintiff's Complaint that Defendants filed on December 16 and 19, 2022, and noticed for hearing on March 30, 2023 and April 6, 2023, and to extend the deadlines for Defendants to file replies to Plaintiff's oppositions. The motions and notice filed on December 16 and 19 are as follows:

- December 16, 2022 – Defendant Kirkland & Ellis LLP's Motion to Dismiss
- December 19, 2022
  - o Defendants' Motion to Strike
  - o Defendant Kirkland & Ellis LLP's SLAPP Motion
  - o Defendants Adam Alper and Adam R. Alper, P.C.'s Motion to Dismiss
  - o Defendants Akshay Deoras and Akshay S. Deoras, P.C.'s Motion to Dismiss
  - o Defendants Michael De Vries and Michael W. De Vries P.C.'s Motion to Dismiss
  - o Defendant Mark Fahey's Motion to Dismiss
  - o Defendants Leslie Schmidt and Leslie M. Schmidt, P.C.'s Motion to Dismiss
  - o Defendants' Request for Judicial Notice ISO Motions to Dismiss

The parties stipulate that the following briefing schedule will govern (for the reasons set forth in the accompanying Declaration of Kate Juvinall):

- Schedule for Motion filed on December 16, 2022:
  - o January 9, 2023: Plaintiff's deadline to file opposition
  - o January 23, 2023: Defendant Kirkland's deadline to file reply
- Schedule for Motions and Notice filed on December 19, 2022:
  - o January 17, 2023: Plaintiff's deadline to file oppositions
  - o January 31, 2023: Defendants' deadline to file replies

2

Dated: December 20, 2022                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                        /s/      *Kate Juvinall*
                                                        _____
                                                        KATE JUVINALL
                                                        Attorneys for Defendants

Dated: December 20, 2022

                                                        /s/      *Zoya Kovalenko*
                                                        _____
                                                        ZOYA KOVALENKO
                                                        Plaintiff


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:                                          _____
                                                HAYWOOD S. GILLIAM, JR.
                                                Unites States District Judge


## LOCAL RULE 5.3(h)(3) ATTESTATION

I attest that each of the other Signatories have concurred in the filing of the document.

                                                /s/ *Kate Juvinall*
                                                _____
                                                KATE JUVINALL
                                                Attorneys for Defendants

3

4146-5037-4723.1