1  [counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZOYA KOVALENKO, | Case No. 4:22-CV-05990-HSG |
|---|---|
| Plaintiff, | **DECLARATION OF KATE JUVINALL IN SUPPORT OF STIPULATION TO SPECIALLY SET BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS FILED IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[N.D. CAL. CIV. L.R. 6-2]** |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | |
| Defendants. | |

1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:     +1 650 614 7400
5  Facsimile:     +1 650 614 7401

6  KATE JUVINALL (STATE BAR NO. 315659)
   kjuvinall@orrick.com
7  PAUL RODRIGUEZ (STATE BAR NO. 307139)
   prodriguez@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave., Suite 2700
9  Los Angeles, CA  90071
   Telephone:     +1 213 629 2020
10 Facsimile:     +1 213 612 2499

11 Attorneys for Defendants
   KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
12 MICHAEL W. DE VRIES, P.C., ADAM ALPER,
   ADAM R. ALPER, P.C., AKSHAY DEORAS,
13 AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT,
   LESLIE M. SCHMIDT, P.C., AND MARK FAHEY
14

15 Zoya Kovalenko
   13221 Oakland Hills Blvd., Apt. 206
16 Germantown, MD 20874
   zoyavk@outlook.com
17
   Plaintiff Zoya Kovalenko
18

19

20

21

22

23

24

25

26

27

28

1
STIPULATION TO SET SPECIAL BRIEFING SCHEDULE

4125-0951-0211.1

1    I, Kate Juvinall, hereby declare:

2    1.    I am a member in good standing of the Bar of the State of California and am
3    admitted to practice before this Court. I am an attorney at the law firm of Orrick, Herrington &
4    Sutcliffe, LLP. I represent Defendants in this matter. I have personal knowledge of the matters
5    contained in this declaration. If called to testify to the matters set forth in this declaration, I would
6    do so competently.

7    2.    I contacted Ms. Kovalenko by email on Friday, December 16, 2022, and proposed
8    that, given the upcoming holidays, stipulating to (1) an additional week for Ms. Kovalenko to file
9    her oppositions to Defendant Kirkland and Ellis LLP's motion to dismiss filed on December 16,
10   2022, and Defendants' anticipated motions to be filed on December 19, 2022, and (2) an
11   additional week for Defendants to file their replies.

12   3.    Ms. Kovalenko agreed to the stipulation on the condition that she be permitted
13   additional time to file any oppositions to Defendants' motions and request for judicial notice. The
14   Parties agreed to the following briefing schedule:

15   - Schedule for Motion filed on December 16, 2022:
16      - January 9, 2023: Plaintiff's deadline to file opposition
17      - January 23, 2023: Defendant Kirkland's deadline to file reply
18   - Schedule for Motions and Notice filed on December 19, 2022:
19      - January 17, 2023: Plaintiff's deadline to file oppositions
20      - January 31, 2023: Defendants' deadline to file replies

21   4.    This is the Parties' first request for an order changing time to file oppositions and
22   replies to Defendants' motions and notice filed on December 16 and 19, 2022.

23   5.    The only pending deadlines in the case are the Initial Case Management
24   Conference on January 12, 2023, and the Parties' deadline to submit a Joint Case Management
25   Statement on January 5, 2023. Defendants set these motions and notice for hearing on March 30,
26   2023 and April 6, 2023, the earliest available hearing dates. The Parties' request for a specially
27   set briefing schedule will thus not affect the case schedule or the hearing date.

28

2

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on December 20, 2022.

_____
Kate Juvinall

3

4125-0951-0211.1