1  [counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZOYA KOVALENKO, | Case No. 4:22-CV-05990-HSG |
|---|---|
| Plaintiff, | **STIPULATION TO SPECIALLY SET BREIFING SCHEDULE ON DEFENDANTS' MOTIONS FILED IN RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | **[N.D. CAL. CIV. L.R. 6-2]** |
| Defendants. | |

| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
|   | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
|   | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015 |
|   | Telephone:     +1 650 614 7400 |
| 5 | Facsimile:       +1 650 614 7401 |
| 6 | KATE JUVINALL (STATE BAR NO. 315659) |
|   | kjuvinall@orrick.com |
| 7 | PAUL RODRIGUEZ (STATE BAR NO. 307139) |
|   | prodriguez@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 355 S. Grand Ave., Suite 2700 |
| 9 | Los Angeles, CA  90071 |
|   | Telephone:     +1 213 629 2020 |
| 10 | Facsimile:       +1 213 612 2499 |
| 11 | Attorneys for Defendants |
|    | KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, |
| 12 | MICHAEL W. DE VRIES, P.C., ADAM ALPER, |
|    | ADAM R. ALPER, P.C., AKSHAY DEORAS, |
| 13 | AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, |
|    | LESLIE M. SCHMIDT, P.C., AND MARK FAHEY |
| 14 | |
| 15 | Zoya Kovalenko |
|    | 13221 Oakland Hills Blvd., Apt. 206 |
| 16 | Germantown, MD 20874 |
|    | zoyavk@outlook.com |
| 17 | |
|    | Plaintiff Zoya Kovalenko |
| 18 | |

1

STIPULATION TO SET SPECIAL BRIEFING SCHEDULE

4146-5037-4723.1

Plaintiff Zoya Kovalenko ("Plaintiff") and Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., Leslie Schmidt, Leslie M. Schmidt, P.C., and Mark Fahey (collectively "Defendants") (Plaintiff and Defendants together, the "Parties") hereby stipulate under Local Civil Rule 6-2 to extend the deadlines for Plaintiff to file oppositions to the responsive motions and notice to Plaintiff's Complaint that Defendants filed on December 16 and 19, 2022, and noticed for hearing on March 30, 2023 and April 6, 2023, and to extend the deadlines for Defendants to file replies to Plaintiff's oppositions. The motions and notice filed on December 16 and 19 are as follows:

- December 16, 2022 – Defendant Kirkland & Ellis LLP's Motion to Dismiss
- December 19, 2022
    - Defendants' Motion to Strike
    - Defendant Kirkland & Ellis LLP's SLAPP Motion
    - Defendants Adam Alper and Adam R. Alper, P.C.'s Motion to Dismiss
    - Defendants Akshay Deoras and Akshay S. Deoras, P.C.'s Motion to Dismiss
    - Defendants Michael De Vries and Michael W. De Vries P.C.'s Motion to Dismiss
    - Defendant Mark Fahey's Motion to Dismiss
    - Defendants Leslie Schmidt and Leslie M. Schmidt, P.C.'s Motion to Dismiss
    - Defendants' Request for Judicial Notice ISO Motions to Dismiss

The parties stipulate that the following briefing schedule will govern (for the reasons set forth in the accompanying Declaration of Kate Juvinall):

- Schedule for Motion filed on December 16, 2022:
    - January 9, 2023: Plaintiff's deadline to file opposition
    - January 23, 2023: Defendant Kirkland's deadline to file reply
- Schedule for Motions and Notice filed on December 19, 2022:
    - January 17, 2023: Plaintiff's deadline to file oppositions
    - January 31, 2023: Defendants' deadline to file replies

2

4146-5037-4723.1

| | |
|---|---|
| Dated: December 20, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | /s/   *Kate Juvinall* |
| | KATE JUVINALL |
| | Attorneys for Defendants |
| Dated: December 20, 2022 | |
| | /s/   *Zoya Kovalenko* |
| | ZOYA KOVALENKO |
| | Plaintiff |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   12/21/2022

_____
HAYWOOD S. GILLIAM, JR.
Unites States District Judge

3

4146-5037-4723.1