1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    jliburt@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA  94025-1015
    Telephone:    +1 650 614 7400
5   Facsimile:    +1 650 614 7401

6   KATE JUVINALL (STATE BAR NO. 315659)
    kjuvinall@orrick.com
7   PAUL RODRIGUEZ (STATE BAR NO. 307139)
    prodriguez@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    355 S. Grand Ave., Suite 2700
9   Los Angeles, CA  90071
    Telephone:    +1 213 629 2020
10  Facsimile:    +1 213 612 2499

11  Attorneys for Defendants

12  KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
    MICHAEL W. DE VRIES, P.C., ADAM ALPER,
13  ADAM R. ALPER, P.C., AKSHAY DEORAS,
    AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT,
14  LESLIE M. SCHMIDT, P.C., AND MARK FAHEY

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18  ZOYA KOVALENKO,                      Case No. 3:22-CV-05990-HSG

19               Plaintiff,              **NOTICE OF WITHDRAWAL OF
                                         COUNSEL**
20       v.

21  KIRKLAND & ELLIS LLP, MICHAEL DE
    VRIES, MICHAEL W. DEVRIES, P.C.,
22  ADAM ALPER, ADAM R. ALPER, P.C.,
    AKSHAY DEORAS, AKSHAY S. DEORAS,
23  P.C., LESLIE SCHMIDT, LESLIE M.
    SCHMIDT, P.C., AND MARK FAHEY,
24
                 Defendants.
25

26

27

28

**TO PLAINTIFF ZOYA KOVALENKO AND HER COUNSEL OF RECORD AND THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Paul Rodriguez hereby withdraws his appearance as counsel of record for Defendants KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., and MARK FAHEY in the above-captioned case, and therefore requests that his name be removed from the Court and the parties' services lists. Lynne Hermle, Joseph Liburt and Kate Juvinall of Orrick, Herrington & Sutcliffe LLP will continue to represent the Defendants in this matter.

Dated: July 6, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
PAUL RODRIGUEZ
Attorneys for Defendants
KIRKLAND & ELLIS LLP, MICHAEL DE
VRIES, MICHAEL W. DE VRIES, P.C.,
ADAM ALPER, ADAM R. ALPER, P.C.,
AKSHAY DEORAS, AKSHAY S. DEORAS,
P.C., LESLIE SCHMIDT, LESLIE M.
SCHMIDT, P.C., AND MARK FAHEY

- 1 -

NOTICE OF WITHDRAWAL OF COUNSEL
[3:22-CV-05990-HSG]

**PROOF OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On July 6, 2023, I served the following documents:

- **NOTICE OF WITHDRAWAL OF COUNSEL**

On all interested parties in this action in the manner described as follows:

☒ **(Electronic Mail)** By transmitting via electronic mail the document(s) listed above to the address(es) set forth below on July 6, 2023.

☐ **(U.S. Mail)** by placing true and correct copies thereof in sealed envelopes addressed as follows:

> Zoya Kovalenko
> 13221 Oakland Hills Blvd., Apt. 206
> Germantown, MD  20874
> zoyavk@outlook.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 6, 2023.

_____
Helena Bursik

- 2 -
NOTICE OF WITHDRAWAL OF COUNSEL
[3:22-CV-05990-HSG]