UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZOYA KOVALENKO, | Case No. 22-cv-05990-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| KIRKLAND & ELLIS LLP, et al., | |
| Defendants. | Re: Dkt. No. 83 |

Pursuant to Local Rule 72-1, the discovery letter at Dkt. No. 83 and all discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 7/25/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge