UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>    Plaintiff,<br><br>  v.<br><br>KIRKLAND & ELLIS LLP, et al.,<br><br>    Defendants. | Case No.  22-cv-05990-HSG   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

   This case has been referred to the undersigned magistrate judge for all discovery.  For any pending matters at the time of referral, the Court will issue a separate order.  For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

   Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

   **IT IS SO ORDERED.**

Dated: July 25, 2023

THOMAS S. HIXSON
United States Magistrate Judge