UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOYA KOVALENKO,

Plaintiff,

v.

KIRKLAND & ELLIS LLP, et al.,

Defendants.

Case No.  22-cv-05990-HSG   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 83

Defendant Kirkland & Ellis LLP has served subpoenas on non-parties Paul Hastings LLP and Fish & Richardson P.C.  At the hearing this morning, Plaintiff advised that she intends to move for a protective order and to quash the subpoenas.  Accordingly, the Court **STAYS** the subpoenas pending further order of the Court.  The Court **ORDERS** Kirkland & Ellis to serve this order on Paul Hastings and Fish & Richardson and to file a proof of service showing that it has done so.

**IT IS SO ORDERED.**

Dated: July 27, 2023

THOMAS S. HIXSON
United States Magistrate Judge