1   Zoya Kovalenko (Cal. SBN 338624)
    13221 Oakland Hills Blvd., Apt. 206
2   Germantown, MD 20874
    678 559 4682
3   zoyavk@outlook.com

4   Plaintiff Zoya Kovalenko

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:      +1 650 614 7400
Facsimile:      +1 650 614 7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:      +1 213 629 2020
Facsimile:      +1 213 612 2499

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

Attorneys for Defendants

KIRKLAND & ELLIS LLP, MICHAEL DE
VRIES, MICHAEL W. DEVRIES, P.C., ADAM
ALPER, ADAM R. ALPER, P.C., AKSHAY
DEORAS, AKSHAY S. DEORAS, P.C., AND
MARK FAHEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>     *Plaintiff*,<br><br>     v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>     *Defendants*. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OBJECT/RESPOND TO DEFENDANT KIRKLAND & ELLIS LLP'S FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>[Civil L.R. 6-1(a)]<br><br>Assigned to:    Hon. Haywood S. Gilliam, Jr., Oakland Division<br>Referred to:    Hon. Thomas S. Hixson, San Francisco Division |

1       Plaintiff Zoya Kovalenko ("Plaintiff") and Defendant Kirkland & Ellis LLP (Plaintiff and

2   Defendant together, the "Parties") hereby stipulate under Civil Local Rule 6-1(a) and Federal Rule

3   of Civil Procedure 29(b) to extend the default deadlines for Plaintiff to object/respond to

4   "Defendant Kirkland & Ellis LLP's Interrogatories to Plaintiff, Set One" and "Defendant Kirkland

5   & Ellis LLP's Request[s] for Production of Documents to Plaintiff, Set One" (collectively,

6   "Kirkland's First Sets of Propounded Discovery").   Kirkland's First Sets of Propounded

7   Discovery are dated August 8, 2023.

8       On August 23, 2023, the Parties agreed to stipulate to a 30-day extension for Plaintiff to

9   object/respond to Kirkland's First Sets of Propounded Discovery and agreed to discuss an

10  additional extension if necessary.[1]  The default deadlines for Plaintiff to object/respond would be

11  on September 7, 2023.  *See* Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A); *see also* Fed. R. Civ. P. 29

12  (permitting parties to stipulate to extend time to object/respond).  Pursuant to this stipulation of

13  the Parties, the deadline for Plaintiff to object/respond to Kirkland's First Sets of Propounded

14  Discovery is October 9, 2023.  This change will not alter the date of any event or deadline already

15  fixed by Court order.  *See* Civil L.R. 6-1(a).

16

17      Dated: August 30, 2023            /s/ *Zoya Kovalenko*
                                          Zoya Kovalenko (Cal. SBN 338624)
18                                        13221 Oakland Hills Blvd., Apt. 206
                                          Germantown, MD 20874
19                                        678 559 4682
                                          zoyavk@outlook.com
20
                                          Plaintiff
21

22

23

24  _____
    [1] Plaintiff believes an additional extension may be necessary to appropriately object/respond to
25  Kirkland's First Sets of Discovery Requests, which includes an extensive set of 202 requests for
    production, for a number of reasons.  Plaintiff's attorney is still trying to find local counsel in
    order to apply to appear *pro hac vice* on Plaintiff's behalf.  *See* Civil L.R. 11-3(a).  Plaintiff is still
26  in the process of transitioning the case to her retained counsel.  In addition, Plaintiff and her
    counsel are traveling this week and next.  To the extent any additional extension will be necessary,
27  Plaintiff or her counsel, as appropriate, would file with the Court any requisite documentation
    (e.g., a stipulation, *see* Civil L.R. 6-1(a), or motion, *see* Civil L.R. 6-2(a), as appropriate).
28

1    Dated: August 30, 2023                 ORRICK, HERRINGTON & SUTCLIFFE LLP

2                                           /s/*Kate Juvinall*
                                            KATE JUVINALL
3                                           kjuvinall@orrick.com
                                            Orrick, Herrington & Sutcliffe LLP
4                                           355 S. Grand Ave., Suite 2700
                                            Los Angeles, CA  90071
5                                           Telephone:     +1 213 629 2020
                                            Facsimile:     +1 213 612 2499
6
                                            LYNNE C. HERMLE (STATE BAR NO. 99779)
7                                           lchermle@orrick.com
                                            JOSEPH C. LIBURT (STATE BAR NO. 155507)
8                                           jliburt@orrick.com
                                            Orrick, Herrington & Sutcliffe LLP
9                                           1000 Marsh Road
                                            Menlo Park, CA  94025-1015
10                                          Telephone:     +1 650 614 7400
                                            Facsimile:     +1 650 614 7401
11
                                            MARK THOMPSON (Admitted *pro hac vice*)
12                                          mthompson@orrick.com
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
13                                          51 W 52nd Street
                                            New York, NY 10019
14                                          Telephone: +1 212 506 5000
                                            Facsimile: +1 212 506 5151
15
                                            Attorneys for Defendants Kirkland & Ellis LLP,
16                                          Michael De Vries, Michael W. DeVries, P.C., Adam
                                            Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay
17                                          S. Deoras, P.C., and Mark Fahey

18

19              **CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

20        Pursuant to Civil Local Rule 5-1(h)(3), I attest that the other signatory has concurred in
21   the filing of this document.

22   Dated: August 30, 2023                 /s/ *Zoya Kovalenko*
                                            Zoya Kovalenko (Cal. SBN 338624)
23                                          13221 Oakland Hills Blvd., Apt. 206
                                            Germantown, MD 20874
24                                          678 559 4682
                                            zoyavk@outlook.com
25
                                            Plaintiff
26

27

28