1    [counsel listed on following page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   ZOYA KOVALENKO,                        Case No. 4:22-CV-05990-HSG

12                  Plaintiff,              **STIPULATION AND ORDER TO
                                            ENLARGE TIME TO FILE ANSWER**
13          v.
                                            **[N.D. CAL. CIV. L.R. 6-2]**
14   KIRKLAND & ELLIS LLP, MICHAEL DE
     VRIES, MICHAEL W. DE VRIES, P.C.,
15   ADAM ALPER, ADAM R. ALPER, P.C.,
     AKSHAY DEORAS, AKSHAY S. DEORAS,
16   P.C., AND MARK FAHEY,

17                  Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    jliburt@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA  94025-1015
    Telephone:     +1 650 614 7400
5   Facsimile:     +1 650 614 7401

6   KATE JUVINALL (STATE BAR NO. 315659)
    kjuvinall@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    355 S. Grand Ave., Suite 2700
8   Los Angeles, CA  90071
    Telephone:     +1 213 629 2020
9   Facsimile:     +1 213 612 2499

10  MARK THOMPSON (Admitted *pro hac vice*)
    mthompson@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 W 52nd St.
12  New York, NY 10019
    Telephone:     +1 212 506 5000
13  Facsimile:     +1 212 506 5151

14
    Attorneys for Defendants
15  KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM
    ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND
16  MARK FAHEY

17
    Zoya Kovalenko
18  13221 Oakland Hills Blvd., Apt. 206
    Germantown, MD 20874
19  zoyavk@outlook.com

20
    Plaintiff Zoya Kovalenko
21

22

23

24

25

26

27

28

- 1 -

1        Defendants Kirkland & Ellis LLP ("K&E"), Michael De Vries, Michael W. De Vries,

2   P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark

3   Fahey (the "Indivdual Defendants", collectively with K&E, the "Defendants"), and Plaintiff Zoya

4   Kovalenko ("Plaintiff") (Plaintiff and Defendant collectively, the "Parties"), hereby stipulate as

5   follows:

6        WHEREAS, Plaintiff, a former IP litigation associate with K&E, filed a Complaint in

7   October 2022 against Defendants and Leslie Schmidt and Leslie Schmidt, P.C. (the "Schmidt

8   Defendants") alleging claims for: (1) sex discrimination in violation of Title VII; (2) sex

9   discrimination in violation of FEHA; (3) sex discrimination in violation of San Francisco

10  Ordinance; (4) sex discrimination in violation of Federal Equal Pay Act; (5) retaliation in

11  violation of Title VII; (6) retaliation in violation of FEHA; (7) retaliation in violation of San

12  Francisco Ordinance; (8) sex harassment constituting hostile work environment in violation of

13  Title VII; (9) failure to prevent discrimination and retaliation; (10) defamation; (11) intentional

14  infliction of emotional distress; and (12) negligent infliction of emotional distress. Dkt. 1.

15       WHEREAS, K&E filed a motion to dismiss Plaintiff's Complaint on December 16, 2023

16  (Dkt. 24) and the Indivdual Defendants and former Defendants Leslie Schmidt and Leslie

17  Schmidt, P.C. each filed a motion to dismiss Plaintiff's Complaint on December 19, 2023 (Dkt.

18  30, 31, 34-36).

19       WHEREAS,  on August 23, 2023, the Court granted the motions to dismiss in part and the

20  Court ordered Plaintiff to file any amended complaint within 28 days of its Order. Dkt. 92 at 27.

21       WHEREAS, on September 20, 2023, Plaintiff filed her first amended complaint (the

22  "FAC").

23       WHEREAS, the FAC is 312 paragraphs and 104 pages long.

24       WHEREAS, Defendants' current deadline to respond to the FAC is October 4, 2023, 14

25  days from the date of filing of the FAC.

26       WHEREAS, the Defendants state they require an additional 14 days to prepare their answer

27  to the FAC due to the length of the FAC.

28       WHEREAS, the previous time modifications in this case are as follows:

STIPULATION TO ENLARGE TIME TO
FILE ANSWER [4:22-CV-05990-HSG]

1

2

3

- A stipulation to specially set the briefing schedule on Defendants' motions filed in response to Plaintiff's original Complaint was filed on December 20, 2022 (Dkt. 43) and granted on December 21, 2022 (Dkt. 44).

4

5

6

7

- A stipulation to extend deadlines to comply with initial discovery obligations pursuant to General Order No. 71 and to set the briefing schedule for Defendants' Anti-SLAPP Motion was filed on January 9, 2023 (Dkt. 59) and granted on January 10, 2023 (Dkt. 61).

8

9

10

- A stipulation under Civil Local Rule 6-1(a) to extend time for Plaintiff to object/respond to K&E's first sets of interrogatories and requests for production from September 7, 2023 to October 9, 2023 was filed on August 30, 2023 (Dkt. 93).

11    WHEREAS, the brief extension of time requested here would have no effect on the schedule

12    for this case.

13    IT IS HEREBY STIPULATED by the Parties that the deadline for Defendants to file an

14    answer to the FAC is extended 14 days to October 18, 2023.

15    Respectfully submitted,

16

17    Dated: September 26, 2023                    MARK R. THOMPSON
                                                     Orrick, Herrington & Sutcliffe LLP

18

19                                                  By: _____/s/ Mark R. Thompson_____

20                                                           MARK R. THOMPSON
                                                             (admitted *pro hac vice*)

21                                                           Attorneys for Defendants

22

23    Dated: September 26, 2023                    Plaintiff Zoya Kovalenko

24

25                                                  By: _____/s/ Zoya Kovalenko_____

26                                                           ZOYA KOVALENKO
                                                             Plaintiff Zoya Kovalenko

27

28

- 3 -

STIPULATION TO ENLARGE TIME TO
FILE ANSWER [4:22-CV-05990-HSG]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    9/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

- 4 -