| | |
|---|---|
| Zoya Kovalenko (Cal. SBN 338624)<br>13221 Oakland Hills Blvd., Apt. 206<br>Germantown, MD 20874<br>678 559 4682<br>zoyavk@outlook.com<br><br>Plaintiff Zoya Kovalenko | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone:  +1 650 614 7400<br>Facsimile:  +1 650 614 7401<br><br>KATE JUVINALL (STATE BAR NO. 315659)<br>kjuvinall@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Ave., Suite 2700<br>Los Angeles, CA 90071<br>Telephone:  +1 213 629 2020<br>Facsimile:  +1 213 612 2499<br><br>MARK THOMPSON (Admitted *pro hac vice*)<br>mthompson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W 52nd Street<br>New York, NY 10019<br>Telephone: +1 212 506 5000<br>Facsimile: +1 212 506 5151<br><br>Attorneys for Defendants<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>  *Plaintiff*,<br><br>  v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>  *Defendants*. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>**CIVIL LOCAL RULE 6-1(a) STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OBJECT/RESPOND TO DEFENDANT KIRKLAND & ELLIS LLP'S FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>Assigned to:  Hon. Haywood S. Gilliam, Jr., Oakland Division<br>Referred to:  Hon. Thomas S. Hixson, San Francisco Division |

1    Plaintiff Zoya Kovalenko ("Plaintiff") and Defendant Kirkland & Ellis LLP ("Kirkland") (collectively, the "Parties") hereby stipulate under Civil Local Rule 6-1(a) and Federal Rule of Civil Procedure 29(b) to extend the deadlines for Plaintiff to object/respond to "Defendant Kirkland & Ellis LLP's Interrogatories to Plaintiff, Set One" and "Defendant Kirkland & Ellis LLP's Request[s] for Production of Documents to Plaintiff, Set One" (collectively, "Kirkland's First Sets of Propounded Discovery") to November 8, 2023.  *See* Fed. R. Civ. P. 33(b)(2) & 34(b)(2).

Plaintiff's objections/responses to Kirkland's First Sets of Propounded Discovery are not required to be filed or lodged with the Court.  *See* Civil L.R. 6-1(a).  This stipulated extension will not alter the date of any event or deadline already fixed by Court order.  *See* Civil L.R. 6-1(a); *see also* Fed. R. Civ. P. 33(b)(2) & 34(b)(2); Fed. R. Civ. P. 29(b).[1]

Dated: October 6, 2023        /s/ *Zoya Kovalenko*
                              Zoya Kovalenko (Cal. SBN 338624)
                              13221 Oakland Hills Blvd., Apt. 206
                              Germantown, MD 20874
                              678 559 4682
                              zoyavk@outlook.com

                              Plaintiff

---

[1] Per the Parties' earlier Civil Local Rule 6-1(a) stipulation, prior to this stipulation, the deadline for Plaintiff to object/respond to Kirkland's First Sets of Propounded Discovery was October 9, 2023.  Stip. to Extend Time for Pl. to Object/Respond to Def. Kirkland & Ellis LLP's First Sets of Interrogs. and Reqs. for Produc. at 1, Dkt. No. 93.  The Parties had agreed to discuss an additional stipulation, as appropriate. *Id.* at 1 & 1 n.1, Dkt. No. 93.  This stipulation follows.  As Plaintiff apprised the Court during the case management conference held earlier this week, Plaintiff and her counsel are still trying to retain local counsel so that Plaintiff's counsel can apply to appear *pro hac vice*.  *See* Clerk's Not. Setting Telephonic Case Management Conference, Dkt. No. 97; Minutes re [97], Dkt. No. 99; Civil L.R. 11-3(a).

| | | |
|---|---|---|
| 1 | Dated: October 6, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | /s/ *Kate Juvinall* |
| | | KATE JUVINALL |
| 3 | | kjuvinall@orrick.com |
| | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | 355 S. Grand Ave., Suite 2700 |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone:   +1 213 629 2020 |
| | | Facsimile:   +1 213 612 2499 |

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

Attorneys for Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. DeVries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey

### **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the other signatory has concurred in the filing of this document.

Dated: October 6, 2023

/s/ *Zoya Kovalenko*
Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

Plaintiff