1   Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Apt. 206
2   Germantown, MD 20874
678 559 4682
3   zoyavk@outlook.com

4   Plaintiff Zoya Kovalenko

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
5   Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

6   KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
8   Los Angeles, CA 90071
Telephone:    +1 213 629 2020
9   Facsimile:    +1 213 612 2499

10   MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
11   ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
12   New York, NY 10019
Telephone: +1 212 506 5000
13   Facsimile: +1 212 506 5151

14   Attorneys for Defendants KIRKLAND & ELLIS
LLP, MICHAEL DE VRIES, MICHAEL W.
15   DEVRIES, P.C., ADAM ALPER, ADAM R.
ALPER, P.C., AKSHAY DEORAS, AKSHAY S.
16   DEORAS, P.C., AND MARK FAHEY

17                          UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                                OAKLAND DIVISION

20   ZOYA KOVALENKO,

21                  *Plaintiff*,

22           v.

23   KIRKLAND & ELLIS LLP, MICHAEL DE
VRIES, MICHAEL W. DEVRIES, P.C.,
24   ADAM ALPER, ADAM R. ALPER, P.C.,
AKSHAY DEORAS, AKSHAY S.
25   DEORAS, P.C., AND MARK FAHEY,

26                  *Defendants*.

27

28

Case No. 4:22-cv-05990-HSG

**STIPULATED REQUEST FOR ORDER
EXTENDING TIME REGARDING
DEFENDANTS' MOTION TO DISMISS
AMENDED COMPLAINT, DKT. NO.
102, AND ORDER**

[Civil L.R. 6-1(b) & 6-2]

Plaintiff Zoya Kovalenko ("Plaintiff") and Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. DeVries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively "Defendants") (Plaintiff and Defendants together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order extending time for Plaintiff to file an opposition to Defendants' motion to dismiss the amended complaint filed in this case, Defs.' Mot. Dismiss, Dkt. No. 102 (the "Motion"), and for Defendants to file a reply.

On August 23, 2023, this Court issued its Order Denying in Part and Granting in Part Mots. Dismiss, Denying Mots. Strike, and Denying in Part and Granting in Part Mot. Seal. Dkt. No. 92 (ruling on Defendants' motions at Dkt. Nos. 24, 30, 31, 34, 35, 36, 37, 38, 53). On September 20, 2023, Plaintiff timely filed her amended complaint pursuant to the Order. Dkt. No. 94. On September 26, 2023, at Defendants' request, the parties stipulated under Civil Local Rule 6-2 to extend time for Defendants to file an answer to the amended complaint to October 18, 2023. Stipulation to Enlarge Time to File Answer, Dkt. No. 95 (Sept. 26, 2023). The Court granted the request for an order pursuant to stipulation. Dkt. No. 96 (Sept. 27, 2023). On October 18, 2023, Defendants filed the Motion. Dkt. No. 102.

The parties hereby stipulate to extend the deadline for Plaintiff to oppose the Motion from November 1, 2023 to <u>November 22, 2023</u> and the deadline for Defendants to reply from November 8, 2023 to <u>December 13, 2023</u>.

Plaintiff contends the requested extension is warranted because the Motion is a dispositive motion, and additional time is needed for Plaintiff to review and substantively address each issue raised by Defendants, and the extension is necessary to avoid significant prejudice to Plaintiff. Decl. of Zoya Kovalenko in Support of Stipulated Request for Order Extending Time Regarding Seventh Mot. Dismiss ("Kovalenko Decl.") ¶ 4 (noting it is Plaintiff's position that the Motion raises issues and arguments that Defendants could have but did not raise earlier in their plethora of motions attacking complaint); *see also* Dkt. Nos. 24, 30, 31, 34, 35, 36, 37, 38 (Defendants' prior motions attacking complaint). Plaintiff and her retained counsel have identified local counsel and anticipate filing a notice of appearance and application to appear *pro hac vice* next week. Kovalenko Decl. ¶ 4. An extension is thus also warranted to allow Plaintiff's counsel time

to appear, to file an application to appear *pro hac vice*, and to prepare an opposition to the Motion. Kovalenko Decl. ¶ 4.

The previous time modifications in the case are described below.  Kovalenko Decl. ¶ 5.

    a.  The parties stipulated under Civil Local Rule 6-2 to request an order specially setting a briefing schedule on Defendants' motions filed in response to the Complaint.  Dkt. No. 43 (Dec. 20, 2022).   The Court granted the request for an order pursuant to stipulation.  Dkt. No. 44 (Dec. 21, 2022).

    b.  The parties stipulated under Civil Local Rule 6-2 to request an order extending deadlines regarding initial discovery protocols per General Order No. 71 and modifying the briefing schedule for Kirkland & Ellis LLP's Anti-SLAPP motion.  Dkt. No. 59 (Jan. 9, 2023).  The Court granted the request for an order pursuant to stipulation.  Dkt. No. 61 (Jan. 10, 2023).

    c.  The parties stipulated under Civil Local Rule 6-1(a) and Federal Rule of Civil Procedure 29(b) to extend time for Plaintiff to object/respond to Kirkland's first sets of interrogatories and requests for production from September 7, 2023 to October 9, 2023, Dkt. No. 93 (Aug. 30, 2023), and from October 9, 2023 to November 8, 2023, Dkt. No. 100 (Oct. 6, 2023).

    d.  The parties stipulated under Civil Local Rule 6-2 to request an order enlarging time for Defendants to file an answer to the amended complaint from October 4, 2023 to October 18. 2023.  Stipulation to Enlarge Time to File Answer, Dkt. No. 95 (Sept. 26, 2023).  The Court granted the request for an order pursuant to stipulation.  Dkt. No. 96 (Sept. 27, 2023).

The Court has not yet entered a scheduling order in this case.  Kovalenko Decl. ¶ 6.  Thus, the brief extensions of time requested here would have no effect on any schedule for the case. Kovalenko Decl. ¶ 6.

Respectfully submitted this 27th day of October, 2023.

STIPULATED REQ. FOR ORDER EXTENDING
TIME RE MOT. DISMISS AMENDED     2     NO. 4:22-CV-05990-HSG
COMPLAINT, DKT. NO. 102
4160-0574-3180.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Zoya Kovalenko*
Zoya Kovalenko
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

Plaintiff


ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Kate Juvinall*
KATE JUVINALL
kjuvinall@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:     +1 213 629 2020
Facsimile:      +1 213 612 2499

Attorneys for Defendants


## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the other signatory has concurred in the filing of this document.

Dated: October 27, 2023

/s/ *Zoya Kovalenko*
Zoya Kovalenko
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
678 559 4682
zoyavk@outlook.com

Plaintiff

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated: 10/30/2023

4

5

HAYWOOD S. GILLIAM, JR.
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28