1  Adrian Hernandez (State Bar No. 325532)
   adrian@employmentattorneyla.com
2  HENNIG KRAMER RUIZ & SINGH, LLP
3  3600 Wilshire Blvd, Suite 1908
   Los Angeles, CA 90010
4  Telephone: +1 213 310 8301
   Fax: +1 213 310 8302
5

6  Attorneys for Plaintiff
   Zoya Kovalenko
7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    OAKLAND DIVISION
12

13  ZOYA KOVALENKO,                      Case No. 4:22-cv-05990-HSG

14          Plaintiff,                   **NOTICE OF APPEARANCE**
                                         **PURSUANT TO CIVIL L.R. 5-1(c)(2)**
15      v.

16  KIRKLAND & ELLIS LLP, MICHAEL DE
    VRIES, MICHAEL W. DEVRIES, P.C.,
17  ADAM ALPER, ADAM R. ALPER, P.C.,
    AKSHAY DEORAS, AKSHAY S.
18  DEORAS, P.C., AND MARK FAHEY,

19          *Defendants*.                Judge:   Honorable Haywood S. Gilliam, Jr.

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Adrian Hernandez of Hennig Kramer Ruiz & Singh, LLP hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned matter.

The Plaintiff hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>Adrian Hernandez
>adrian@employmentattorneyla.com
>Hennig Kramer Ruiz & Singh LLP
>3600 Wilshire Blvd, Suite 1908
>Los Angeles, CA 90010
>Telephone: (213) 310-8301
>Fax: (213) 310-8302

Dated: November 8, 2023                HENNIG KRAMER RUIZ & SINGH, LLP

>                        /s/ Adrian Hernandez
>                          Adrian Hernandez
>                         Attorneys for Plaintiff
>                  HENNIG KRAMER RUIZ & SINGH, LLP