**Zoya Kovalenko v. Kirkland Ellis LLP, et al.**
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2414 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document reflecting legal advice concerning Plaintiff's termination meeting. | Attachment | | | | | | | |
| PRIV - 2415 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document reflecting legal advice concerning Plaintiff's termination meeting. | Email | No | 0 | 9/27/2021 | Deoras, Akshay S. [adeoras@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | | |
| PRIV - 2416 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Email | Yes | 9 | 9/28/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | zoyavk@gmail.com | | |
| PRIV - 2417 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2418 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2419 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2420 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2421 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2422 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2423 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2424 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | | | | | | | |
| PRIV - 2425 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Attachment | | | | | | | |
| PRIV - 2426 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Email | Yes | 4 | 10/1/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Carrillo, Michael [michael.carrillo@kirkland.com];Bueno, Julie [jbueno@kirkland.com] | | |
| PRIV - 2427 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2428 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2429 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2430 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | No | | | | | | |
| PRIV - 2431 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client. | Email | No | 0 | 10/1/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | zoyavk@gmail.com | | |
| PRIV - 2432 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 2 | 10/4/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Schneider, Ben [ben.schneider@kirkland.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] |
| PRIV - 2433 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2434 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2435 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/4/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | | |
| PRIV - 2436 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 1 | 10/5/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Schneider, Ben [ben.schneider@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] |
| PRIV - 2437 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2438 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Email | Yes | 1 | 10/5/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | | |
| PRIV - 2439 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | | | | | | | |
| PRIV - 2440 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2441 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | Schneider, Ben [ben.schneider@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] |
| PRIV - 2442 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | | |
| PRIV - 2443 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2444 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 2 | 10/7/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Tracy Billows [TBillows@seyfarth.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2445 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2446 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2447 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Tracy Billows [TBillows@seyfarth.com] | Herlihy, Sarah P. [sherlihy@kirkland.com];Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | |
| PRIV - 2448 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/7/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Billows, Tracy [TBillows@seyfarth.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | |
| PRIV - 2449 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/8/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2450 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/8/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2451 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/8/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2452 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 1 | 10/8/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Billows, Tracy [TBillows@seyfarth.com];Herlihy, Sarah P. [sherlihy@kirkland.com];Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2453 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2454 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/13/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Schneider, Ben [ben.schneider@kirkland.com] | | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] |
| PRIV - 2455 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/13/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Schneider, Ben [ben.schneider@kirkland.com] | | |
| PRIV - 2456 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/14/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Billows, Tracy [TBillows@seyfarth.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | |
| PRIV - 2457 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/14/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com];Billows, Tracy [TBillows@seyfarth.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | |
| PRIV - 2458 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/14/2021 | Billows, Tracy [TBillows@seyfarth.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com];Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | |
| PRIV - 2459 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Email | No | 0 | 10/18/2021 | Deoras, Akshay S. [adeoras@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com];Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2460 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Email | No | 0 | 10/18/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Deoras, Akshay S. [adeoras@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | |
| PRIV - 2461 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/18/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com];zoyavk@gmail.com |
| PRIV - 2462 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/18/2021 | Schmidt, Leslie M. [leslie.schmidt@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2463 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Email | Yes | 2 | 10/20/2021 | Twomey, Daniel [daniel.twomey@kirkland.com] | Deoras, Akshay S. [adeoras@kirkland.com] | Sinzig, Natalie [natalie.sinzig@kirkland.com] | |
| PRIV - 2464 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | | | | | | | |
| PRIV - 2465 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client. | Attachment | | | | | | | |
| PRIV - 2466 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/20/2021 | De Vries, Mike W. [michael.devries@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | De Vries, Mike W. [michael.devries@kirkland.com] |
| PRIV - 2467 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/20/2021 | De Vries, Mike W. [michael.devries@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | De Vries, Mike W. [michael.devries@kirkland.com] |
| PRIV - 2468 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/20/2021 | De Vries, Mike W. [michael.devries@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2469 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/20/2021 | De Vries, Mike W. [michael.devries@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | De Vries, Mike W. [michael.devries@kirkland.com] |
| PRIV - 2470 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/20/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2471 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/21/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2472 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/22/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | | |
| PRIV - 2473 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/22/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2474 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/22/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2475 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/26/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | zoyavk@gmail.com | | |
| PRIV - 2476 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/26/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | zoyavk@gmail.com | | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2477 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 6 | 10/28/2021 | Herlihy, Sarah P. [sherlihy@kirkland.com] | Powell, Jeffrey S. [jpowell@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2478 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2479 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2480 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2481 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2482 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2483 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2484 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/29/2021 | Deoras, Akshay S. [adeoras@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Powell, Jeffrey S. [jpowell@kirkland.com];Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2485 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 10/29/2021 | Schmidt, Leslie M. [leslie.schmidt@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Powell, Jeffrey S. [jpowell@kirkland.com];Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2486 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 20 | 11/1/2021 | Schmidt, Leslie M. [leslie.schmidt@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | | |
| PRIV - 2487 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2488 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2489 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2490 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2491 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2492 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2493 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2494 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2495 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2496 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2497 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2498 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2499 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2500 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2501 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2502 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2503 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2504 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2505 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2506 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2507 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 43 | 11/1/2021 | Deoras, Akshay S. [adeoras@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | | |
| PRIV - 2508 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2509 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2510 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2511 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2512 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2513 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2514 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2515 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2516 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2517 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2518 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2519 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2520 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2521 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2522 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2523 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2524 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2525 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2526 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2527 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2528 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2529 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2530 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2531 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2532 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2533 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2534 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2535 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2536 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2537 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2538 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2539 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2540 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2541 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2542 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2543 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2544 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2545 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2546 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2547 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2548 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2549 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2550 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2551 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 68 | 11/2/2021 | Herlihy, Sarah P. [sherlihy@kirkland.com] | Powell, Jeffrey S. [jpowell@kirkland.com];Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2552 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2553 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2554 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2555 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2556 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2557 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2558 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2559 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2560 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2561 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2562 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2563 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2564 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2565 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2566 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2567 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2568 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2569 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2570 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2571 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2572 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2573 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2574 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2575 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2576 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2577 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2578 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2579 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2580 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2581 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2582 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2583 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2584 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2585 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2586 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2587 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2588 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2589 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2590 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2591 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2592 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2593 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2594 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2595 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2596 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2597 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2598 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2599 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2600 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2601 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2602 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2603 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2604 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2605 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2606 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2607 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2608 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2609 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |

Zoya Kovalenko v. Kirkland Ellis LLP, et al.
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2610 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2611 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2612 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2613 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2614 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2615 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | No | | | | | | |
| PRIV - 2616 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2617 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2618 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2619 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Communication/document regarding legal matter for Firm client.; Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2620 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/2/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2621 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | Yes | 1 | 11/3/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | |
| PRIV - 2622 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Attachment | | | | | | | |
| PRIV - 2623 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/3/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | | |
| PRIV - 2624 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/3/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | |
| PRIV - 2625 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/3/2021 | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com] |
| PRIV - 2626 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/3/2021 | Cartland, Wendy Alders [wcartland@kirkland.com] | Kovalenko, Zoya V. [zoya.kovalenko@kirkland.com];Herlihy, Sarah P. [sherlihy@kirkland.com] | | |
| PRIV - 2627 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/5/2021 | De Vries, Mike W. [michael.devries@kirkland.com] | Herlihy, Sarah P. [sherlihy@kirkland.com] | Alper, Adam R. [aalper@kirkland.com] | |
| PRIV - 2628 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Email | No | 0 | 11/8/2021 | Zbesko, Chelsea [chelsea.zbesko@kirkland.com] | Cartland, Wendy Alders [wcartland@kirkland.com] | | |

**Zoya Kovalenko v. Kirkland Ellis LLP, et al.**
Docket No. 4:22-CV-05990-HSG
Defendants' Privilege Log
March 30, 2023

| Privilege Identifier | Privilege Treatment | Privilege Assertion | Privilege Description | Record Type | Email Has Attachments | Attachment Count | Date | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV - 2644 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Document reflecting legal advice concerning 2021 Associate Review ARC Feedback Meeting. | Document-Custodian: Kirkland Legal Recruiting and Development | | | 9/2021 | | | | |
| PRIV - 2645 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations.; Communication/document regarding legal matter for Firm client. | Document-Custodian: Wendy Cartland | | | 10/26/2021 | | | | |
| PRIV - 2646 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Document | | | 10/27/2021 | Herlihy, Sarah P. | Powell, Jeffrey S. | Cartland, Wendy Alders | |
| PRIV - 2647 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Document-Custodian: Wendy Cartland | | | 11/1/2021 | | | | |
| PRIV - 2648 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations.; Communication/document regarding legal matter for Firm client. | Document-Custodian: Wendy Cartland | | | 11/1/2021 | | | | |
| PRIV - 2649 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations. | Document-Custodian: Sarah Herlihy | | | 11/3/2021 | | | | |
| PRIV - 2650 | Withhold for Privilege | Attorney-Client Privilege; Attorney Work Product | Communication/document regarding internal investigation of Plaintiff's allegations.; Communication/document regarding legal matter for Firm client. | Document-Custodian: Sarah Herlihy | | | 10/2021-11/2021 | | | | |

Defendants will substitute a privilege log containing confidential client identifying information excluded in PRIV – 0645, PRIV – 0707, PRIV – 0752, PRIV – 0754, PRIV - 1576 upon the entry of a protective order.