1 [counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>  Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>  Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO SPECIALLY SET BRIEFING SCHEDULE ON MOTION TO QUASH [DKT. 113] AND RESET HEARING DATE**<br><br>**[N.D. CAL. CIV. L.R. 6-2]** |

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:	+1 650 614 7400
Facsimile:	+1 650 614 7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:	+1 213 629 2020
Facsimile:	+1 213 612 2499

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd St.
New York, NY 10019
Telephone:	+1 212 506 5000
Facsimile:	+1 212 506 5151

Attorneys for Defendants


TANVIR H. RAHMAN (Admitted *pro hac vice*)
trahman@filippatoslaw.com
FILIPPATOS PLLC
199 Main Street, Suite 800
White Plains, NY 10601
Telephone :	+1 914 984 1111

SAMUEL BROWN (STATE BAR NO. 308558)
sam@employmentattorneyla.com
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Telephone :	+1 213 310 8301

*Attorneys for Plaintiff Zoya Kovalenko*

STIPULATION TO SPECIALLY SET BRIEFING SCHEDULE ON MOTION TO QUASH AND RESET HEARING DATE
[4:22-CV-05990-HSG]

1 | Defendant Kirkland & Ellis LLP ("K&E") and Plaintiff Zoya Kovalenko ("Plaintiff")
2 | (Plaintiff and Defendant collectively, the "Parties"), hereby stipulate as follows:

3 | WHEREAS, Defendants served non-parties Fish & Richardson PC ("Fish") and Paul Hastings LLP ("Paul Hastings"), Plaintiff's former employers, on July 13, 2023, with subpoenas to produce documents related to Plaintiff's employment;

WHEREAS, Plaintiff objected to the subpoenas, and on July 25, 2023, the Parties submitted a Discovery Letter Brief (Dkt. 83), to the Court detailing their respective positions;

WHEREAS, on July 27, 2023, the Parties had a discovery hearing before Magistrate Judge Hixson, during which Plaintiff, Ms. Kovalenko, stated that she intends to move for a protective order and to quash the subpoenas and that she has retained counsel and needs more time to be prepared. Minute Entry for Proceedings Held Before Judge Thomas S. Hixson (July 28, 2023) (Dkt. 91); Disc. Order (July 27, 2023) (Dkt. 88). As a result, the Court stayed the subpoenas pending further order of the Court and ordered K&E to serve the order on Paul Hastings and Fish and to file proofs of service showing that it had done so. Disc. Order (July 27, 2023) (Dkt. 91).

WHEREAS, on October 3, 2023, the Court held a telephonic initial case management conference, Minute Entry for Proceedings Held Before Judge Haywood S. Gilliam, Jr. (Oct. 4, 2023) (Dkt. 99), during which Plaintiff informed the Court that Plaintiff and her counsel were still trying to engage local counsel so Plaintiff's counsel could apply for pro hac vice admission in order to appear on Plaintiff's behalf.

WHEREAS, on November 8 and 9, 2023 and December 19, 2023, Plaintiff's counsel entered their appearances in the case;

WHEREAS, Plaintiff filed her Motion to Quash Defendant K&E's Subpoenas and for Protective Order (Dkt. 113) on December 20, 2023;

WHEREAS, K&E's current deadline to respond to the Motion to Quash Defendant K&E's Subpoenas and for Protective Order (Dkt. 113) is January 3, 2024, and Plaintiff's reply deadline is January 10, 2024;

WHEREAS, K&E states more time is necessary to respond to the Motion to Quash

- 2 -

STIPULATION TO SPECIALLY SET BRIEFING SCHEDULE ON MOTION TO QUASH AND RESET HEARING DATE
[4:22-CV-05990-HSG]

1    Defendant K&E's Subpoenas and for Protective Order in light of the holidays and travel schedules;

2    WHEREAS, the Parties agree to continue K&E's response deadline from January 3 to

3    January 12, 2024, and Plaintiff's reply deadline from January 10 to January 29, 2024;

4    WHEREAS, K&E's counsel states it is not available for a hearing on February 1, 2024,

5    and the Parties thus agree to continue the hearing to February 8, 2024.

6    WHEREAS, the previous time modifications in this case are as follows:

- A stipulation to specially set the briefing schedule on nine of Defendants' motions filed in response to Plaintiff's Complaint was filed on December 20, 2022 (Dkt. 43) and granted on December 21, 2022 (Dkt. 44).

- A stipulation to extend deadlines to comply with initial discovery obligations pursuant to General Order No. 71 and to set the briefing schedule for K&E's Anti-SLAPP Motion was filed on January 9, 2023 (Dkt. 59) and granted on January 10, 2023 (Dkt. 61).

- A stipulation under Civil Local Rule 6-1(a) to extend time for Plaintiff to object/respond to K&E's first sets of interrogatories and requests for production from September 7, 2023 to October 9, 2023 was filed on August 30, 2023 (Dkt. 93).

- A stipulation under Civil Local Rule 6-2 to extend time for Defendants to answer Plaintiff's First Amended Complaint was filed on September 26, 2023 (Dkt. 95) and granted on September 27, 2023 (Dkt. 96).

- A stipulation under Civil Local Rule 6-1(a) to extend time for Plaintiff to object/respond to K&E's first sets of interrogatories and requests for production from October 9, 2023 to November 8, 2023 was filed on October 6, 2023 (Dkt. 100).

- A stipulation under Civil Local Rules 6-1(b) and 6-2 to extend time regarding Defendants' Motion to Dismiss Plaintiff's FAC was filed on October 27, 2023 (Dkt. 104) and granted on October 30, 2023 (Dkt. 106).

26   WHEREAS, the brief extension of time requested here would have no effect on the schedule

27   for this case as no case schedule has yet been entered.

IT IS HEREBY STIPULATED by the Parties that the deadline for Defendants to file a response to Plaintiff's Motion to Quash Defendant K&E's Subpoenas and for Protective Order (Dkt. 113) is January 12, 2024, Plaintiff's Reply deadline is January 29, 2024, and the hearing on the Motion to Quash Defendant K&E's Subpoenas and for Protective Order is reset for February ~~8~~ 15, 2024.

Respectfully submitted,

Dated: December 27, 2023
KATE E. JUVINALL
Orrick, Herrington & Sutcliffe LLP

By: /s/ Kate E. Juvinall
KATE E. JUVINALL
Attorneys for Defendants

Dated: December 27, 2023
TANVIR H. RAHMAN
Filippatos PLLC

By: /s/ Tanvir H. Rahman
TANVIR H. RAHMAN
(Admitted *pro hac vice*)
Attorneys for Plaintiff

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

 Thomas S. Hixson
 United States Magistrate Judge