| | |
|---|---|
| Tanvir H. Rahman (admitted *pro hac vice*)<br>trahman@filippatoslaw.com<br>FILIPPATOS PLLC<br>199 Main Street, Suite 800<br>White Plains, NY 10601<br>Tel.: 914 984 1111<br><br>Samuel M. Brown (State Bar No. 308558)<br>sam@employmentattorneyla.com<br>HENIG KRAMER RUIZ & SINGH, LLP<br>3600 Wilshire Blvd, Suite 1908<br>Los Angeles, CA 90010<br>Tel.: +1 213 310 8301<br><br>Attorneys for Plaintiff Zoya Kovalenko | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>KATE JUVINALL (STATE BAR NO. 315659)<br>kjuvinall@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Ave., Suite 2700<br>Los Angeles, CA 90071<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>MARK THOMPSON (admitted *pro hac vice*)<br>mthompson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W 52nd St.<br>New York, NY 10019<br>Telephone: +1 212 506 5000<br>Facsimile: +1 212 506 5151<br><br>Attorneys for Defendants |

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY

No. 4:22-cv-05990-HSG (TSH)

4129-3806-1646.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>*Plaintiff*,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>*Defendants*. | Case No. 4:22-cv-05990-(HSG) (TSH)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND FEBRUARY 15, 2024 HEARING REMOTELY VIA ZOOM** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above-captioned action, that counsel for the Parties may appear at the conference scheduled for February 15, 2024, concerning Plaintiff's pending Motion to Quash Defendant Kirkland & Ellis LLP's Subpoenas and for Protective Order remotely via Zoom.

By: *Isl Tanvir H. Rahman*

**Tanvir H. Rahman**

Filippatos PLLC
199 Main Street, Ste 800
White Plains, NY 10601
trahman@filippatoslaw.com
*Attorneys for Plaintiffs*

By: *Isl Kate Juvinall*

**Lynne C. Hermle**
**Joseph C. Liburt**
**Kate Juvinall**
**Mark Thompson**

Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025 - 1015
lchermle@orrick.com
jliburt@orrick.com
kjuvinall@orrick.com
mthompson@orrick.com
*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY

No. 4:22-CV-05990-HSG (TSH)

4129-3806-1646.1

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY**

The Court will hold a hearing on the Motion to Quash Defendant Kirkland & Ellis LLP's Subpoenas and for Protective Order on Thursday, February 15, 2024, at 10am PST.  Counsel for the parties are hereby permitted to participate in this hearing remotely via Zoom.

IT IS SO ORDERED

Dated:   February __, 2024

THOMAS S. HIXSON
United States Magistrate Judge