| | |
|---|---|
| Tanvir H. Rahman (admitted *pro hac vice*)<br>trahman@filippatoslaw.com<br>FILIPPATOS PLLC<br>199 Main Street, Suite 800<br>White Plains, NY 10601<br>Tel.: 914 984 1111<br><br>Samuel M. Brown (State Bar No. 308558)<br>sam@employmentattorneyla.com<br>HENIG KRAMER RUIZ & SINGH, LLP<br>3600 Wilshire Blvd, Suite 1908<br>Los Angeles, CA 90010<br>Tel.: +1 213 310 8301<br><br>Attorneys for Plaintiff Zoya Kovalenko | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>KATE JUVINALL (STATE BAR NO. 315659)<br>kjuvinall@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Ave., Suite 2700<br>Los Angeles, CA 90071<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>MARK THOMPSON (admitted *pro hac vice*)<br>mthompson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W 52nd St.<br>New York, NY 10019<br>Telephone: +1 212 506 5000<br>Facsimile: +1 212 506 5151<br><br>Attorneys for Defendants |

| | |
|---|---|
| STIPULATION AND [~~PROPOSED~~] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY | No. 4:22-cv-05990-HSG (TSH) |

4129-3806-1646.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>    *Plaintiff*,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>    *Defendants*. | Case No. 4:22-cv-05990-(HSG) (TSH)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND FEBRUARY 15, 2024 HEARING REMOTELY** ~~VIA ZOOM~~<br>    BY TELEPHONE |

STIPULATION AND [PR~~OPOSED~~] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY

No. 4:22-cv-05990-HSG (TSH)

4129-3806-1646.1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above-captioned action, that counsel for the Parties may appear at the conference scheduled for February 15, 2024, concerning Plaintiff's pending Motion to Quash Defendant Kirkland & Ellis LLP's Subpoenas and for Protective Order remotely via Zoom.

By: *Isl Tanvir H. Rahman*

**Tanvir H. Rahman**

Filippatos PLLC
199 Main Street, Ste 800
White Plains, NY 10601
trahman@filippatoslaw.com
*Attorneys for Plaintiffs*

By:  *Isl Kate Juvinall*

**Lynne C. Hermle**
**Joseph C. Liburt**
**Kate Juvinall**
**Mark Thompson**

Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025 - 1015
lchermle@orrick.com
jliburt@orrick.com
kjuvinall@orrick.com
mthompson@orrick.com
*Attorneys for Defendants*

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY

No. 4:22-cv-05990-HSG (TSH)

4129-3806-1646.1

1 **[~~PROPOSED~~] ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY**

The Court will hold a hearing on the Motion to Quash Defendant Kirkland & Ellis LLP's Subpoenas and for Protective Order on Thursday, February 15, 2024, at 10am PST. Counsel for the parties are hereby permitted to participate in this hearing BY TELEPHONE. ~~remotely via Zoom~~.

IT IS SO ORDERED

Call in number: 1-888-684-8852/Passcode: 2925506

Dated:  February 13, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING REQUEST TO ATTEND HEARING REMOTELY

No. 4:22-cv-05990-HSG (TSH)

4129-3806-1646.1