1   [counsel listed on following page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   ZOYA KOVALENKO,                    Case No. 4:22-CV-05990-HSG

12              Plaintiff,              **STIPULATION AND ORDER TO
                                        EXTEND DEADLINE TO RESPOND
13        v.                            TO PLAINTIFF'S FIRST REQUESTS
                                        FOR PRODUCTION TO ALL
14   KIRKLAND & ELLIS LLP, MICHAEL DE   DEFENDANTS**
     VRIES, MICHAEL W. DE VRIES, P.C.,
15   ADAM ALPER, ADAM R. ALPER, P.C.,   **[N.D. CAL. CIV. L.R. 6-2]**
     AKSHAY DEORAS, AKSHAY S. DEORAS,
16   P.C., AND MARK FAHEY,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    jliburt@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA  94025-1015
    Telephone:     +1 650 614 7400
5   Facsimile:     +1 650 614 7401

6   KATE JUVINALL (STATE BAR NO. 315659)
    kjuvinall@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    355 S. Grand Ave., Suite 2700
8   Los Angeles, CA  90071
    Telephone:     +1 213 629 2020
9   Facsimile:     +1 213 612 2499

10  MARK THOMPSON (Admitted *pro hac vice*)
    mthompson@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 W 52nd St.
12  New York, NY 10019
    Telephone:     +1 212 506 5000
13  Facsimile:     +1 212 506 5151

14  Attorneys for Defendants

15
    TANVIR H. RAHMAN (Admitted *pro hac vice*)
16  trahman@filippatoslaw.com
    FILIPPATOS PLLC
17  199 Main Street, Suite 800
    White Plains, NY 10601
18  Telephone :    +1 914 984 1111

19  SAMUEL BROWN (STATE BAR NO. 308558)
    sam@employmentattorneyla.com
20  3600 Wilshire Blvd, Suite 1908
    Los Angeles, CA 90010
21  Telephone :    +1 213 310 8301

22  *Attorneys for Plaintiff Zoya Kovalenko*

23

24

25

26

27

28

- 1 -

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S FIRST
REQUESTS FOR PRODUCTION TO ALL
DEFENDANTS [4:22-CV-05990-HSG]

1        Defendants Kirkland & Ellis LLP ("K&E"), Michael De Vries, Michael W. De Vries, P.C.,

2   Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey

3   (collectively, "Defendants") and Plaintiff Zoya Kovalenko ("Plaintiff") (Plaintiff and Defendant

4   collectively, the "Parties"), hereby stipulate pursuant to Civil Local Rule 6-2 as follows:

5        WHEREAS, Plaintiff served her First Requests for Production to All Defendants (the

6   "Requests") on April 20, 2024;

7        WHEREAS, the current deadline for Defendants to respond to the Requests is May 20,

8   2024;

9        WHEREAS, it is Defendants' position that Plaintiff should have served document requests

10   on each Defendant individually rather than on all eight (8) Defendants, collectively, and Plaintiff

11   disagrees.

12        WHEREAS, Defendants require additional time to respond to the 68 Document Requests

13   on behalf of each of the eight (8) Defendants;

14        WHEREAS, the Parties agree to extend the deadline for Defendants to respond to the

15   Requests until June 19, 2024;

16        WHEREAS, the previous time modifications in this case are as follows:

17     •   A stipulation to specially set the briefing schedule on nine of Defendants' motions filed

18          in response to Plaintiff's Complaint was filed on December 20, 2022 (Dkt. 43) and

19          granted on December 21, 2022 (Dkt. 44).

20     •   A stipulation to extend deadlines to comply with initial discovery obligations pursuant

21          to General Order No. 71 and to set the briefing schedule for K&E's Anti-SLAPP

22          Motion was filed on January 9, 2023 (Dkt. 59) and granted on January 10, 2023 (Dkt.

23          61).

24     •   A stipulation under Civil Local Rule 6-1(a) to extend time for Plaintiff to

25          object/respond to K&E's First Sets of Interrogatories and Requests for Production

26          from September 7, 2023 to October 9, 2023 was filed on August 30, 2023 (Dkt. 93).

27     •   A stipulation under Civil Local Rule 6-2 to extend time for Defendants to answer

28

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S FIRST
REQUESTS FOR PRODUCTION TO ALL
DEFENDANTS [4:22-CV-05990-HSG]

1    Plaintiff's First Amended Complaint was filed on September 26, 2023 (Dkt. 95) and

2    granted on September 27, 2023 (Dkt. 96).

3    • A stipulation under Civil Local Rule 6-1(a) to extend time for Plaintiff to

4    object/respond to K&E's First Sets of Interrogatories and Requests for Production

5    from October 9, 2023 to November 8, 2023 was filed on October 6, 2023 (Dkt. 100).

6    • A stipulation under Civil Local Rules 6-1(b) and 6-2 to extend time regarding

7    Defendants' Motion to Dismiss Plaintiff's First Amended Complaint was filed on

8    October 27, 2023 (Dkt. 104) and granted on October 30, 2023 (Dkt. 106).

9    • A stipulation under Civil Local Rule 6-2 to specially set a briefing schedule on

10    Plaintiff's motion to quash and to reset hearing dates was filed on December 27, 2023

11    (Dkt. 114) and was granted on December 28, 2023 (Dkt. 115).

12    WHEREAS, the brief extension of time requested here would have no effect on the schedule

13    for this case as no case schedule has yet been entered.

14    IT IS HEREBY STIPULATED by the Parties that the deadline for Defendants to file a

15    response to the Requests is extended to June 19, 2024.

16    Respectfully submitted,

17    Dated: May 9, 2024                           MARK R. THOMPSON
                                                    Orrick, Herrington & Sutcliffe LLP
18

19
                                                   By:         /s/ Mark R. Thompson
20                                                       Mark R. Thompson
                                                         (Admitted *pro hac vice*)
21                                                       Attorneys for Defendants

22    Dated: May 9, 2024                           TANVIR H. RAHMAN
                                                    Filippatos PLLC
23

24
                                                   By:         /s/ Tanvir H. Rahman
25                                                       TANVIR H. RAHMAN
                                                         (Admitted *pro hac vice*)
26                                                       Attorneys for Plaintiff

27

28
                                                         STIPULATION TO EXTEND DEADLINE TO
                                                         RESPOND TO PLAINTIFF'S FIRST
                          - 3 -                          REQUESTS FOR PRODUCTION TO ALL
                                                         DEFENDANTS [4:22-CV-05990-HSG]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   5/9/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

- 4 -

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S FIRST
REQUESTS FOR PRODUCTION TO ALL
DEFENDANTS [4:22-CV-05990-HSG]