1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7     ZOYA KOVALENKO,                    Case No.  22-cv-05990-HSG

8              Plaintiff,               **SCHEDULING ORDER**

9         v.

10    KIRKLAND & ELLIS LLP, et al.,

11             Defendants.

12

13        A case management conference was held on October 8, 2024.  Having considered the

14    parties' proposals, *see* Dkt. No. 149, the Court **SETS** the following deadlines pursuant to Federal

15    Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | March 10, 2025 |
| Exchange of Rebuttal Expert Reports | April 10, 2025 |
| Close of All Discovery | May 12, 2025 |
| Dispositive and *Daubert* Motion Hearing Deadline | August 7, 2025, at 2:00 p.m. |
| Pretrial Conference | November 4, 2025, at 3:00 p.m. |
| Jury Trial (10 days) | December 8, 2025, at 8:30 a.m. |

//

//

//

//

//

United States District Court
Northern District of California

1       These dates may only be altered by order of the Court and only upon a showing of good

2  cause.  The parties are directed to review and comply with this Court's standing orders.

3       **IT IS SO ORDERED.**

4  Dated:   10/9/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California