1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO, | Case No. 4:22-cv-05990-HSG |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME TO MOVE TO STRIKE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT, DKT. NO. 142** |
| v. | |
| KIRKLAND & ELLIS LLP, et al., | |
| *Defendants*. | |
| | [Civil Local Rules 6-1(b) & 6-3] |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME TO MOVE TO STRIKE ANSWER & AFFIRMATIVE DEFENSES TO AM. COMPL, DKT. NO. 142

NO. 4:22-CV-05990-HSG

**[PROPOSED] ORDER**

Pending before the Court is Plaintiff's Motion to Change Time to Move to Strike Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint, Dkt. No. 154 ("Motion to Change Time"). *See also* Defs.' Answer & Affirmative Defenses to Pl.'s Am. Compl., Dkt. No. 142; Am. Compl., Dkt. No. 94.

Good cause appearing, the Motion is GRANTED. *See* Motion to Change Time, Dkt. No. 154, and Declaration of Tanvir Rahman in Support of Motion, attached thereto. Plaintiff's deadline to move to strike Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint, Dkt. No. 154, is extended 30 days to November 14, 2024.

IT IS SO ORDERED.

Dated: October __, 2024

/s/ _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME TO MOVE TO STRIKE ANSWER & AFFIRMATIVE DEFENSES TO AM. COMPL, DKT. NO. 142       1       NO. 4:22-CV-05990-HSG