1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  KATE JUVINALL (STATE BAR NO. 315659)
   kjuvinall@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave., Suite 2700
8  Los Angeles, CA  90071
   Telephone:    +1 213 629 2020
9  Facsimile:    +1 213 612 2499

10 MARK THOMPSON (Admitted *pro hac vice*)
   mthompson@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 W 52nd Street
12 New York, NY 10019
   Telephone:    +1 212 506 5000
13 Facsimile:    +1 212 506 5151

14 Attorneys for Defendants
   KIRKLAND & ELLIS LLP, MICHAEL DE VRIES,
15 MICHAEL W. DE VRIES, P.C., ADAM ALPER,
   ADAM R. ALPER, P.C., AKSHAY DEORAS,
16 AKSHAY S. DEORAS, P.C., AND MARK FAHEY

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 ZOYA KOVALENKO,                          | Case No. 4:22-CV-05990-HSG-TSH

21            Plaintiff,                     | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO CHANGE TIME TO MOVE TO STRIKE ANSWER, DKT NO. 142**

22      v.

23 KIRKLAND & ELLIS LLP, MICHAEL DE          | Judge:    Hon. Haywood S. Gilliam, Jr.
   VRIES, MICHAEL W. DEVRIES, P.C.,
24 ADAM ALPER, ADAM R. ALPER, P.C.,
   AKSHAY DEORAS, AKSHAY S. DEORAS,
25 P.C., AND MARK FAHEY,

26            Defendants.

27

28

1    Pending before the Court is Plaintiff's Motion to Change Time to Move to Strike Answer,

2    Dkt. No. 142. Having considered the relevant papers, the Court rules as follows:

3    Plaintiff's Motion is **DENIED**.

4    **IT IS SO ORDERED**

5    Dated:_____    _____

6                                                      HON. HAYWOOD S. GILLIAM JR.
                                                      U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO CHANGE TIME
TO MOVE TO STRIKE ANSWER