UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRKLAND & ELLIS LLP, et al.,<br><br>        Defendants. | Case No. 22-cv-05990-HSG (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 166 |

The Court has reviewed the parties' status report at ECF No. 166. The Court would like to review the discovery responses at issue. Those appear to be the responses to K&E's interrogatories 13, 16 and 21; Plaintiff's amended responses to certain of the RFPs; and Plaintiff's original responses to other RFPs. The Court **ORDERS** the parties to file these discovery responses no later than November 8, 2024. In the meantime, the discovery hearing scheduled for 2:00 p.m. today is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 6, 2024

THOMAS S. HIXSON
United States Magistrate Judge