**From:** admissioninfo@cand.uscourts.gov
**Subject:** USDC CAND Attorney Admission
**Date:** September 23, 2022 at 10:15 PM
**To:** zoyavk@outlook.com

Congratulations, Zoya Kovalenko (CA State Bar number: 338624),

Effective 09/23/2022, you have been admitted to practice in the United States District Court, Northern District of California.

For more information, please see: http://www.cand.uscourts.gov/