Reuters

Exclusive news, data and analytics for financial market professionals

Home • Business • Markets • Sustainability • Legal • Breakingviews • Technology • Investigations • More     My View     Sign in     Subscribe

# Kirkland loses bid to subpoena other law firms in bias lawsuit

By David Thomas

February 20, 2024 3:06 PM GST · Updated 9 months ago





Signage is seen outside of the law firm Kirkland & Ellis LLP in Washington, D.C., U.S., August 30, 2020. REUTERS/Andrew Kelly/File Photo
Purchase Licensing Rights ↗

Law Firms

 Fish & Richardson          Follow

 Kirkland & Ellis LLP       Follow

Paul Hastings              Follow

Feb 20 (Reuters) - U.S. law firm Kirkland & Ellis cannot subpoena two other major law firms to obtain employment records of a former associate who sued the Chicago-founded firm for sex discrimination, a federal judge in San Francisco has ruled.

U.S. Magistrate Judge Thomas Hixson on Friday quashed subpoenas directed at Fish & Richardson and Paul Hastings, which both employed plaintiff Zoya Kovalenko before she was hired at Kirkland.

Advertisement · Scroll to continue

A spokesperson for Kirkland did not immediately respond to a request for comment.

Tanvir Rahman, a lawyer representing Kovalenko, praised the decision, saying it could deter other employers from using "inappropriate, heavy-handed discovery tactics meant only to harass and annoy and deter other victims of discrimination from coming forward with their stories."

Kovalenko sued Kirkland and a group of partners in October 2022, claiming that the firm favored her male counterparts and fired her after 10 months because she complained about her treatment. Kirkland said Kovalenko's claims are baseless.

Advertisement · Scroll to continue

Kirkland's subpoenas – which sought materials ranging from offer letters to garnishment notices to Kovalenko's medical records and past complaints she may have filed – are too premature in a case that has had very little discovery, with no depositions she may have filed, the judge said.

Hixson said Kirkland's bid to obtain her personnel files from Fish and Paul Hastings was "invasive" and "not directly relevant to the case."

"Why does K&E need to know if Kovalenko's wages were garnished at Paul Hastings?" How is it relevant if she transferred work locations when she was at Fish?" Hixson said. "To link these requests to anything relevant requires a great deal of imagination."

Hixson held open the possibility that some of the records could be relevant and may be subpoenaed in the future. But Kirkland needs to show it tried to obtain the information from Kovalenko first, Hixson said.

Sponsored Content


   




The case is Zoya Kovalenko v. Kirkland & Ellis LLP, et al., U.S. District Court for the Northern District of California, 4:22-cv-05990.

For plaintiff: Zoya Kovalenko pro se

Jumpstart your morning with top legal news delivered straight to your inbox from The Daily Docket ↗.

Get a quick look at the day-breaking legal news and analysis from The Afternoon Docket newsletter. Sign up here.

Reporting by David Thomas

Our Standards: The Thomson Reuters Trust Principles. ↗

Suggested Topics: Employment | Legal Industry | Litigation

□ ▣ in ✉ ↗      Purchase Licensing Rights ↗

David Thomas
Thomson Reuters

David Thomas reports on the business of law, including law firm strategy, hiring, mergers and litigation. He is based out of Chicago. He can be reached at d.thomas@thomsonreuters.com and on Twitter @DaveThomas5150.

## Read Next / Editor's Picks

Legal
Ham Celestial must face arsenic claim in baby food labeling lawsuit

Legal
Jewish group shielded from kosher inspector's work-related lawsuit, US court says

Legal
Starbucks largely loses appeal over barista firing in NLRB case

Legal
Tech company sued for bias top questions in

Sponsored Content
6 Safe Hustles That Work Even with a Full Time Job
Sponsored by FinanceBuzz
Click Here

The 5 Dumbest Things You Keep Spending Too Much Money On
Sponsored by The Penny Hoarder

Wall Street is watching NVDA At a Record Rate – Here's Why
Sponsored by Seeking Alpha

Sponsored Content
NVDA's New Silent Partner Could be the Next Big Thing
Sponsored by The Motley Fool

9 Dumbest Things Smart People Waste Money On
Sponsored by The Penny Hoarder

Investors Over 50: Ways to Generate Income From a $1 Million Portfolio
Sponsored by Fisher Investments

Time to Sell NVDA? 50-Yr Wall Street Legend Weighs In
Sponsored by Chaikin Analytics

How Some Retirees Use Options Trading As A Safe Way To Earn Income
Sponsored by TradeWise

Only Lazy People Spend Money On These Things
Sponsored by The Penny Hoarder

## Industry Insight ↗

Prominent California lawyer disputes pandemic loan program, prosecutors say
Prominent California lawyer...
August 15, 2020

Trump loyin money sentencing delayed to September, weeks before US election
Donald Trump's sentencing for his conviction...
July 2, 2024

Lawyer fired from law firm Husch Blackwell admits to tax crimes
A former corporate lawyer at law firm...
May 22, 2020

Harvard hires law firm King & Spalding amid US House probe
Harvard University has hired the law firm...
January 25, 2024

Sponsored Content
The 5 Dumbest Things You Keep Spending Too Much Money On
Sponsored by The Penny Hoarder

Wall Street is watching NVDA At a Record Rate – Here's Why
Sponsored by Seeking Alpha

Nvidia's Quiet $1 Trillion Pivot
Sponsored by Wired Markets

Investors Over 50: Ways to Generate Income From a $1 Million Portfolio
Sponsored by Fisher Investments

Don't Borrow From The Bank If You Own A Home. Borrow From Yourself.
Sponsored by LendingTree

6 Safe Hustles That Work Even with a Full Time Job
Sponsored by FinanceBuzz

Sponsored Content
How Some Retirees Use Options Trading As A Safe Way To Earn Income
Sponsored by TradeWise

Where should you invest $1,000 right now?
Sponsored by The Motley Fool

Look what's coming up for sale
Sponsored by Invitro

$6.4l firm holds 98 patents on cutting-edge tech top companies to use
Sponsored by Profitable News

The 7 Worst Investments You Can Make Today With Just $1,000
Sponsored by The Penny Hoarder

Trump's payday printout the TruRn dilemma
Sponsored by Nucleus Research

Reuters

Browse
Home
Authors
Topic Sitemap
Archive
Article Sitemap

Browse
World
Business
Legal
Markets
Sustainability
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Media
Videos
Pictures
Graphics
Podcasts

About Reuters
About Reuters
Advertise with Us
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters and AI
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed
Download the App (iOS) ↗
Download the App (Android) ↗
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us
□ X in ▶ ✉

Thomson Reuters Products
Westlaw ↗
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

Onesource ↗
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

Checkpoint ↗
The industry leader for online information for tax, accounting and finance professionals.

LSEG Products
Workspace ↗
Access unmatched financial data, news and content in a highly-customized workflow experience on desktop, web and mobile.

Data Catalogue ↗
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check ↗
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us | Advertising Guidelines | Cookies | Terms of Use | Privacy | Digital Accessibility | Corrections | Site Feedback

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2025 Reuters. All rights reserved