1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11  ZOYA KOVALENKO,                          Case No. 4:22-cv-05990-HSG

12         Plaintiff,                        **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO NOTICE TERMINATION OF FILIPPATOS PLLC FOR CAUSE, TO REQUIRE FILIPPATOS PLLC TO PROVIDE CLIENT FILE TO PLAINTIFF, AND TO REQUIRE FURTHER BRIEFING *EX PARTE***

13         v.

14  KIRKLAND & ELLIS LLP, et al.,

15         *Defendants*.

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO NOTICE TERMINATION OF FILIPPATOS PLLC FOR CAUSE, TO REQUIRE FILIPPATOS PLLC TO PROVIDE CLIENT FILE TO PLAINTIFF, AND TO REQUIRE FURTHER BRIEFING <u>*EX PARTE*</u>**

Pending before the Court is Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause, to Require Filippatos PLLC to Provide Client File to Plaintiff, and to Require Further Briefing *Ex Parte* ("Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause").

Good cause appearing, Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause is GRANTED in its entirety.

The Court previously entered an order on the docket requiring that any papers filed in opposition or reply to Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause (including any declaration or other attachment) or concerning Plaintiff's termination of Filippatos PLLC be submitted *ex parte* to avoid prejudicing Plaintiff due to the ongoing status of her lawsuit.

The Court now ENTERS notice of Plaintiff's termination of Filippatos PLLC for cause and ORDERS Filippatos PLLC to provide Plaintiff with her entire client file within 14 days.

**IT IS SO ORDERED.**

Dated: March __, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge