1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  ZOYA KOVALENKO,                      | Case No. 4:22-cv-05990-HSG

12          Plaintiff,                   | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PARTIALLY SEAL PLAINTIFF'S MOTION TO NOTICE TERMINATION OF FILIPPATOS PLLC FOR CAUSE, TO REQUIRE FILIPPATOS PLLC TO PROVIDE CLIENT FILE TO PLAINTIFF, AND TO REQUIRE FURTHER BRIEFING *EX PARTE***

13      v.

14  KIRKLAND & ELLIS LLP, et al.,

15          Defendants.

16

17                                       | Re: Dkt. Nos. 176, 176-6, 171, 171-1, 171-4.

# [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO PARTIALLY SEAL PLAINTIFF'S MOTION TO NOTICE TERMINATION OF FILIPPATOS PLLC FOR CAUSE, TO REQUIRE FILIPPATOS PLLC TO PROVIDE CLIENT FILE TO PLAINTIFF, AND TO REQUIRE FURTHER BRIEFING *EX PARTE*

Pending before the Court is the Administrative Motion to Partially Seal Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause, to Require Filippatos PLLC to Provide Client File to Plaintiff, and to Require Further Briefing *Ex Parte*, Dkt. No. 176 (the "**Motion for Partial Sealing**").

Good cause appearing, the Motion for Partial Sealing is GRANTED in its entirety, as supported by the table below.

The Court **ORDERS** that Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause, to Require Filippatos PLLC to Provide Client File to Plaintiff, and to Require Further Briefing *Ex Parte*, Dkt. No. 171 ("**Plaintiff's Motion to Notice Termination of Filippatos**"), and the Declaration of Zoya Kovalenko in Support of Plaintiff's Motion to Notice Termination of Filippatos, Dkt. No. 171-1 (the "**Kovalenko Declaration ISO Plaintiff's Motion to Notice Termination of Filippatos**"), may remain partially sealed as filed with redactions.

The Court further **ORDERS** that the document filed as Attachment C to the Kovalenko Declaration ISO Plaintiff's Motion to Notice Termination of Filippatos, Dkt. No. 171-4, be removed and replaced with the redacted version attached to the Motion for Partial Sealing, Dkt. No. 176-6.

| Docket No. Public/(Sealed) | Document | Portions Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 171/(176-3) | Plaintiff's Motion to Notice Termination of Filippatos | p. 2 n.2 (ll. 27–28). p. 3, ll. 16–20, 23–25. p. 4, ll. 1, 3–4, 5, 9–11. p. 11, ll. 15, 18–28. | Declaration of Zoya Kovalenko in Support of Motion for Partial Sealing, Dkt. No. 176-1 ("**Kovalenko Declaration ISO Motion for Partial** | Granted. |

| | | | | | |
|---|---|---|---|---|---|
| | | | p. 12, ll. 1–9, 11, 14, 24.<br>p. 13, ll. 1, 7–8, 14–15, 16 & nn.9–10 (ll. 23–24, 25, 26–28).<br>p. 14, ll. 15, 17.<br>p. 15, l. 11, & n.11 (ll. 24–26).<br>p. 20, ll. 16–19. | **Sealing**") ¶¶ 3–5.<br>Good cause exists to seal this information because it relates to and involves confidential settlement negotiations and mediation proceedings, which, if disclosed, would undermine public interest in encouraging parties to consider out-of-court resolutions. | |
| | Dkt. No. 171-1/(176-4) | Kovalenko Declaration ISO Plaintiff's Motion to Notice Termination of Filippatos | p. 3, ll. 17–28.<br>p. 4, ll. 1–28.<br>p. 5, ll. 1–28.<br>p. 6, ll. 1–25, 27–28.<br>p. 7, ll. 1–3, 6–12, 17–18.<br>p. 8, ll. 9, 24–28.<br>p. 9, ll. 1–28.<br>p. 10, ll. 1–19.<br>p. 13, ll. 18–22.<br>p. 14, ll. 2–8. | Kovalenko Decl. ISO Motion for Partial Sealing ¶¶ 3–5.<br>Good cause exists to seal this information because it relates to and involves confidential settlement negotiations and mediation proceedings, which, if disclosed, would undermine public interest in encouraging parties to consider out-of-court resolutions. | Granted. |
| | Dkt. No. 171-4* / | Attachment C (Termination | p. 1–3. | Kovalenko Decl. ISO Motion for Partial Sealing | Granted. |

| | | | | |
|---|---|---|---|---|
| (176-5)  *176-6 is the redacted version of 176-5 and is to replace the document filed at 171-4. | Email and Response) to Kovalenko Declaration ISO Plaintiff's Motion to Notice Termination of Filippatos | | ¶¶ 3–5, 8.  Good cause exists to seal this information because it relates to and involves confidential settlement negotiations and mediation proceedings, which, if disclosed, would undermine public interest in encouraging parties to consider out-of-court resolutions. | |

**IT IS SO ORDERED.**

Dated: February __, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge