Tanvir H. Rahman (admitted *pro hac vice*)
**FILIPPATOS PLLC**
199 Main Street, Suite 800
White Plains, NY 10601
Tel.: 914 984 1111
trahman@filippatoslaw.com

Samuel M. Brown (State Bar No. 308558)
**HENNIG KRAMER LLP**
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Tel.: 213 310 8301
Fax: 213 310 8302
sam@employmentattorneyla.com

*Attorneys for Plaintiff Zoya Kovalenko (withdrawal pending)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>*Plaintiff*,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>*Defendants*. | Case No.: 22-cv-05990-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSELS' CROSS-MOTIONS TO WITHDRAW AS COUNSEL AND TO COMPEL ARBITRATION, PRELIMINARY STATEMENT IN OPPOSITION, AND REQUEST FOR EVIDENTIARY HEARING EX PARTE**<br><br><u>Accompanying Documents:</u><br>Notice of Cross-Motions and Cross-Motions to Withdraw<br>Declaration of Tanvir H. Rahman |

The Court has reviewed the parties' pleadings and papers in this matter, and determines that Filippatos PLLC's and Hennig Kramer's Cross-Motion to Withdraw as Counsel for Plaintiff Zoya Kovalenko is GRANTED. Plaintiff's Motion at Dkt. 171 is DENIED as moot.

Filippatos PLLC and Hennig Kramer LLP shall be allowed to withdraw, and hereby are withdrawn from representation of Plaintiff in this action. Counsel are relieved of any and all further obligations to Plaintiff in this action.

Ms. Kovalenko's alleged disputes with Filippatos PLLC set forth in her motion at Dkt. 171 are subject to arbitration, and as such, Filippatos PLLC's Cross-Motion to Compel Arbitration is GRANTED.

IT IS SO ORDERED.

Date: _____          By:_____
                                     The Honorable Haywood S. Gilliam, JR.
                                     United States District Judge