Tanvir H. Rahman (admitted *pro hac vice*)
**FILIPPATOS PLLC**
199 Main Street, Suite 800
White Plains, NY 10601
Tel.: 914 984 1111
trahman@filippatoslaw.com

Samuel M. Brown (State Bar No. 308558)
**HENNIG KRAMER LLP**
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Tel.: 213 310 8301
Fax: 213 310 8302
sam@employmentattorneyla.com

*Attorneys for Plaintiff Zoya Kovalenko (pending withdrawal)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO, | Case No.: 22-cv-05990-HSG |
| *Plaintiff*, | |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY, | NOTICE OF CHARGING LIEN |
| *Defendants*. | |

    PLEASE TAKE NOTICE that, pursuant to Section 475 and 475-a of the New York Judiciary Law which governs the terms of Plaintiff Zoya Kovalenko's engagement of Filippatos PLLC, Filippatos PLLC, former attorneys for Plaintiff Zoya Kovalenko, has a charging lien upon the proceeds of this action (including any counsel fee award), in whatever hands they may come, in an amount as yet to be determined, but in no event less than 40% of any settlement proceeds, award, or judgment with respect to the above-captioned matter.

| Notice of Charging Lien | 1 | No. 4:22-cv-05990- HSG |
|---|---|---|

This lien shall not be affected by any settlement between the parties or before or after judgment, final order or determination.

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, anyone who disregards said lien may be held to be personally liable to Filippatos PLLC. *See* N.Y. Judiciary Law §475.

Dated: January 31, 2025                                          Respectfully submitted,

**FILIPPATOS PLLC**

By: _____
Tanvir H. Rahman
199 Main Street, Suite 800
White Plains, NY 10601
T. F: 914.984.1111
TRahman@filippatoslaw.com

Samuel M. Brown (State Bar No. 308558)
**HENNIG KRAMER LLP**
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Tel.: 213 310 8301
Fax: 213 310 8302
sam@employmentattorneyla.com

*Attorneys for Plaintiff Zoya Kovalenko (pending withdrawal)*