

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

Parisis G. Filippatos
Admitted in NY & CT

199 Main Street, Suite 800
White Plains, NY 10601
filippatoslaw.com ◆ bestworkplacelawyers.com

Phone/Fax: 914-984-1111
pgf@filippatoslaw.com

January 28, 2025

**VIA EMAIL AND CERTIFIED MAIL**:

Re:     **Letter of Termination**

Dear Zoya:

Reference is made to the attached retainer letter, dated July 25, 2023 (the "Retainer Letter," Exh. A), whereby you retained our legal services as of that date. Per the Retainer Letter, it is your obligation to, among other things, cooperate with the prosecution of your claims, and carefully consider our legal advice. Regrettably, you have failed to do so on several occasions, thereby greatly complicating our representation of you and significantly jeopardizing your claims.

You then notified us that you were terminating our firm as your attorneys, purportedly (and baselessly) "for cause." While a client has every right to terminate an attorney-client relationship, your claim that you had "cause" to terminate our attorney-client relationship is without merit

███████████ then been terminated by you without cause before we terminated you for good reason, pursuant to Judiciary Law Section 475, we hereby assert all liens – charging and retaining – with respect to your claims against Kirkland & Ellis LLP, et al., as well as the files we hold pertinent thereto, and thereby put you on notice that, pursuant to Judiciary Law Section 475, ███████████

Kindly be governed accordingly.

Sincerely,

*[signature]*

Parisis G. Filippatos

Enc.