

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

Parisis G. Filippatos
Admitted in NY & CT

199 Main Street, Suite 800
White Plains, NY 10601

filippatoslaw.com ♦ bestworkplacelawyers.com

Phone/Fax: 914-984-1111
pgf@filippatoslaw.com

January 28, 2025

**VIA EMAIL AND CERTIFIED MAIL**:

Re:   **Attorney Lien and Bill of Costs in *Kovalenko v. Kirkland & Ellis LLP, et al.*, No. 22-cv-05990-HSG(TSH)**

Dear Zoya:

Reference is made to our prior correspondence, dated January 28, 2025 (the "Termination Letter"), Exh. A), whereby we informed you that, having appeared for you in the above-referenced action, ████████████████████████████ but now having terminated our attorney-client relationship for good reason (after you terminated us for purported good cause, when there was not any), pursuant to Judiciary Law Section 475, we assert all liens – charging and retaining – with respect to your claims against Kirkland & Ellis LLP and the other defendants named in the action, and hereby put you on notice that, pursuant to Judiciary Law Section 475,

Accordingly, demand is hereby made for the immediate payment of **$9,414.09**. Please note that

1

we will only release your file upon full payment of the foregoing costs. Moreover, we will begin to charge statutorily permissible interest on any remaining balance 30 days from the issuance of this correspondence.

Kindly be governed accordingly.

Sincerely,

Parisis G. Filippatos

Enc.