

**From:** Gerry Filippatos <pgf@filippatoslaw.com>
**Date:** Wednesday, December 18, 2024 at 10:04 AM
**To:** Zoya Kovalenko <zoyavk@outlook.com>
**Cc:** Tanvir Rahman <TRahman@filippatoslaw.com>
**Subject:**

Hi Zoya –

I loudly slapped my palms onto the table at one point I did raise my voice, for which I later apologized to you.

Best,

**Parisis G. Filippatos**
***Founding Partner***
Pronouns: he, him, his

(212) 202-0234, ext. 401
pgf@filippatoslaw.com
www.filippatoslaw.com

Please consider the environment before printing this e-mail.
This communication may contain Confidential or Attorney-Client Privileged information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for deliver and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Zoya Kovalenko <zoyavk@outlook.com>
**Sent:** Wednesday, December 18, 2024 8:03 AM
**To:** Gerry Filippatos <pgf@filippatoslaw.com>
**Cc:** Tanvir Rahman <TRahman@filippatoslaw.com>