**Subject:** ████████████████████████████████
**Date:** Thursday, January 11, 2024 at 6:11:47 PM Eastern Standard Time
**From:** Zoya Kovalenko <zoyavk@outlook.com>
**To:** Tanvir Rahman <TRahman@filippatoslaw.com>
**CC:** pgf@filippatoslaw.com <pgf@filippatoslaw.com>
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

Tanvir,

I am at a loss for words about your extreme gaslighting and condescension, your inability or unwillingness to speak substantively about issues in my case, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ It is unfortunate this is how today's call unfolded, especially after you apologized below for mistreating me during our call two days ago because of your emotions.

████████████████████████████████████████████████████████████████████████

Zoya

Zoya Kovalenko
JD, Emory Law School
BS, Applied Mathematics, Georgia Tech
███████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████



Zoya

**From:** Tanvir Rahman <TRahman@filippatoslaw.com>
**Date:** Thursday, January 11, 2024 at 1:49 PM
**To:** Zoya Kovalenko <zoyavk@outlook.com>
**Subject:** ███████████████████████████████████

Zoya – I apologize if I made you feel belittled or demeaned. I let my frustration get the best of me, and for that I am sorry.



Warmly,

**Tanvir H. Rahman**
*Managing Partner*
Pronouns: he/him/his

(914) 984-1111, ext. 505

TRahman@filippatoslaw.com

www.filippatoslaw.com









---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.