Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Unit 206
Germantown, MD 20874
(678) 559-4682
zoyavk@outlook.com
*Plaintiff Zoya Kovalenko*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>*Plaintiff,*<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>*Defendants.* | Case No. 4:22-cv-05990-HSG<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED ATTACHMENTS TO ADMINISTRATIVE MOTION FOR PARTIAL SEALING (DKT. NOS. 176-3 TO 176-5), AND OF UNREDACTED COPIES OF OPPOSITION AND ATTACHMENTS FILED WITH REDACTIONS (DKT. NOS. 181, 181-1 TO 181-7)** |

**CERTIFICATE OF SERVICE OF UNREDACTED ATTACHMENTS TO ADMINISTRATIVE MOTION FOR PARTIAL SEALING (DKT. NOS. 176-3 TO 176-5), AND OF UNREDACTED COPIES OF OPPOSITION AND ATTACHMENTS FILED WITH REDACTIONS (DKT. NOS. 181, 181-1 TO 181-7)**

I, Zoya Kovalenko, am the plaintiff ("Plaintiff") in this action, *Kovalenko v. Kirkland & Ellis LLP*, No. 4:22-cv-05990-HSG (N.D. Cal.).

I hereby certify that on January 30, 2025, I served by transmitting via electronic mail to Tanvir Rahman at TRahman@filippatoslaw.com, Parisis (Gerry) Filippatos at pgf@filippatoslaw.com, Lynne C. Hermle at lchermle@orrick.com, and Joseph Liburt at jliburt@orrick.com each of the following documents, which were attached to Plaintiff's administrative motion for partial sealing, Dkt. No. 176:

- Unredacted Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause and to Require Filippatos PLLC to Provide Client File to Plaintiff, Dkt. No. 176-3;

- Unredacted Declaration of Zoya Kovalenko in Support of Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause and to Require Filippatos PLLC to Provide Client File to Plaintiff, Dkt. No. 176-4; and

- Unredacted Attachment C to Declaration of Zoya Kovalenko in Support of Plaintiff's Motion to Notice Termination of Filippatos PLLC for Cause and to Require Filippatos PLLC to Provide Client File to Plaintiff, Dkt. No. 176-5.

The above-listed documents were filed with redactions at Dkt. Nos. 171, 171-1, and 171-4, respectively.

Further, I hereby certify that on February 15, 2025, I served by transmitting via electronic mail to Tanvir Rahman at TRahman@filippatoslaw.com and Parisis (Gerry) Filippatos at pgf@filippatoslaw.com unredacted copies of the below-listed documents filed with redactions as Dkt. Nos. 181, 181-1, 181-2, 181-3, 181-4, 181-5, 181-6, and 181-7:

- Unredacted Copy of [181] Plaintiff's Opposition and Reply to [177] Filippatos PLLC and Hennig Kramer LLP's Cross-Motions to Withdraw and Compel

Arbitration, "Preliminary Statement in Opposition," and Request for Evidentiary Hearing;

- Unredacted Copy of [181-1] Declaration of Zoya Kovalenko ("Kovalenko Declaration") in Support of [181] Plaintiff's Opposition and Reply to [177] Filippatos PLLC and Hennig Kramer LLP's Cross-Motions to Withdraw and Compel Arbitration, "Preliminary Statement in Opposition," and Request for Evidentiary Hearing;
- Unredacted Copy of [181-2] Kovalenko Declaration, Attachment A;
- Unredacted Copy of [181-3] Kovalenko Declaration, Attachment B;
- Unredacted Copy of [181-4] Kovalenko Declaration, Attachment C;
- Unredacted Copy of [181-5] Kovalenko Declaration, Attachment D;
- Unredacted Copy of [181-6] Kovalenko Declaration, Attachment E; and
- Unredacted Copy of [181-7] Kovalenko Declaration, Attachment F.

All of the documents I served on January 30, 2025 and February 15, 2025 included highlighting indicating redacted portions of the publicly filed documents. I was located in Germantown, Maryland, when I served the documents as set forth above on January 30, 2025 and February 15, 2025.

Pursuant to Civil Local Rule 5-5(a)(2) and 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025, in Germantown, Maryland.

/s/ *Zoya Kovalenko*
Zoya Kovalenko (Cal. SBN 338624)
13221 Oakland Hills Blvd., Unit 206
Germantown, MD 20874
(678) 559-4682
zoyavk@outlook.com
Plaintiff Zoya Kovalenko