| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025-1015 |
| | Telephone:     +1 650 614 7400 |
| 5 | Facsimile:      +1 650 614 7401 |
| 6 | KATE JUVINALL (STATE BAR NO. 315659) |
| | kjuvinall@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 355 S. Grand Ave., Suite 2700 |
| 8 | Los Angeles, CA  90071 |
| | Telephone:     +1 213 629 2020 |
| 9 | Facsimile:      +1 213 612 2499 |
| 10 | MARK THOMPSON (Admitted *pro hac vice*) |
| | mthompson@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 51 W 52nd Street |
| 12 | New York, NY  10019 |
| | Telephone:     +1 212 506 5000 |
| 13 | Facsimile:      +1 212 506 5151 |
| 14 | Attorneys for Defendant |
| | KIRKLAND & ELLIS LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO, | Case No. 4:22-CV-05990-HSG |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF KATE JUVINALL AS COUNSEL OF RECORD** |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., LESLIE SCHMIDT, LESLIE M. SCHMIDT, P.C., AND MARK FAHEY, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kate Juvinall hereby withdraws as an attorney of record for Defendant KIRKLAND & ELLIS LLP. She will no longer be associated with the firm Orrick, Herrington & Sutcliffe LLP. Lynne C. Hermle, Joseph C. Liburt, and Mark Thompson of Orrick, Herrington & Sutcliffe LLP remain as counsel for Defendant, and should continue to be included on the docket and service list.

Dated: February 19, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
KATE JUVINALL
Attorneys for Defendant
KIRKLAND & ELLIS LLP