Tanvir H. Rahman (admitted *pro hac vice*)
**FILIPPATOS PLLC**
199 Main Street, Suite 800
White Plains, NY 10601
Tel.: 914 984 1111
trahman@filippatoslaw.com

Samuel M. Brown (State Bar No. 308558)
**HENNIG KRAMER LLP**
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Tel.: 213 310 8301
Fax: 213 310 8302
sam@employmentattorneyla.com

*Attorneys for Plaintiff Zoya Kovalenko (withdrawal pending)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO, | ) Case No.: 22-cv-05990-HSG |
| *Plaintiff*, | ) |
| v. | ) |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY, | ) **[PROPOSED] ORDER (REVISED) GRANTING PLAINTIFF'S COUNSELS' CROSS-MOTIONS TO WITHDRAW AS COUNSEL AND TO COMPEL ARBITRATION, PRELIMINARY STATEMENT IN OPPOSITION, AND REQUEST FOR EVIDENTIARY HEARING EX PARTE** |
| *Defendants*. | ) Accompanying Documents: |
| | ) Notice of Cross-Motions, Cross-Motions to Withdraw, and Reply in Further Support Thereof |
| | ) Declaration of Tanvir H. Rahman |

The Court has reviewed the parties' pleadings and papers in this matter, and determines that Filippatos PLLC's and Hennig Kramer's Cross-Motion to Withdraw as Counsel for Plaintiff Zoya Kovalenko is GRANTED. Plaintiff's Motion at Dkt. 171 is DENIED as moot.

[Proposed] Order                    1                    No. 4:22-cv-05990- HSG

1    Filippatos PLLC and Hennig Kramer LLP shall be allowed to withdraw, and hereby are

2    withdrawn from representation of Plaintiff in this action. Counsel are relieved of any and all

3    further obligations to Plaintiff in this action.

4    Ms. Kovalenko's alleged disputes with Filippatos PLLC set forth in her motion at Dkt.

5    171 are subject to arbitration, with the exception of her request for her "client file" which is now

6    moot after Ms. Kovalenko has been provided with her "client file," and as such, Filippatos PLLC's

7    Cross-Motion to Compel Arbitration, Dkt. 177, is GRANTED.

8

9    IT IS SO ORDERED.

10

11    Date: _____          By:_____
                                         The Honorable Haywood S. Gilliam, JR.
12                                       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order                          2                    No. 4:22-cv-05990- HSG