1  Tanvir H. Rahman (admitted *pro hac vice*)
   **FILIPPATOS PLLC**
2  199 Main Street, Suite 800
   White Plains, NY 10601
3  Tel.: 914 984 1111
   trahman@filippatoslaw.com
4

5  Sam Brown (State Bar. No. 308558)
   KRAMER BROWN HUI LLP (FORMERLY HENNIG KRAMER LLP)
6  3600 Wilshire Blvd, Suite 1908
   Los Angeles, CA 90010
7  Tel.: +1 213 310 8301
   sam@kbhllp.com
8
   *Attorneys for Plaintiff (pending withdrawal)*
9

10
                        **UNITED STATES DISTRICT COURT**
11
                        **NORTHERN DISTRICT OF CALIFORNIA**
12
                                **OAKLAND DIVISION**
13

14  ZOYA KOVALENKO,                                ) Case No.: 22-cv-05990-HSG
                                                   )
15              *Plaintiff*,                       )
                                                   )
16       v.                                        )
                                                   ) **DECLARATION OF TANVIR H.**
17  KIRKLAND & ELLIS LLP, MICHAEL DE               ) **RAHMAN IN SUPPORT OF**
    VRIES, MICHAEL W. DEVRIES, P.C.,               ) **FILIPPATOS PLLC's**
18  ADAM ALPER, ADAM R. ALPER, P.C.,               ) **ADMINISTRATIVE MOTION TO**
    AKSHAY DEORAS, AKSHAY S.                       ) **CONVERT THE MARCH 20, 2025,**
19  DEORAS, P.C., AND MARK FAHEY,                  ) **HEARING TO A TELEPHONIC OR**
                                                   ) **VIDEO CONFERENCE**
20              *Defendants*.                      )
                                                   )
21                                                 )
                                                   )
22                                                 )
                                                   )
23                                                 )
                                                   )
24                                                 )
                                                   )
25                                                 )

26  _____

27

28

| TANVIR H. RAHMAN'S DECLARATION | - 1 - | No. 3:22-cv-05990- HSG |
|---|---|---|

I, TANVIR H. RAHMAN, declare:

1. I am an attorney at law in good standing and licensed to practice law in the States of New York and New Jersey, admitted to practice in this Court *pro hac vice*, and a Partner at Filippatos PLLC. I have represented Plaintiff Zoya Kovalenko in this case, with the assistance of local counsel Hennig Kramer LLP (now Kramer Brown Hui LLP). If called as a witness, I would and could competently testify to the following facts, all of which are within my own personal knowledge.

2. Filippatos PLLC is a law firm based in New York.

3. It would be a hardship for me to have to travel to Oakland, California simply to attend the hearing scheduled for March 20, 2025, in person given the length of time and expense it would take to travel cross country to and from California, as well as the disruption it would cause to certain family and childcare obligations I have.

4. I am a practicing Muslim, and it will be a hardship for me to travel to and from Oakland, California in the present month of Ramadan while I will be fasting during daytime hours.

5. All hearings that have taken place since Filippatos PLLC has appeared in this case have been conducted remotely without issue, including the hearing with respect to Plaintiff's Motion to Quash Defendants' Subpoenas and For Protective Order (Dkt. No. 113), which was held remotely on February 15, 2024 (*see* Dkt. Nos. 125; 146); a discovery hearing which took place remotely on October 2, 2024 (*see* Dkt. No. 143); and a Case management Conference held remotely on October 8, 2024. *See* Dkt. No. 153.

6. I have conferred with counsel for Defendants who have no objection to this request.

7. I have conferred with Plaintiff Zoya Kovalenko who has indicated that she does not consent to this instant request because she does not believe there is good cause to request a remote hearing.

8. Filippatos PLLC respectfully maintains that Plaintiff's Motion to Notice Filippatos PLLC's Termination for Cause was improperly filed with and should not be heard by this Court.

9. While she does not join in this instant request, I understand that Plaintiff Kovalenko presently resides in Maryland. She has stated in a declaration submitted to this Court that paying her outstanding legal costs incurred on her behalf by Filippatos PLLC would "impose a financial hardship on [her] given that [she has] been unemployed since being terminated in 2021." *See* Dkt. No. 181-1, at ¶ 7.

10. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 3, 2025                    Respectfully submitted,

**FILIPPATOS PLLC**

By: /s/ Tanvir H. Rahman
Tanvir H. Rahman (admitted pro hac vice)
FILIPPATOS PLLC
199 Main Street, Suite 800
White Plains, NY 10601
Tel.: 914 984 1111
trahman@filippatoslaw.com

*Attorneys for Plaintiff (pending withdrawal)*