Tanvir H. Rahman (admitted *pro hac vice*)
FILIPPATOS PLLC
199 Main Street,
Suite 800 White
Plains, NY 10601
Tel.: 914 984 1111
trahman@filippatoslaw.com

Sam Brown (State Bar. No. 308558)
KRAMER BROWN HUI LLP (FORMERLY HENNIG KRAMER LLP)
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Tel.: +1 213 310 8301
sam@kbhllp.com

*Attorneys for Plaintiff (withdrawal pending)*

UNITED STATES DISTRICT

COURT NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>      *Plaintiff,*<br><br>vs.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DEVRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>      *Defendants.* | Case No.: 4:22-cv-05990-(HSG)<br><br>**[PROPOSED] ORDER GRANTING FILIPPATOS PLLC's ADMINISTRATIVE MOTION TO CONVERT THE MARCH 20, 2025, HEARING TO A TELEPHONIC OR VIDEO CONFERENCE**<br><br>Assigned to the Honorable Haywood S. Gilliam, Jr., Oakland Division, United States District Court for the Northern District of California |

**[PROPOSED] ORDER GRANTING FILIPPATOS PLLC's ADMINISTRATIVE MOTION TO CONVERT THE MARCH 20, 2025, HEARING TO A TELEPHONIC OR VIDEO CONFERENCE**

The Court will hold a hearing on Plaintiff Zoya Kovalenko's pending Motion to Notice Termination of Filippatos PLLC For Cause (Dkt. No. 171) and Filippatos PLLC's and Hennig Kramer LLP's pending Cross Motion To Withdraw As Counsel and To Compel Arbitration (Dkt. No. 177), on Thursday, March 20, 2025, at 2:00 PM, and the parties, including Filippatos PLLC, are hereby permitted to participate in this hearing remotely via video conference and/or the phone.

IT IS SO ORDERED
Date: March 3, 2025

_____
Haywood S. Gilliam, Jr.
United States District Judge