1  Zoya Kovalenko (Cal. SBN 338624)
   13221 Oakland Hills Blvd., Apt. 206
2  Germantown, MD 20874
   Tel.: (678) 559-4682
3  zoyavk@outlook.com
   *Plaintiff Zoya Kovalenko*
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  ZOYA KOVALENKO, et al.,                 Case No. 4:22-cv-05990-HSG

12            *Plaintiffs*,                  **PLAINTIFF'S OBJECTION TO
                                             ATTORNEY APPLICATION FOR
13        v.                                 ADMISSION *PRO HAC VICE***

14  KIRKLAND & ELLIS LLP, MICHAEL            Re: Dkt. No. 195
    DE VRIES, MICHAEL W. DEVRIES,
15  P.C., ADAM ALPER, ADAM R. ALPER,
    P.C., AKSHAY DEORAS, AKSHAY S.
16  DEORAS, P.C., AND MARK FAHEY,

17            *Defendants*.

18

19

20

21

22

23

24

25

26

27

28

1

2

## PLAINTIFF'S OBJECTION TO ATTORNEY APPLICATION

## FOR ADMISSION *PRO HAC VICE*

3    Plaintiff respectfully submits this objection to Parisis G. Filippatos's Application for

4    Admission *Pro Hac Vice*, Dkt. No. 195.  Hours before a hearing involving assertions of

5    professional misconduct by Filippatos PLLC, Mr. Filippatos filed a last-minute application for

6    admission *pro hac vice*.  Parisis G. Filippatos's Application for Admission *Pro Hac Vice*, Dkt.

7    No. 195 ("*Pro Hac Vice* Application"); *see* Order, Dkt. No. 194 (setting hearing for today at 2

8    pm on motions, Dkt. Nos. 171 & 177).  The Court should reject the *Pro Hac Vice* Application or

9    at minimum abstain from granting the application given the pending dispute before the Court

10    directly pertaining to Plaintiff's assertions of extreme professional misconduct by Filippatos

11    PLLC, including Mr. Filippatos.  In order to be admitted *pro hac vice*, Mr. Filippatos must "abide

12    by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys."

13    *Pro Hac Vice* Application at 2.  Because of the pending dispute and evidence Plaintiff has

14    proffered in recent filings supporting a finding that Filippatos PLLC has breached its ethical and

15    professional obligations to Plaintiff, there is sufficient basis to cast serious doubt on Mr.

16    Filippatos's willingness and ability to abide by professional rules of this Court.  *See generally*

17    Pl.'s Mot. (Jan. 29, 2025), Dkt. No. 171; Kovalenko Decl. ISO Pl.'s Opp'n Filippatos's Cross-

18    Mot. Attach. A, Dkt. No. 181-2 (Dkt. No. 186-5) (Jan. 2025 emails between Plaintiff and

19    Filippatos PLLC); Kovalenko Decl. ISO Pl.'s Opp'n Filippatos's Cross-Mot. Attach. A, Dkt. No.

20    181-5 (Dkt. No. 186-8) (Dec. 2024 emails between Plaintiff and Filippatos PLLC); Kovalenko

21    Decl. ISO Mot. Notice For-Cause Termination of Filippatos PLLC, Dkt. No. 171-1 (Dkt. No.

22    176-4).

23    Additionally, Mr. Filippatos has had ample opportunity to file a *pro hac vice* application

24    at an earlier point in time, including in over the past month since Plaintiff filed her motion to

25    notice termination of Filippatos PLLC for cause.  Pl.'s Mot. (Jan. 29, 2025), Dkt. No. 171.

26    Accordingly, the Court should not grant this last-minute request before the hearing and prior to

27    the Court issuing a ruling on whether Filippatos PLLC has engaged in professional misconduct.

28

1      Filippatos also included the wrong party on its application, listing "Filippatos PLC"

2   instead of "Filippatos PLLC." *Pro Hac Vice* Application at 1, l.12, Dkt. No. 195.

3      Respectfully submitted this 6th day of March 2025.

4                                          By:   /s/ *Zoya Kovalenko*
                                                 Zoya Kovalenko (Cal. SBN 338624)
5                                                13221 Oakland Hills Blvd., Apt. 206
                                                 Germantown, MD 20874
6                                                Tel.: (678) 559-4682
                                                 zoyavk@outlook.com
7                                                *Plaintiff Zoya Kovalenko*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28