UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>Defendants. | Case No. 4:22-CV-05990-HSG-TSH<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION OBJECTING TO PROVISION OF PUBLIC ACCESS** |

1   Before the Court is the parties' joint administrative motion objecting to provision of public
2   access for the case management conference scheduled for April 8, 2025, at 2:00 p.m. (the "CMC").
3   Having considered the parties' motion and all other matters properly considered by this Court, the
4   Court finds there is good cause to **GRANT** the Motion.

5       **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is
6   **GRANTED** and that the CMC will be held on the Court's private Zoom account.
7   **IT IS SO ORDERED.**

8   Dated: _____

                             HON. HAYWOOD S. GILLIAM, JR.
                             U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION OBJECTING TO PROVISION OF PUBLIC ACCESS [4:22-CV-05990-HSG-TSH]