LYNNE C. HERMLE (BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

*Attorneys for Defendants*

Zoya Kovalenko (BAR NO. 338624)
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
+1 678 559 4682
zoyavk@outlook.com

*Plaintiff Zoya Kovalenko*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**DECLARATION OF MARK R. THOMPSON IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE HEARING TRANSCRIPT UNDER SEAL** |

I, Mark R. Thompson, hereby declare:

1.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe, LLP. I represent Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, "Defendants") in this matter. I submit this declaration in support of the parties' Joint Administrative Motion to Seal Hearing Transcript (the "Joint Motion"). I have personal knowledge of the matters contained in this declaration. If called to testify to the matters set forth in this declaration, I would do so competently.

2.  Good cause exists to seal portions of the transcript of the hearing held on March 6, 2025 (the "Hearing Transcript"). Based on my professional experience, I believe that disclosure of certain information therein would prejudice both Defendants' and Plaintiff Zoya Kovalenko's interests in this action.

3.  The parties have tailored their Joint Motion to seek sealing of only the information contained in the Hearing Transcript that is necessary to protect the applicable interest in sealing.

4.  Attached as **Exhibit A** is a true and correct copy of the Hearing Transcript with proposed redactions highlighted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2025.

/s/ Mark R. Thompson
Mark R. Thompson

- 1 -

DECLARATION OF MARK R. THOMPSON ISO JOINT ADMINISTRATION MOTION TO FILE HEARING TRANSCRIPT UNDER SEAL [4:22-CV-05990-HSG]