UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>              Plaintiff,<br><br>     v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>              Defendants. | Case No. 4:22-CV-05990-HSG-TSH<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE HEARING TRANSCRIPT UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, the parties have filed a Joint Administrative Motion to File the Transcript of the Hearing held on March 6, 2025 (the "Joint Administrative Motion") Under Seal.

Having reviewed the parties' submissions, and good cause having been shown, the Court **GRANTS** the Joint Administrative Motion and orders as follows:

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Seal | Ruling |
|---|---|---|---|---|
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 10, ll. 20-25 | Refers to and describes private and confidential discussions between the parties. Declaration of Mark R. Thompson in Support of Joint Administrative Motion to File Hearing Transcript Under Seal ("Thompson Sealing Dec.") ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 11, ll. 1-16 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 12, ll. 1-7 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 12, ll. 10-25 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. | Hearing | p. 13, ll. 1-4 | Refers to and describes | |

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Seal | Ruling |
|---|---|---|---|---|
| 200/(Dkt. No. 207) | Transcript | | private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 13, ll. 12-25 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 14, ll. 1-25 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 15, ll. 7-23 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 207) | Hearing Transcript | p. 16, ll. 7-18 | Refers to and describes private and confidential discussions between the parties. Thompson Sealing Dec. ¶¶ 2–3. | |

**IT IS SO ORDERED.**

Dated:_____

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE