UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>    Defendants. | Case No. 4:22-CV-05990-HSG-TSH<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO REDACT HEARING TRANSCRIPT** |

Pursuant to Civil Local Rules 7-11 and 79-5, the parties have filed a Joint Administrative Motion to Redact the Transcript of the Hearing held on March 6, 2025 (the "Joint Administrative Motion").

Having reviewed the parties' submissions, and good cause having been shown, the Court **GRANTS** the Joint Administrative Motion and orders as follows:

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Redacted | Evidence Offered in Support of Redaction | Ruling |
|---|---|---|---|---|
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 10, ll. 20-25 | Refers to and describes private and confidential discussions between the parties. Declaration of Mark R. Thompson in Support of Joint Administrative Motion to Redact Hearing Transcript ("Thompson Redaction Dec.") ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 11, ll. 1-16 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 12, ll. 1-7 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 12, ll. 10-25 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. | Hearing Transcript | p. 13, ll. 1-4 | Refers to and describes private and confidential | |

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Redacted | Evidence Offered in Support of Redaction | Ruling |
|---|---|---|---|---|
| 208) | | | discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 13, ll. 12-25 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 14, ll. 1-25 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 15, ll. 7-23 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |
| Dkt. No. 200/(Dkt. No. 208) | Hearing Transcript | p. 16, ll. 7-18 | Refers to and describes private and confidential discussions between the parties. Thompson Redaction Dec. ¶¶ 2–3. | |

**IT IS SO ORDERED.**

Dated:_____      _____
                                   HON. HAYWOOD S. GILLIAM, JR.
                                   U.S. DISTRICT COURT JUDGE