LYNNE C. HERMLE (BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>　　　　　Defendants. | Case No. 4:22-CV-05990-HSG<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERICE [4:22-CV-05990-HSG]

1    I am counsel to the Defendants in the above-referenced action and am admitted *pro hac vice*. My business address is Orrick, Herrington, & Sutcliffe, 51 W 52nd St, New York, NY 10019.

On March 27, 2025, I caused the following documents to be served via email on court reporter Lee-Ann Shortridge (Lee-Anne_Shortridge@cand.uscourts.gov) pursuant to General Order 59:

1. Joint Administrative Motion to File Hearing Transcript Under Seal
2. Declaration of Mark. R. Thompson in Support of Joint Administrative Motion to File Hearing Transcript Under Seal
3. Exhibit A to Declaration of Mark. R. Thompson in Support of Joint Administrative Motion to File Hearing Transcript Under Seal.
4. [Proposed] Order Granting Joint Administrative Motion to File Hearing Transcript Under Seal
5. Joint Administrative Motion to Redact Hearing Transcript
6. Declaration for Mark R. Thompson in Support of Joint Administrative Motion to Redact Hearing Transcript
7. Exhibit A to Declaration for Mark R. Thompson in Support of Joint Administrative Motion to Redact Hearing Transcript
8. [Proposed] Order Granting Joint Administrative Motion to Redact Hearing Transcript

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 27, 2025, in New York, New York.

/s/ Mark R. Thompson
Mark R. Thompson

- 1 -

CERTIFICATE OF SERVICE [4:22-CV-05990-HSG]