| | |
|---|---|
| Zoya Kovalenko (BAR NO. 338624)<br>13221 Oakland Hills Blvd., Apt. 206<br>Germantown, MD 20874<br>Tel.: +1 678 559 4682<br>zoyavk@outlook.com<br><br>*Attorney for Plaintiff Zoya Kovalenko* | LYNNE C. HERMLE (BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone:    +1 650 614 7400<br>Facsimile:    +1 650 614 7401<br><br>MARK THOMPSON (Admitted *pro hac vice*)<br>mthompson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W 52nd Street<br>New York, NY 10019<br>Telephone: +1 212 506 5000<br>Facsimile: +1 212 506 5151<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>             Plaintiff,<br><br>    v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>             Defendants. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>**JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING APRIL 18, 2025 DISCOVERY HEARING**<br><br>Re: Dkt. No. 215<br><br>Assigned to the Honorable Haywood S. Gilliam, Jr., United States District Judge for the United States District Court for the Northern District of California, Oakland Division<br><br>Referred to the Honorable Thomas S. Hixson, United States Magistrate Judge for the United States District Court for the Northern District of California, San Francisco Division<br><br>Hearing scheduled for April 18, 2025 at 10:00 am, before Judge Hixson, at the San Francisco Courthouse, 15th Floor, Courtroom E, 450 Golden Gate Avenue, San Francisco, California 94102, via Zoom. |

Pursuant to Civil Local Rule 7-11, Plaintiff Zoya Kovalenko and Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") hereby file the instant joint administrative motion requesting the Court permit non-public discussions to the extent it becomes necessary during the discovery hearing scheduled for this Friday, April 18, 2025, at 10:00 am before the Honorable Judge Hixson. *See* Clerk's Not. Setting Zoom Telephonic Disc. Hr'g (Apr. 15, 2025), Dkt. No. 215 (setting discovery hearing for April 18, 2025 as Zoom telephonic conference).

As Judge Gilliam noted in his Order dated March 26, 2025, "[t]o the extent the Court determines that any targeted *in camera* discussions are warranted, the Court may utilize Zoom's 'breakout room' function to conduct such discussions." Order at 2, Dkt. No. 205. The Parties anticpate that *in camera* discussions may be warranted at the April 18 discovery hearing because the subpoena dispute at issue involves confidential information. Kovalenko Decl. ¶¶ 4–6; *U.S. E.E.O.C. v. ABM Indus. Inc.*, No. 1:07-cv-01428 LJO JLT, 2010 WL 582049, at *1–2 (E.D. Cal. Feb. 12, 2010). Thus, the Parties respectfully request that, to the extent necessary, the Court grant this Joint Administrative Motion permitting non-public *in-camera* discussions during the hearing.

Dated: April 17, 2025                                ZOYA KOVALENKO


                                                By: _____s/Zoya Kovalenko_____
                                                        Zoya Kovalenko
                                                *Attorney for Plaintiff Zoya Kovalenko*

Dated: April 17, 2025                                JOSEPH C. LIBURT
                                                Orrick, Herrington & Sutcliffe LLP


                                                By: _____/s/ Joseph C. Liburt_____
                                                        Joseph C. Liburt
                                                *Attorneys for Defendants*

**Attestation Regarding Electronic Signatures**

  I, Zoya Kovalenko, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 17, 2025                      _____s/Zoya Kovalenko_____
                                                Zoya Kovalenko