1  Zoya Kovalenko (State Bar No. 338624)
   13221 Oakland Hills Blvd., Apt. 206
2  Germantown, MD 20874
   Tel.: +1 678 559 4682
3  zoyavk@outlook.com

4  *Attorney for Plaintiff Zoya Kovalenko*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ZOYA KOVALENKO, | Case No. 4:22-cv-05990-HSG (TSH) |
|---|---|
| Plaintiff, | **DECLARATION OF ZOYA KOVALENKO IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING THE APRIL 18, 2025 DISCOVERY HEARING** |
| v. | |
| KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY, | |
| | Re: Dkt. No. 215 |
| Defendants. | Assigned to the Honorable Haywood S. Gilliam, Jr., United States District Judge for the United States District Court for the Northern District of California, Oakland Division |
| | Referred to the Honorable Thomas S. Hixson, United States Magistrate Judge for the United States District Court for the Northern District of California, San Francisco Division |
| | Telephonic discovery hearing scheduled for April 18, 2025, at 10:00 am, before Judge Hixson, at the San Francisco Courthouse, 15th Floor, Courtroom E, 450 Golden Gate Avenue, San Francisco, California 94102 |

DECLARATION OF ZOYA KOVALENKO IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING THE 4/18/25 DISCOVERY HEARING, CASE NO. 4:22-CV-05990-HSG (TSH)

I, Zoya Kovalenko, hereby declare as follows:

1. I am the plaintiff ("Plaintiff") in this action, *Kovalenko v. Kirkland & Ellis LLP*, No. 4:22-cv-05990-HSG (TSH) (N.D. Cal.). I am an attorney and am licensed to practice in the state of California. My California State Bar Number is 338624. I am admitted to practice before this Court. I represent myself in this action.

2. I submit this declaration in support of the parties' Joint Administrative Motion to Permit Non-Public Discussions During the April 18, 2025 Discovery Hearing (the "Joint Motion"). I am familiar with the facts and circumstances of this litigation. I know the facts set forth in this declaration to be true of my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

3. The upcoming discovery hearing on April 18, 2025 concerns a subpoena I served on counsel for defendant Kirkland & Ellis LLP ("K&E"). The narrow subpoena requests from K&E certain financial information.

4. The parties have an established interest in maintaining confidentiality over discussions involving the subpoena and the background of the issue.

5. If the Court does not allow for *in camera* discussion, it will be very difficult to directly discuss the pending subpoena dispute. As a result, I believe that not permitting the relief requsted is likely to compromise the integrity of the hearing.

6. There are additional reasons that support this Motion that I can provide to the Court non-publicly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2025, in Germantown, Maryland.

s/Zoya Kovalenko
---
Zoya Kovalenko (Cal. State Bar No. 338624)
13221 Oakland Hills Blvd., Unit 206
Germantown, MD 20874
Tel.: 678 559 4682
zoyavk@outlook.com
*Plaintiff Zoya Kovalenko and Attorney for Plaintiff Zoya Kovalenko*

DECLARATION OF ZOYA KOVALENKO IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING THE 4/18/25 DISCOVERY HEARING, CASE NO.   1