UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>　　　　　Defendants. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING THE APRIL 18, 2025 DISCOVERY HEARING<br><br>Re: Dkt. No. 215 |

1  Before the Court is the parties' joint administrative motion requesting that the Court permit
2  non-public discussions to the extent it becomes necessary during the discovery hearing scheduled
3  for this Friday, April 18, 2025, at 10:00 am. Having considered the parties' motion and all other
4  matters properly considered by this Court, the Court finds there is good cause to **GRANT** the
5  Motion.

6  **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is
7  **GRANTED** and non-public *in-camera* discussions during the April 18, 2025 discovery hearing
8  will be permitted as necessary.

**IT IS SO ORDERED.**

Dated: April 17, 2025

_____
HON. THOMAS S. HIXSON.
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO PERMIT NON-PUBLIC DISCUSSIONS DURING THE 4/18/25 DISCOVERY HEARING, CASE NO. 4:22-CV-05990-HSG (TSH)   1