1  [counsel continued on following page]

2  Zoya Kovalenko (Cal. SBN 338624)
   13221 Oakland Hills Blvd., Apt. 206
3  Germantown, MD 20874
   (678) 559-4682
4  zoyavk@outlook.com
   *Plaintiff Zoya Kovalenko*

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

   OAKLAND DIVISION

10

11 ZOYA KOVALENKO,                              Case No. 4:22-cv-05990-HSG (TSH)

12        *Plaintiff*,                         **STIPULATED DISMISSAL WITH
                                               PREJUDICE PURSUANT TO FEDERAL
          v.                                   RULE OF CIVIL PROCEDURE
13                                             41(a)(1)(A)(ii)**

14 KIRKLAND & ELLIS LLP, MICHAEL DE
   VRIES, MICHAEL W. DEVRIES, P.C.,
15 ADAM ALPER, ADAM R. ALPER, P.C.,             Judge Haywood S. Gilliam, Jr.
   AKSHAY DEORAS, AKSHAY S.
16 DEORAS, P.C., AND MARK FAHEY,

17        *Defendants*.

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
|   | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
|   | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025-1015 |
|   | Telephone: +1 650 614 7400 |
| 5 | Facsimile: +1 650 614 7401 |
| 6 | MARK THOMPSON (Admitted *pro hac vice*) |
|   | mthompson@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 51 W 52nd St. |
| 8 | New York, NY 10019 |
|   | Telephone: +1 212 506 5000 |
| 9 | Facsimile: +1 212 506 5151 |
| 10 | Attorneys for Defendants KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY |

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff Zoya Kovalenko and defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey ("Defendants"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action as to all Defendants is voluntarily dismissed *with prejudice*, the parties to bear their own costs and attorneys' fees.

Dated: April 18, 2025

By: _____s/Zoya Kovalenko_____
Zoya Kovalenko
Attorney for Plaintiff Zoya Kovalenko

Dated: April 18, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Joseph C. Liburt_____
JOSEPH C. LIBURT
Attorneys for Defendants
KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY

**Attestation Regarding Electronic Signatures**

I, Zoya Kovalenko, attest pursuant to Civil Local Rule 5-1(i)(3) that each of the other Signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 18, 2025        _____s/Zoya Kovalenko_____
Zoya Kovalenko