| | |
|---|---|
| LYNNE C. HERMLE (BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone:   +1 650 614 7400<br>Facsimile:    +1 650 614 7401<br><br>MARK THOMPSON (Admitted *pro hac vice*)<br>mthompson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W 52nd Street<br>New York, NY 10019<br>Telephone: +1 212 506 5000<br>Facsimile: +1 212 506 5151<br><br>*Attorneys for Defendants* | Zoya Kovalenko (BAR NO. 338624)<br>13221 Oakland Hills Blvd., Apt. 206<br>Germantown, MD 20874<br>+1 678 559 4682<br>zoyavk@outlook.com<br><br>*Attorney for Plaintiff Zoya Kovalenko* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>    Plaintiff,<br><br>v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>    Defendants. | Case No. 4:22-CV-05990-HSG (TSH)<br><br>**DECLARATION OF JOSEPH C. LIBURT IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO SEAL NON-PUBLIC AUDIO RECORDING AND TRANSCRIPT** |

I, Joseph C. Liburt, hereby declare:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe, LLP. I represent Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, "Defendants") in this matter. I submit this declaration in support of the parties' joint administrative motion to seal the non-public portion of the audio recording and any transcript made of the non-public portion of the April 18, 2025 discovery hearing before Magistrate Judge Thomas S. Hixson (the "Discovery Hearing"). I have personal knowledge of the matters contained in this declaration. If called to testify to the matters set forth in this declaration, I would do so competently.

2. Good cause exists to seal the non-public audio recording and any transcript of the non-public portion of the Discovery Hearing because discussions involving the subpoena directly concern confidential discussions between Plaintiff and Defendants that occurred following the parties' November 2024 mediation. Based on my professional experience, and as further explained to the Court in the non-public portion of the Discovery Hearing, disclosure of these discussions would prejudice both Defendants' and Plaintiff Zoya Kovalenko's interests in this action.

3. Less restrictive alternatives to sealing are not available because the Court properly allowed a non-public discussion in which the parties addressed confidential matters. There is also a public portion of the Discovery Hearing; therefore no less restrictive alternatives exist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2025.

                                                                  /s/ *Joseph C. Liburt*
                                                                   Joseph C. Liburt

- 1 -

DECLARATION OF JOSEPH C. LIBURT ISO JOINT ADMINISTRATION MOTION TO SEAL NON-PUBLIC AUDIO RECORDING AND TRANSCRIPT [4:22-CV-05990-HSG (TSH)]