UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>　　　　Defendants. | Case No. 4:22-CV-05990-HSG (TSH)<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL NON-PUBLIC AUDIO RECORDING AND TRANSCRIPT** |

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL NON-PUBLIC AUDIO RECORDING AND TRANSCRIPT
[4:22-CV-05990-HSG (TSH)]

1  Pursuant to Civil Local Rules 7-11 and 79-5, the parties have filed a joint administrative
2  motion (the "Joint Administrative Motion") requesting that the Court seal the non-public portion
3  of the audio recording and any transcript made of the non-public portion of the April 18, 2025
4  discovery hearing (the "Discovery Hearing").

5  Having reviewed the parties' submissions, having heard the parties' explanation during
6  the non-public portion of the Discovery Hearing as to why a non-public discussion was necessary,
7  and good cause having been shown, the Court **GRANTS** the Joint Administrative Motion and
8  seals the non-public audio recording and any transcript made of the non-public portion of the
9  April 18, 2025 discovery hearing (Dkt. No. 219) as follows:

| Docket No. | Document | Portion(s) Sought to be Redacted | Evidence Offered in Support of Redaction | Ruling |
|---|---|---|---|---|
| Dkt. No. 219 | Hearing Audio Recording/Transcript | 10:15-10:25 | Contains confidential discussions between the parties. Declaration of Joseph C. Liburt in Support of Joint Administrative Motion to Seal Non-Public Audio Record and Transcript ¶¶ 2–3. | |

**IT IS SO ORDERED.**

Dated:_____        _____
                                     HON. THOMAS S. HIXSON
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL NON-PUBLIC AUDIO RECORDING AND TRANSCRIPT
[4:22-CV-05990-HSG (TSH)]