Zoya Kovalenko (BAR NO. 338624)
13221 Oakland Hills Blvd., Apt. 206
Germantown, MD 20874
+1 678 559 4682
zoyavk@outlook.com

*Attorney for Plaintiff Zoya Kovalenko*

LYNNE C. HERMLE (BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

MARK THOMPSON (Admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>          Plaintiff,<br><br>     v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>          Defendants. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>**JOINT STATEMENT IN SUPPORT OF FILIPPATOS PLLC'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL FILIPPATOS PLLC'S MOTION TO QUASH SUBPOENA OF FILIPPATOS PLLC'S BANK RECORDS AND FOR PROTECTIVE ORDER AND SANCTIONS (DKT NO. 224)** |

Pursuant to Civil Local Rule 7-11(b), Plaintiff Zoya Kovalenko and Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, the "Defendants") respectfully submit this Joint Statement in Support of Filippatos PLLC's Administrative Motion to Partially Seal Filippatos PLLC's Motion to Quash Subpoena of Filippatos PLLC's Bank Records and for Protective Order and Sanctions (the "Motion to Seal").

Good cause exists to seal the redactions identified in the Motion to Seal for the reasons stated therein. Declaration of Joseph C. Liburt ISO Joint Motion to Seal ("Liburt Decl.") ¶ 2. Disclosure of this information would prejudice both Defendants' and Plaintiff's interests in this action. *Id*. Less restrictive alternatives to sealing are not available, as Filippatos PLLC has tailored its request to redact only confidential information. Liburt Decl. ¶¶ 2-3.

In light of the foregoing, the parties respectfully request that the Court grant Filippatos PLLC's Motion to Seal.[1]

Dated: April 28, 2025   JOSEPH C. LIBURT
                        Orrick, Herrington & Sutcliffe LLP


                        By:  /s/ Joseph C. Liburt
                                  Joseph C. Liburt
                              Attorneys for Defendants

Dated: April 28, 2025   ZOYA KOVALENKO



                        By:        /s/ Zoya Kovalenko
                                    Zoya Kovalenko
                          Attorney for Plaintiff Zoya Kovalenko

---

[1] In accord with Civil Local Rule 7-11(b), the parties hereby adopt Filippatos PLLC's amended proposed order granting its Motion to Seal, with the exception of the misspelling of the Honorable Judge Hixson's name. Dkt. No. 225.

JOINT STATEMENT IN SUPPORT OF FILIPPATOS PLLC'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL [4:22-CV-05990-HSG-TSH]

1

**Attestation Re Electronic Signatures**

I, Joseph C. Liburt, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2025                     /s/ Joseph C. Liburt
                                          Joseph C. Liburt