1  Zoya Kovalenko (BAR NO. 338624)
   13221 Oakland Hills Blvd., Apt. 206
2  Germantown, MD 20874
   +1 678 559 4682
3  zoyavk@outlook.com

4  *Attorney for Plaintiff Zoya Kovalenko*

5  LYNNE C. HERMLE (BAR NO. 99779)
   lchermle@orrick.com
6  JOSEPH C. LIBURT (BAR NO. 155507)
   jliburt@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, CA 94025-1015
   Telephone:    +1 650 614 7400
9  Facsimile:    +1 650 614 7401

10 MARK THOMPSON (Admitted *pro hac vice*)
   mthompson@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 W 52nd Street
12 New York, NY 10019
   Telephone: +1 212 506 5000
13 Facsimile: +1 212 506 5151

   *Attorneys for Defendants*
14
                UNITED STATES DISTRICT COURT
15
                NORTHERN DISTRICT OF CALIFORNIA
16

17 ZOYA KOVALENKO,                              Case No. 4:22-CV-05990-HSG (TSH)

18         Plaintiff,                           **DECLARATION OF JOSEPH C. LIBURT IN SUPPORT OF JOINT STATEMENT IN SUPPORT OF FILIPPATOS PLLC'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL FILIPPATOS PLLC'S MOTION TO QUASH SUBPOENA OF FILIPPATOS PLLC'S BANK RECORDS AND FOR PROTECTIVE ORDER AND SANCTIONS**

19    v.

20 KIRKLAND & ELLIS LLP, MICHAEL DE
   VRIES, MICHAEL W. DE VRIES, P.C.,
21 ADAM ALPER, ADAM R. ALPER, P.C.,
   AKSHAY DEORAS, AKSHAY S. DEORAS,
22 P.C., AND MARK FAHEY,

23         Defendants.

24
25
26
27
28                                              DECLARATION OF JOSEPH C. LIBURT
                                                ISO JOINT STATEMENT IN SUPPORT OF
                                                ADMINISTRATIVE MOTION TO
                                                PARTIALLY SEAL [4:22-CV-05990-HSG
                                                (TSH)]

I, Joseph C. Liburt, hereby declare:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe, LLP. I represent Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, "Defendants") in this matter. I submit this declaration in support of the parties' Joint Statement in Support of Filippatos PLLC's Administrative Motion to Partially Seal Filippatos PLLC's Motion to Quash Subpoena of Filippatos PLLC's Bank Records and for Protective Order and Sanctions (the "Motion to Seal"). I have personal knowledge of the matters contained in this declaration. If called to testify to the matters set forth in this declaration, I would do so competently.

2. Good cause exists to seal the redactions identified in the Motion to Seal for the reasons set forth therein. Based on my professional experience, disclosure of these discussions would prejudice both Defendants' and Plaintiff's interests in this action.

3. Filippatos PLLC has tailored its request to redact only confidential information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2025.

/s/ Joseph C. Liburt
Joseph C. Liburt

- 1 -

DECLARATION OF JOSEPH C. LIBURT ISO JOINT STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO PARTIALLY SEAL [4:22-CV-05990-HSG (TSH)]