1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025-1015
   Telephone: +1 650 614 7400
5  Facsimile: +1 650 614 7401

6  MARK THOMPSON (Admitted *pro hac vice*)
   mthompson@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 W 52nd St.
8  New York, NY 10019
   Telephone: +1 212 506 5000
9  Facsimile: +1 212 506 5151

10 Attorneys for Defendants KIRKLAND & ELLIS
   LLP, MICHAEL DE VRIES, MICHAEL W.
11 DE VRIES, P.C., ADAM ALPER, ADAM R.
   ALPER, P.C., AKSHAY DEORAS, AKSHAY
12 S. DEORAS, P.C., AND MARK FAHEY

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16  ZOYA KOVALENKO,                        Case No. 4:22-cv-05990-HSG-TSH

17         Plaintiff,                      **DEFENDANTS' NONOPPOSITION TO
                                           FILIPPATOS PLLC'S
18         v.                              MOTION TO QUASH
                                           SUBPOENA (DKT. NO. 221)**
19  KIRKLAND & ELLIS LLP, MICHAEL
    DE VRIES, MICHAEL W. DE VRIES,
20  P.C., ADAM ALPER, ADAM R. ALPER,
    P.C., AKSHAY DEORAS, AKSHAY S.
21  DEORAS, P.C., AND MARK FAHEY

22         Defendants.

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-3(b), Defendants Kirkland & Ellis LLP, Michael De Vries,

2  Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras,

3  P.C., and Mark Fahey (collectively, the "Defendants") respectfully submit this Statement of

4  Nonopposition to Filippatos PLLC's Motion to Quash Subpoena (Dkt. No. 221) (the

5  "Motion"). Defendants take no position on the Motion and will comply with the Court's order

6  resolving it.

7

8  Dated: May 5, 2025

9
                                    By:    /s/ Joseph C. Liburt
10                                          Joseph C. Liburt
                                          Attorneys for Defendants
11                                  KIRKLAND & ELLIS LLP, MICHAEL
                                    DE VRIES, MICHAEL W. DE VRIES,
12                                    P.C., ADAM ALPER, ADAM R.
                                    ALPER, P.C., AKSHAY DEORAS,
13                                  AKSHAY S. DEORAS, P.C., AND
                                          MARK FAHEY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NONOPPOSITION TO. FILIPPATOS PLLC'S
MOTION TO QUASH SUBPOENA (DKT. NO. 221) [22-CV-05990-HSG-TSH]