1  LYNNE C. HERMLE (BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  MARK THOMPSON (Admitted *pro hac vice*)
   mthompson@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 W 52nd Street
8  New York, NY 10019
   Telephone: +1 212 506 5000
9  Facsimile: +1 212 506 5151

10 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>             Plaintiff,<br><br>     v.<br><br>KIRKLAND & ELLIS LLP, MICHAEL DE VRIES, MICHAEL W. DE VRIES, P.C., ADAM ALPER, ADAM R. ALPER, P.C., AKSHAY DEORAS, AKSHAY S. DEORAS, P.C., AND MARK FAHEY,<br><br>             Defendants. | Case No. 4:22-cv-05990-HSG (TSH)<br><br>**DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFF ZOYA KOVALENKO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO FILIPPATOS PLLC'S MOTION TO QUASH AND DECLARATION IN SUPPORT OF OPPOSITION (DKT NO. 232)** |

1    Pursuant to Civil Local Rule 7-11(b), Defendants Kirkland & Ellis LLP, Michael De Vries, Michael W. De Vries, P.C., Adam Alper, Adam R. Alper, P.C., Akshay Deoras, Akshay S. Deoras, P.C., and Mark Fahey (collectively, the "Defendants") respectfully submit this Statement in Support of Plaintiff Zoya Kovalenko's Administrative Motion to File Under Seal Plaintiff's Opposition to Filippatos PLLC's Motion to Quash and Declaration in Support of Opposition (Dkt. No. 232) (the "Motion to Seal").

Good cause exists to seal the redactions identified in the Motion to Seal for the reasons stated therein. Declaration of Zoya Kovalenko ISO Motion to Seal (Dkt. No. 232-1) ("Kovalenko Decl.") ¶ 4. Disclosure of this information would prejudice both Defendants' and Plaintiff's interests in this action. *Id*. Less restrictive alternatives to sealing are not available, as Plaintiff has tailored her request to redact only confidential information. Kovalenko Decl. ¶ 5.

In light of the foregoing, Defendants respectfully request that the Court grant the Motion to Seal.[1]

Dated: May 12, 2025

JOSEPH C. LIBURT
Orrick, Herrington & Sutcliffe LLP

By:   /s/ Joseph C. Liburt
Joseph C. Liburt
Attorneys for Defendants

---

[1] In accord with Civil Local Rule 7-11(b), Defendants hereby adopt Plaintiff's amended proposed order granting the Motion to Seal. Dkt. No. 234.

DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO FILIPPATOS PLLC'S MOTION TO QUASH
[4:22-CV-05990-HSG-TSH]