UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOVALENKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRKLAND & ELLIS LLP, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-05990-HSG   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 221 |

　　　Non-party Filippatos PLLC moves to quash and for a protective order concerning the subpoena that Plaintiff Zoya Kovalenko served on Defendant Kirkland & Ellis, LLP. However, on March 6, 2025 Judge Gilliam declined to exercise ancillary jurisdiction over Plaintiff's dispute with her former counsel. ECF Nos. 197, 200. Thereafter, the parties stipulated to dismiss this case. ECF No. 220. Accordingly, this civil action is over and nothing remains pending. The subpoena to Kirkland & Ellis is a dead letter, and the firm need do nothing in response to it. There is no need for a court order to grant anyone relief from this defunct subpoena. The Court realizes that Plaintiff has appealed Judge Gilliam's declination to exercise ancillary jurisdiction, ECF No. 203, but she will need to win that appeal before anything will be pending in the district court, and she hasn't won it yet. Filippatos's motion is therefore **DENIED**.

　　　**IT IS SO ORDERED.**

Dated: May 13, 2025

THOMAS S. HIXSON
United States Magistrate Judge