```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION



  ZOYA KOVALENKO,                  )  C-22-05990 HSG
                                   )
                  PLAINTIFF,       )  OAKLAND, CALIFORNIA
                                   )
              VS.                  )  MARCH 7, 2025
                                   )
  KIRKLAND & ELLIS LLP, MICHAEL    )  PAGES 1-17
  DE VRIES, MICHAEL W. DEVRIES,    )
  P.C., ADAM ALPER, ADAM R.        )  PAGES 5-9 SEALED
  ALPER, P.C., AKSHAY DEORAS,      )
  AKSHAY S. DEORAS, P.C., AND      )
  MARK FAHEY ,                     )
                                   )
                  DEFENDANTS.      )
  _____ )



              TRANSCRIPT OF ZOOM PROCEEDINGS
       BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JR.
              UNITED STATES DISTRICT JUDGE



  A P P E A R A N C E S:

  FOR THE PLAINTIFF:    ZOYA KOVALENKO
                        IN PROPRIA PERSONA
                        13221 OAKLAND HILLS BOULEVARD, APT. 206
                        GERMANTOWN, MARYLAND  20874


              APPEARANCES CONTINUED ON THE NEXT PAGE



  OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      APPEARANCES (CONTINUED)
 3
 4      FOR THE PLAINTIFF:      FILIPPATOS PLLC
                                BY:  PARISIS G. FILIPPATOS
 5                                   TANVIR H. RAHMAN
                                199 MAIN STREET, SUITE 800
 6                              WHITE PLAINS, NEW YORK  10601
 7
 8      FOR THE DEFENDANTS:     ORRICK, HERRINGTON & SUTCLIFFE
                                BY:  LYNNE C. HERMLE
 9                                   JOSEPH C. LIBURT
                                1000 MARSH ROAD
10                              MENLO PARK, CALIFORNIA  94025
11
12                              HENNIG KRAMER LLP
                                BY:  SAMUEL M. BROWN
13                              3600 WILSHIRE BOULEVARD, SUITE 1908
                                LOS ANGELES, CALIFORNIA  90010
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        OAKLAND, CALIFORNIA                         MARCH 7, 2025
 2                        P R O C E E D I N G S
 3           (ZOOM PROCEEDINGS CONVENED AT 2:17 P.M.)
 4              THE CLERK:  YOUR HONOR, WE ARE CALLING CV-22-5990,
 5    KOVALENKO VERSUS KIRKLAND & ELLIS LLP.
 6           PLEASE STATE YOUR APPEARANCES FOR THE RECORD, PLEASE.
 7              MR. FILIPPATOS:  GOOD AFTERNOON.
 8         GO AHEAD.
 9              MS. KOVALENKO:  THANKS.
10         I'M ZOYA KOVALENKO, THE PLAINTIFF FOR -- REPRESENTING THE
11    PLAINTIFF.
12              MR. FILIPPATOS:  GOOD AFTERNOON, YOUR HONOR.
13         PARISIS G. FILIPPATOS ON BEHALF OF THE CROSS-MOVANT.
14    ALONG WITH ME I HAVE MY PARTNER, TANVIR RAHMAN.
15              MR. BROWN:  GOOD AFTERNOON, YOUR HONOR.
16         SAM BROWN.  I'M LOCAL COUNSEL FOR THE FILIPPATOS FIRM.
17              MS. HERMLE:  GOOD AFTERNOON, YOUR HONOR.
18         LYNNE HERMLE AND JOE LIBURT FOR ALL DEFENDANTS.
19              THE COURT:  ALL RIGHT.  GOOD AFTERNOON TO EVERYONE.
20         OKAY.  WE'VE GOT A NUMBER OF PIECES, AND I'M PREPARED TO
21    CUT THROUGH THINGS.
22         THERE'S A MOTION TO TERMINATE COUNSEL, OR ESSENTIALLY FIND
23    THAT COUNSEL HAS BEEN TERMINATED BY CAUSE -- FOR CAUSE THAT
24    MS. KOVALENKO HAS FILED; THERE'S A MOTION TO WITHDRAW THAT THE
25    FILIPPATOS FIRM HAS FILED; AND THEN THERE'S A STIPULATION TO
```

```
1    EXTEND DEADLINES THAT I THINK IS INTERRELATED WITH THOSE OTHER
2    TWO ISSUES.
3         SO LET ME DO THIS.  I NEED TO HAVE AN EX PARTE DISCUSSION
4    WITH MS. KOVALENKO AND THE PLAINTIFF'S COUNSEL ON THOSE FIRST
5    TWO ITEMS, AND THEN I'LL COME BACK AND WE CAN ALL DISCUSS THE
6    LAST PIECE.  SO --
7            THE CLERK:  SO THAT'S BROWN AND FILIPPATOS?
8            THE COURT:  RIGHT.  EVERYONE WILL STAY HERE EXCEPT
9    FOR MS. HERMLE AND MR. LIBURT, AND THEY'LL BE BANISHED BACK TO
10   THE BREAKOUT ROOM FROM WHICH THEY CAME.
11        **(SEALED PROCEEDINGS, PAGES 5-9.)**
12   ///
13   ///
```

```
 1    ///

 2    ///

 3              (IN OPEN COURT, DEFENSE COUNSEL PRESENT.)

 4           THE COURT:  ALL RIGHT.  I THINK WE HAVE EVERYONE

 5    BACK.

 6           THE CLERK:  WE DO.

 7           THE COURT:  ALL RIGHT.  SO WE JUST HAD AN EX PARTE

 8    DISCUSSION WITH THE PLAINTIFF AND COUNSEL, PLAINTIFF'S NOW

 9    FORMER COUNSEL.

10        THE MOTION TO WITHDRAW WAS GRANTED WITH RESPECT TO THE

11    FILIPPATOS FIRM AND THE LOCAL COUNSEL FIRM, AND THE MOTION FOR

12    DETERMINATION OF TERMINATION FOR CAUSE WAS DENIED.

13        NOW, I -- THERE WAS A REQUEST, IN ESSENCE, TO EXTEND THE

14    DEADLINES IN THE CASE FOR TWO MONTHS, AND I AM SOMEWHAT

15    DISINCLINED TO DO THAT WITHOUT A VERY GOOD REASON GIVEN THE AGE

16    OF THE CASE.

17        WHAT IS THE BASIS FOR THAT REQUEST?

18           MS. HERMLE:  YOUR HONOR, I'LL ADDRESS THAT.  IT'S

19    LYNNE HERMLE.

20    ████████████████████████████████████████████████████████████

21    ██████████████████████████████████████████████

22    ████████████████████████████████████

23    ████████████████████████████████████████████████████████

24    ████████████████████████████████████████████████████████████

25    ██████
```

```
 1        ████████████████████████████████████████████████
 2        ████████████████████████████████████████████████
 3        ███████████████████████████████████
 4             ██████████████████████████████
 5             ███████████████████████████████████████████
 6        ██████████████████████████████████████████████
 7        ████████████████████████████████████████████████
 8        ████████████████████████████████████████████████
 9        ████████████████████████████████████████████████
10        █████████████
11             ███████████████████████████████████████████
12        ████████████████████████████████████████████████
13        ███████████████████
14             ███████████████████████████████████████████
15        ██████████████████████████████████████████████
16        ██████████████████████████████████████
```

17           IF YOUR HONOR IS DISINCLINED TO GIVE US -- WE DIDN'T SEEK
18   TO MOVE THE TRIAL, AS I'M SURE YOU SAW.  WE HAVE A VERY FAST
19   APPROACHING EXPERT DATE NEXT WEEK.  EVEN IF YOU WERE TO GRANT
20   US 30 DAYS ON THAT AND DISCOVERY, I THINK THAT WOULD BE A HELP
21   TO US.
22           THE COURT:  THAT I WOULD CERTAINLY BE WILLING TO DO.
23   SO YOU'RE SAYING JUST TO CONTINUE -- I SEE WHAT YOU'RE SAYING.
24   SO YOUR EXPERT REPORTS WOULD BE DUE ON THE 10TH.
25           MS. HERMLE:  YES.

1   ███████████████████████████████████████
2   ████████████████████████████████████████████████
3   ███████████████████████████████████████████████
4   ████████████████████████████████████████████████
5   ███████████████████████████████████████████████
6   ███████████████████████████████████████████████
7   ██████████████
8           MS. KOVALENKO?
9           MS. KOVALENKO:  YES, YOUR HONOR.
10      ████████████████████████████████████████
11  ████████████████████████████████████████████
12  ██████████████████████
13      ████████████████████████████████████████████
14  ██████████████████████████████████████████████
15  █████████████████████████████████████████████
16  ██████████████████████████████████████████████
17  █████████████████████████████████████████████
18  ████████████████████████████████████████████
19  ██████████████████████████████████████████████
20  ███████████████████████████████████████████████
21  ███████████████████████
22      ███████████████████████████████████████
23  ████████████████████████████████████
24  ███████████████████████████████████████
25  ██████████████████████████████████████

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  ███████████████

5       SO I WOULD RESPECTFULLY REQUEST THE COURT TO RECONSIDER
6  ITS RULING, ITS DECISION TO NOT RULE ON MY MOTION TO --
7           THE COURT:  NO.  NO.  DEFINITELY, THAT -- THIS ISN'T
8  MY PROBLEM.  IT'S YOUR PROBLEM.  AND, YOU KNOW, YOU AND THE
9  DEFENSE AND YOUR FORMER COUNSEL ARE GOING TO HAVE TO FIGURE OUT
10 HOW TO SOLVE THAT PROBLEM, OR YOU CAN PROCEED TO TRIAL.
11      SO, NO.
12 ████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ██████████████████████████
16 █████████████████████████████
17 ██████████████████████████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 █████████
22 ██████████████████████
23 ██████████████████████
24 ██████████████████████████████████
25 ██████████████████████████████████



```
 1        GOES TO THE WHOLE ISSUE.  I MEAN, ESSENTIALLY THE BASIS FOR
 2        DENIAL OF THE MOTION IS IT'S A COMPLETELY ANCILLARY ISSUE.  I
 3        HAVE DISCRETION, BUT IT'S NOT --
 4              MS. HERMLE:  RIGHT.
 5              THE COURT:  -- THE CORE DISPUTE IN THE LAWSUIT IN
 6        FRONT OF ME.
 7        ███████████████████████████████████████████████
 8        ████████████████████████████████████████████████████
 9        ████████████████████████████████████████████████
10        ████████████████████████████████████████████████
11        ████████████████████████████████████████████████
12        ████████████████████████████████████████████████
13        ████████████████████████████████████████████████
14        ████████████
15              ██████████████████████████████████████████
16        ██████
17              ██████████████████████████████████████
18        ████████████████████████████████████████████████
19        ████████████████████████████████████████████████
20        ██████
21                    ████████████████████████████████████
22        ████████████████████████████████████████████████████
23        ██████████████
24           SO IT SOUNDS LIKE YOU'RE WILLING TO MOVE THE MARCH AND
25        APRIL EXPERT DATES.
```

```
1              THE COURT: EXACTLY, AND THEN THE, THE -- WAS THAT
2    EXPERT DISCOVERY CLOSE ON MAY 12TH?
3              MS. HERMLE: IT'S THE CLOSE OF ALL DISCOVERY ON
4    MAY 12TH, YOUR HONOR.  SO WE'D ASK FOR ANOTHER MONTH ON THAT IF
5    YOU COULD DO IT, 30 DAYS ON EACH OF THOSE THREE.
6              THE COURT: I WILL.
7    ████████████████████████████████████████████████████████
8    ████████████████████████████████████████████████████████
9    ████████████████████████████████████████████████████████
10   ████████████████████████████████████████████████████████
11   ███████████████████████████
12        ██████████████████████████████████████████
13        ███████████████████████████████████████████████
14   ████████████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████████
16   ████████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████████
18   ████████████████████████████████
19         SO WHAT I'D BE INCLINED TO DO IS SET A CASE MANAGEMENT
20   CONFERENCE 30 DAYS FROM TODAY.
21             MS. HERMLE: OKAY.  SO THAT WOULD BE APRIL 6TH, YOUR
22   HONOR?
23             THE COURT: ACTUALLY, WE'D MAKE IT A TUESDAY, SO
24   WHAT'S THE -- WHAT'S THE FOLLOWING TUESDAY?
25             MS. HERMLE: THE 8TH.
```

```
 1                    THE COURT:  YEAH, APRIL 8TH AT 2:00 O'CLOCK.
 2                    MS. HERMLE:  THAT'S FINE FOR DEFENDANTS, YOUR HONOR.
 3                    MS. KOVALENKO:  THAT'S FINE FOR ME AS WELL.  THANK
 4           YOU.
 5                    THE COURT:  ALL RIGHT.  AND THAT'LL BE VIA ZOOM AS
 6           WELL.
 7                    THE CLERK:  AND IT'LL BE OUR PUBLIC ZOOM, SO IT WON'T
 8           BE THIS ZOOM FEED THAT YOU'RE USING.
 9                    THE COURT:  EXACTLY.
10                    MS. HERMLE:  GREAT.
11                    THE COURT:  ALL RIGHT.  GOOD LUCK.
12                    MS. HERMLE:  THANK YOU VERY MUCH, YOUR HONOR.  I
13           APPRECIATE IT.
14                    THE COURT:  YOU'RE WELCOME.
15                    MS. KOVALENKO:  THANK YOU.
16               (THE PROCEEDINGS WERE CONCLUDED AT 2:39 P.M.)
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MARCH 10, 2025